AYABE, CHONG, NISHIMOTO,
 SIA & NAKAMURA, A Limited
 Liability Law Partnership

SIDNEY K. AYABE            968-0
JEFFREY H. K. SIA          3029-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
Facsimile No.:  (808) 537-6119
Sidney.Ayabe@hawadvocate.com
Jeffrey.Sia@hawadvocate.com

SELMAN • BREITMAN LLP

ALAN B. YUTER
RACHEL E. HOBBS
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, California 90025-6538
Telephone:  (310) 445-0800
Facsimile:  (310) 473-2525
AYuter@SelmanBreitman.com
RHobbs@selmanbreitman.com

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | CIVIL NO. CV04 00550 HG/BMK (Declaratory Relief ) |
| Plaintiff, | ) ) ) ) | PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL |
| vs. | ) ) | SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM; |

| | |
|---|---|
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., </br></br> Defendants. </br> _____ | ) MEMORANDUM IN SUPPORT OF </br> ) MOTION; CERTIFICATE OF </br> ) SERVICE </br> ) </br> ) </br> ) No trial date set </br> ) </br> ) </br> ) |

[2004432/#269941]

## PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM

Plaintiff SCOTTSDALE INSURANCE COMPANY (hereinafter referred to as "Scottsdale"), by and through its attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura and Selman • Breitman LLP, hereby moves this Honorable Court for 1) an order granting partial summary judgment in its favor and against Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN (hereinafter collectively referred to as "Defendants" and individually as "Sullivan Properties" and "Robert Sullivan," respectively) with respect to the Fourth Cause of Action within Scottsdale's Complaint for Declaratory Relief Filed on 9/9/04, pertaining to and regarding Scottsdale's claim for reimbursement of attorney's fees and costs incurred in the defense of the Defendants in the underlying action identified as *Maui Land & Pineapple Company, Inc. and Kapalua Land Company v. Sullivan Properties, Inc., formerly known as Sullivan & Conlen, Inc., and Robert B. Sullivan*, Civil No. CV04-00358 HG/BMK in the

2

United States District Court, District of Hawaii (hereinafter referred to as "the underlying action").

This Motion follows this Court's Order Granting Scottsdale's Motion for Partial Summary Judgment; and Denying Sullivan Properties' Cross-Motion for Summary Judgment; and Denying Robert Sulivan's Counter-Motion for Summary Judgment (said Order filed on 2/28/06) in which the Court held that Scottsdale did not owe a duty to defend the Defendants in the underlying action as a matter of law, and that Scottsdale was entitled to reimbursement of the attorney's fees and costs it expended to defend the Defendants in the underlying action. Further, this Motion follows this Court's direction to Scottsdale to submit documentation establishing the amount of such attorney's fees and costs. Pursuant to this Court's aforementioned Order, Scottsdale submits with this Motion that it is entitled to a total of **$147,819.74** in reimbursement from the Defendants.

This Motion is being filed pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rules 7.1, 7.2, 7.5, and 56.1 of the Local Rules for the U.S. District Court for the District of Hawaii, and is based on 1) this Court's Order Granting Scottsdale's Motion for Partial Summary Judgment; and Denying Sullivan Properties' Cross-Motion for Summary Judgment; and Denying Robert Sulivan's Counter-Motion for Summary Judgment (said Order filed on 2/28/06); 2) the Memorandum in Support of Motion, 3) the Separate and Concise Statement of

4

Facts filed concurrently herewith, with the Declaration of Susan C. Coltrara and the exhibits attached thereto, and 4) the records and files herein.

DATED:  Honolulu, Hawaii, December 1, 2006.

    /s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY