IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CIVIL NO. CV04 00550 HG/BMK (Declaratory Relief ) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | |
| Defendants. | |

[2004432/#318913]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM; MEMORANDUM IN SUPPORT OF MOTION was duly served upon the following parties in the manner indicated below and on the date set forth below:

**ELECTRONICALLY THROUGH CM/ECF:**

TO:  ROY J. L. Y. TJIOE, ESQ.
     EMILY REBER PORTER, ESQ.
     Goodsill Anderson Quinn & Stifel,

A Limited Liability Law Partnership LLP
1099 Alakea Street
Alii Place, Suite 1800
Honolulu, Hawaii  96813

Attorneys for Defendant
SULLIVAN PROPERTIES, INC.

MICHELE-LYNN E. LUKE, ESQ.
Suite 2700, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorney for Defendant
ROBERT B. SULLIVAN

COLIN MIWA, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte LLP
1000 Bishop Street, Ste. 1200
Honolulu, Hawaii  96813

Attorneys for Defendants
MAUI LAND & PINEAPPLE COMPANY, INC.
and KAPALUA LAND COMPANY, LTD.


      DATED:  Honolulu, Hawaii, _____.


                                                                                                                                                                      _____
                                              SIDNEY K. AYABE
                                              JEFFREY H. K. SIA
                                              ALAN B. YUTER
                                              RACHEL E. HOBBS
                                              Attorneys for Plaintiff
                                              SCOTTSDALE INSURANCE COMPANY