IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | CIVIL NO. CV04 00550 HG/BMK (Declaratory Relief ) |
| Plaintiff, | ) ) ) | PAGE LENGTH CERTIFICATION |
| vs. | ) ) ) ) ) | [Re: PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S SEPARATE AND CONCISE STATEMENT OF FACTS IN |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | ) ) ) ) ) | SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM] |
| Defendants. | ) ) ) ) ) ) ) ) ) ) | |
| _____ | ) | |

[2004432/#306216]

## PAGE LENGTH CERTIFICATION

JEFFREY H. K. SIA, hereby certifies pursuant to Rules 56.1(d) of the Local Rules of the United States District Court for the District of Hawaii (effective 12/1/02), that PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT

CLAIM is comprised of 1,493 words, including headings, footnotes and quotations, but not counting the case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service, as determined by the alternate method provided by Local Rules 7.5(e) and 56.1(d), using the word count feature of the word-processing program (Word 2002) used to prepare Plaintiff Scottsdale Insurance Company's Separate and Concise Statement of Facts in Support of its Motion For Partial Summary Judgment Re: Reimbursement Claim.

DATED: Honolulu, Hawaii, December 1, 2006.

  /s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY