**EXHIBIT "B"**

```
Claim Inquiry - By Claim                    SCC    7/14/06 08:06:10  Inquire
  Transaction Detail

  Policy CLS0485366      Claim 00930029      Claimant 01

                 Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1              16,642             247,261.57            263,903.57
Expense 2
       Total          16,642             247,261.57            263,903.57

Recovery Totals:  Indemnity                    Expense      2,843.00-
   Acct          Trans                      ----Invoice-----
   Date  Tr  Date          Amount       Check  St Vndor Number   Date    User P  Typ
   4/06  19  4/28/06       ~~~~~~~~  Reserve                   0/00/00  *MER
   3/06  19  3/31/06       ~~~~~~~~  Reserve                   0/00/00  *MER
   3/06  65  3/30/06        253.13-  0008854                   0/00/00  NJE       RBT
   3/06  62  3/21/06        939.06Δ 1924887  58611    3372  2/28/06  CZP
   3/06  30  3/21/06       ~~~~~~~~  Reserve                   0/00/00  SCC
   3/06  62  3/14/06      1,824.96  1923372  07547  317868  2/15/06  M3M
                                                                      More...

1-View History Detail
F3=Exit   F12=Cancel
```

D = defense cost/fees

```
Claim Inquiry - By Claim                    SCC   7/14/06 08:14:17  Inquire
  History Detail


  Check               1924887       Check Replaces
  Check Date          3/21/06       Check Amount                     939.06
  Check Status                      Check Accept Amount                 .00
  Check Type                        Check Printed       P
  Check Stop ID                     Check Stop Date     0/00/00
  Check Stop Reason                 Bank                50
  Invoice #           3372          Invoice Date        2/28/06
  Mail Address        YAMAMURA & SHIMAZU

                      220 SOUTH KING ST      STE 1770


                      HONOLULU               HI 96813


  Payee YAMAMURA & SHIMAZU



  In Payment Of RE:MAUI LAND

F3=Exit  F12=Cancel
```



```
Claim Inquiry - By Claim                    SCC   3/1..06 14:32:04   Inquire
  Transaction Detail


  Policy CLS0485366      Claim 00930029      Claimant 01

               Current Reserves        Total Payments          Total Incurred
  Indemnity
  Expense 1               786            237,806.58              238,592.58
  Expense 2
       Total              786            237,806.58              238,592.58

  Recovery Totals:  Indemnity                       Expense      2,589.87-
     Acct        Trans                            ----Invoice-----
     Date  Tr    Date        Amount    Check   St Vndor Number    Date    User P Typ
     3/06 62   3/14/06      1,824.96 D 1923372     07547 317868  2/15/06  M3M
     3/06 62   3/13/06         36.00 C 1922934     17106 444731  2/02/06  TAV
     3/06 62   2/27/06         54.18 C 1920183     02085  94017  2/02/06  M3M
     2/06 19   2/24/06                                            0/00/00  *MER
     2/06 62   2/14/06      4,589.77 D 1917531     07547 317146  1/18/06  TAV
     2/06 62   2/14/06      7,141.52 D 1917531     07547 316502 12/19/05  TAV
                                                                      More...

  1-View History Detail
  F3=Exit  F12=Cancel
```

D = defense cost
C = coverage cost

```
Claim Inquiry - By Claim                    SCC    3/17/06 14:32:14   Inquire
 Transaction Detail

 Policy CLS0485366    Claim 00930029    Claimant 01


              Current Reserves        Total Payments       Total Incurred
Indemnity
Expense 1          786               237,806.58             238,592.58
Expense 2
    Total          786               237,806.58             238,592.58


 Recovery Totals:  Indemnity                    Expense     2,589.87-
  Acct        Trans                                ----Invoice----
  Date  Tr   Date       Amount      Check  St Vndor Number    Date   User P Typ
  1/06  19   1/27/06               Reserve                  0/00/00 *MER
  1/06  62   1/09/06    6,580.16 D 1909126    58611   3250 11/21/05 TAV
 12/05  19  12/30/05               Reserve                  0/00/00 *MER
 12/05  62  12/08/05    8,405.91 D 1902374    07547 315590 11/09/05 M3M
 12/05  62  11/30/05    2,303.83 C 1900061    17106 440919 11/03/05 WJY
 11/05  19  11/23/05               Reserve                  0/00/00 *MER
                                                              More...

 1-View History Detail
 F3=Exit  F12=Cancel
```

Claim Inquiry - By Claim                          SCC    3/17/06 14:32:17   Inquire
  Transaction Detail

  Policy CLS0485366     Claim 00930029      Claimant 01


              Current Reserves          Total Payments         Total Incurred
Indemnity
Expense 1             786                237,806.58              238,592.58
Expense 2
      Total           786                237,806.58              238,592.58


Recovery Totals:  Indemnity                  Expense      2,589.87-
   Acct        Trans                              ----Invoice-----
   Date  Tr   Date        Amount      Check  St Vndor Number    Date      User P Typ
   11/05 62  11/02/05     12,817.44 D 1894246    07547  314802  10/11/05  M3M
   10/05 19  10/28/05              Reserve              0/00/00 *MER
   10/05 62  10/18/05      5,459.79 C 1890901    02085   92534  10/04/05  M3M
   10/05 30  10/04/05                                   0/00/00  SCC
    9/05 19   9/30/05              Reserve              0/00/00 *MER
    9/05 62   9/27/05     19,035.89 D 1886561    07547  314114   9/12/05  M3M
                                                                       More...

1-View History Detail
F3=Exit   F12=Cancel

```
Claim Inquiry - By Claim                    SCC    3/17/06 14:32:20    Inquire
   Transaction Detail

   Policy CLS0485366      Claim 00930029      Claimant 01


                    Current Reserves        Total Payments       Total Incurred
Indemnity
Expense 1                    786              237,806.58            238,592.58
Expense 2
      Total                  786              237,806.58            238,592.58

Recovery Totals:  Indemnity                  Expense      2,589.87-
   Acct          Trans                              ----Invoice-----
   Date   Tr    Date          Amount     Check  St Vndor Number   Date    User P Typ
   9/05  62    9/07/05      9,660.35 D 1883080    58611    3136  8/25/05 EMR
   9/05  62    9/06/05     12,807.37 D 1882657    07547  313724  8/24/05 M3M
   8/05  19    8/26/05              Reserve              0/00/00 *MER
   8/05  62    8/22/05      4,351.24 C 1880108    02085   91593  8/02/05 M3M
   8/05  62    8/11/05      8,421.56 C 1878449    17106  437511  8/02/05 TAV
   7/05  19    7/29/05              Reserve              0/00/00 *MER
                                                                    More...

1-View History Detail
F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                      SCC    3/17/06 14:32:22   Inquire
    Transaction Detail

 Policy CLS0485366      Claim 00930029      Claimant 01

              Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1              786               237,806.58            238,592.58
Expense 2
     Total            786               237,806.58            238,592.58

Recovery Totals:  Indemnity                  Expense      2,589.87-
   Acct        Trans                                     ----Invoice-----
   Date  Tr   Date        Amount     Check   St Vndor  Number    Date     User P Typ
   7/05 62   7/29/05    2,512.50  1876135      07547  312550   7/13/05   EMR
   6/05 19   7/01/05              Reserve             0/00/00   *MER
   6/05 62   6/28/05      327.32  1870807      81370  9999999  5/10/05   EMR
   6/05 62   6/23/05    4,235.50  1870213      07547  311931   6/14/05   M3M
   6/05 62   6/08/05    1,562.75  1867288      58611  3002     5/24/05   TAV
   6/05 62   6/03/05    1,550.70  1866315      07547  311378   5/18/05   M3M
                                                                More...

1-View History Detail
F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:32:25  Inquire
  Transaction Detail

  Policy CLS0485366      Claim 00930029      Claimant 01


             Current Reserves        Total Payments      Total Incurred
Indemnity
Expense 1            786              237,806.58           238,592.58
Expense 2
    Total            786              237,806.58           238,592.58


Recovery Totals:  Indemnity                   Expense      2,589.87-
   Acct          Trans                               ----Invoice-----
   Date  Tr     Date        Amount      Check  St Vndor Number   Date   User P Typ
   6/05  62   6/02/05    24,471.04 ↺1865995      17106 433511  5/04/05 TAV
   6/05  30   5/31/05              Reserve                     0/00/00 SCC
   5/05  19   5/27/05              Reserve                     0/00/00 *MER
   5/05  62   5/24/05     4,472.69↺1864760      02085  90451  5/03/05 M3M
   5/05  65   5/04/05     2,055.50- 0273512                   0/00/00 HMM      OVR
   4/05  19   4/29/05              Reserve                     0/00/00 *MER
                                                                   More...

1-View History Detail
F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:32:27   Inquire
  Transaction Detail

  Policy CLS0485366    Claim 00930029    Claimant 01


                Current Reserves      Total Payments      Total Incurred
Indemnity
Expense 1              786              237,806.58          238,592.58
Expense 2
   Total               786              237,806.58          238,592.58

Recovery Totals:  Indemnity                     Expense      2,589.87-
   Acct        Trans                                  ----Invoice-----
   Date  Tr   Date        Amount    Check   St Vndor Number    Date    User P Typ
   4/05  62   4/27/05      238.17  D 1860257    14421 9999999  4/04/05  EMR
   4/05  62   4/27/05      254.86  O 1860249    07547  310390  4/11/05  M3M
   4/05  62   4/11/05      142.02  D 1857202    81370 9999999  1/10/05  TAV
   4/05  62   4/05/05      800.00  D 1856124    39039 9999999  3/30/05  WJY
   4/05  62   4/05/05    4,140.86  D 1856094    07547  308236  1/14/05  M3M
   4/05  65   4/05/05       34.37-   0273100                   0/00/00  Y0C    OVR
                                                                      More...

1-View History Detail
F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                      SCC    3/17/06 14:32:29   Inquire
  Transaction Detail

  Policy CLS0485366    Claim 00930029    Claimant 01


              Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1             786              237,806.58            238,592.58
Expense 2
      Total           786              237,806.58            238,592.58

Recovery Totals:  Indemnity                  Expense       2,589.87-
   Acct          Trans                            ----Invoice-----
   Date  Tr      Date       Amount     Check   St Vndor  Number    Date   User P Typ
   3/05  19   4/01/05                   Reserve                   0/00/00 *MER
   3/05  62   3/24/05     4,657.79 1854078       58611    2872    2/24/05  NXM
   3/05  62   3/23/05       595.20 1853856       81370  620429  12/15/04   EMR
   3/05  62   3/16/05        51.46 1852538       81370  516492   1/03/05   NXM
   3/05  62   3/10/05     8,234.40 1851671       17106  429209   2/11/05   WJY
   2/05  19   2/25/05                   Reserve                   0/00/00 *MER
                                                                      More...

1-View History Detail
F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:32:31   Inquire
   Transaction Detail

  Policy CLS0485366     Claim 00930029     Claimant 01

               Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1              786              237,806.58            238,592.58
Expense 2
      Total            786              237,806.58            238,592.58

Recovery Totals:  Indemnity                    Expense      2,589.87-
    Acct         Trans                              ----Invoice-----
    Date   Tr   Date        Amount     Check   St  Vndor Number     Date      User P Typ
    2/05   62   2/25/05        34.37  1849540      07547 308237   1/14/05    EMR
    2/05   62   2/25/05    10,585.43  1849540      07547 309059   2/15/05    EMR
    2/05   62   2/22/05     1,839.86  1848843      02085  89251   2/02/05    EMR
    1/05   19   1/28/05             Reserve                       0/00/00    *MER
    1/05   62   1/11/05     7,407.44  1841358      07547 307447  12/10/04    NXM
   12/04   19  12/31/04             Reserve                       0/00/00    *MER
                                                                      More...

1-View History Detail
F3=Exit   F12=Cancel
```

Claim Inquiry - By Claim                    SCC    3/17/06 14:32:34   Inquire
  Transaction Detail

  Policy CLS0485366      Claim 00930029      Claimant 01

                 Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1              786              237,806.58              238,592.58
Expense 2
     Total            786              237,806.58              238,592.58

Recovery Totals:  Indemnity                    Expense        2,589.87-
    Acct         Trans                                ----Invoice-----
    Date   Tr   Date          Amount      Check   St  Vndor  Number    Date     User P Typ
  12/04   62  12/15/04      1,249.99 D 1836858       58611     2745  11/22/04  NXM
  11/04   19  11/24/04                  Reserve                      0/00/00  *MER
  11/04   61  11/19/04        450.00 C 1831891       02085  9999999   9/28/04  EMR
  11/04   62  11/18/04      1,189.70 C 1831569       02085    88154  11/02/04  M3M
  11/04   62  11/17/04     15,202.26 C 1831311       17106   424459  11/02/04  CZP
  11/04   62  11/17/04     14,201.18 C 1831311       17106   422002   9/14/04  CZP
                                                                        More...

1-View History Detail
F3=Exit  F12=Cancel

Claim Inquiry - By Claim                          SCC   3/17/06 14:32:36   Inquire
  Transaction Detail

Policy CLS0485366      Claim 00930029      Claimant 01

|  | Current Reserves | Total Payments | Total Incurred |
|---|---|---|---|
| Indemnity |  |  |  |
| Expense 1 | 786 | 237,806.58 | 238,592.58 |
| Expense 2 |  |  |  |
| Total | 786 | 237,806.58 | 238,592.58 |

Recovery Totals:  Indemnity                    Expense     2,589.87-
                                               ----Invoice-----

| Acct Date | Tr | Trans Date | Amount | Check | St | Vndor | Number | Date | User | P | Typ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04 | 19 | 10/29/04 |  | Reserve |  |  |  | 0/00/00 | *MER |  |  |
| 10/04 | 62 | 10/25/04 | 745.84 | 1825814 |  | 07547 | 305876 | 10/08/04 | M3M |  |  |
| 10/04 | 30 | 10/19/04 |  | Reserve |  |  |  | 0/00/00 | SCC |  |  |
| 10/04 | 62 | 10/08/04 | 8,617.40 | 1822517 |  | 07547 | 305354 | 9/17/04 | M3M |  |  |
| 10/04 | 30 | 10/08/04 |  | Reserve |  |  |  | 0/00/00 | M3M |  |  |
| 9/04 | 19 | 10/02/04 |  | Reserve |  |  |  | 0/00/00 | *MER |  |  |

                                                                  More...

1-View History Detail
F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim                      SCC   3/17/06 14:32:38  Inquire
  Transaction Detail

  Policy CLS0485366     Claim 00930029     Claimant 01


              Current Reserves        Total Payments        Total Incurred
Indemnity
Expense 1              786              237,806.58            238,592.58
Expense 2
     Total            786              237,806.58            238,592.58

Recovery Totals:  Indemnity                     Expense      2,589.87-
   Acct          Trans                          ----Invoice-----
  Date  Tr   Date        Amount    Check   St  Vndor  Number    Date      User P Typ
  9/04  62   9/10/04    1,303.63 D 1816870      58611   2635   8/17/04  RHS
  8/04  19   8/27/04             Reserve                       0/00/00  *MER
  8/04  62   8/27/04    9,872.27 D 1814529      07547  304542  8/11/04  M3M
  8/04  65   8/19/04      500.00- 0025649                      0/00/00  KSJ      DED
  8/04  62   8/03/04    5,959.85 D 1809961      07547  303776  7/20/04  M3M
  7/04  19   7/30/04             Reserve                       0/00/00  *MER
                                                                        More...

1-View History Detail
F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:31:56   Inquire
 History Detail

  Check                  1809961      Check Replaces
  Check Date             8/03/04      Check Amount                5,959.85
  Check Status                        Check Accept Amount              .00
  Check Type                          Check Printed          P
  Check Stop ID                       Check Stop Date        0/00/00
  Check Stop Reason                   Bank                   50
  Invoice #              303776       Invoice Date           7/20/04
  Mail Address           GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU                HI 96801

  Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 6/12/04-6/30/04 PYMT ADJ 5,990.58 RE  MAUI LAND
  PER PKS
  F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                  SCC   3/17/06 14:31:50  Inquire
 History Detail

   Check               0025649    Control            A18        500.00-
   Control Date        8/18/04    Check Amount                     .00
   Check Status                   Check Accept Amount
   Check Type                     Check Printed
   Check Stop ID                  Check Stop Date    0/00/00
   Check Stop Reason              Bank
   Invoice #                      Invoice Date       0/00/00
   Mail Address




   Maker SULLIVAN PROPERTIES INC


   In Payment Of

  F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                 SCC   3/17/06 14:31:44   Inquire
 History Detail

   Check               1814529       Check Replaces
   Check Date           8/27/04      Check Amount              9,872.27
   Check Status                      Check Accept Amount            .00
   Check Type                        Check Printed          P
   Check Stop ID                     Check Stop Date        0/00/00
   Check Stop Reason                 Bank                   50
   Invoice #            304542       Invoice Date           8/11/04
   Mail Address         GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU           HI 96801

   Payee GOODSILL ANDERSON QUINN, & STIFEL


   In Payment Of DOS 7/1/04-7/31/04 PYMT ADJ 10,396.65 RE MAUI LAND
   PER PKS
   F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:31:29  Inquire
  History Detail

  Check                   1822517      Check Replaces
  Check Date              10/08/04     Check Amount               8,617.40
  Check Status                         Check Accept Amount             .00
  Check Type                           Check Printed       P
  Check Stop ID                        Check Stop Date     0/00/00
  Check Stop Reason                    Bank                50
  Invoice #                305354      Invoice Date        9/17/04
  Mail Address            GOODSILL ANDERSON QUINN
                          & STIFEL
                          PO BOX 3196
                          1099 ALAKEA STREET #1800

                          HONOLULU              HI 96801


  Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 8/2/04-8/31/04 RE  MAUI LAND
  PER PKS
F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:31:24  Inquire
 History Detail

   Check                 1825814    Check Replaces
   Check Date            10/25/04   Check Amount                     745.84
   Check Status                     Check Accept Amount                 .00
   Check Type                       Check Printed        P
   Check Stop ID                    Check Stop Date       0/00/00
   Check Stop Reason                Bank                 50
   Invoice #              305876    Invoice Date         10/08/04
   Mail Address          GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU             HI 96801

   Payee GOODSILL ANDERSON QUINN, & STIFEL


   In Payment Of DOS 9/7/04-9/30/04 RE  MAUI LAND
   PER PKS
  F3=Exit  F12=Cancel
```

Claim Inquiry - By Claim                          SCC   3/17/06 14:30:50   Inquire
 History Detail

 Check                 1841358      Check Replaces
 Check Date             1/11/05     Check Amount                  7,407.44
 Check Status                       Check Accept Amount                .00
 Check Type                         Check Printed         P
 Check Stop ID                      Check Stop Date        0/00/00
 Check Stop Reason                  Bank                  50
 Invoice #              307447      Invoice Date          12/10/04
 Mail Address          GOODSILL ANDERSON QUINN
                       & STIFEL
                       PO BOX 3196
                       1099 ALAKEA STREET #1800

                       HONOLULU            HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of 11/1-30/04   MAUI LAND
 PER PKS
 F3=Exit  F12=Cancel

Claim Inquiry - By Claim                          SCC   3/17/06 14:30:39  Inquire
 History Detail

 Check                    1849540      Check Replaces
 Check Date               2/25/05      Check Amount                    10,585.43
 Check Status                          Check Accept Amount                   .00
 Check Type                            Check Printed           P
 Check Stop ID                         Check Stop Date         0/00/00
 Check Stop Reason                     Bank                    50
 Invoice #                309059       Invoice Date            2/15/05
 Mail Address            GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU              HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of PYMT ADJ 11853.43 DOS 1/1-1/28/05 MATTER 99103
 RE MAUI LAND           PER PKS
 F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim                        SCC   3/17/06 14:30:34  Inquire
 History Detail

   Check                 1849540     Check Replaces
   Check Date            2/25/05     Check Amount                     34.37
   Check Status                      Check Accept Amount                .00
   Check Type                        Check Printed         P
   Check Stop ID                     Check Stop Date       0/00/00
   Check Stop Reason                 Bank                  50
   Invoice #              308237     Invoice Date          1/14/05
   Mail Address          GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU              HI 96801


 Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 12/4-12/13/04 MATTER 99460 RE MAUI LAND
 PER PKS
 F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:30:02   Inquire
  History Detail

  Check                0273100        Control             A05         34.37
  Control Date          4/05/05       Check Amount
  Check Status                        Check Accept Amount              .00
  Check Type                          Check Printed
  Check Stop ID                       Check Stop Date      0/00/00
  Check Stop Reason                   Bank
  Invoice #                           Invoice Date         0/00/00
  Mail Address



  Maker GOODSHILL ANDERSON QUINNE


  In Payment Of

  F3=Exit   F12=Cancel
```

SCC    3/17/06 14:29:57    Inquire

Claim Inquiry - By Claim
 History Detail

| | | |
|---|---|---|
| | | Check Replaces |
| Check | 1856094 | Check Amount |
| Check Date | 4/05/05 | Check Accept Amount |
| Check Status | | Check Printed |
| Check Type | | Check Stop Date |
| Check Stop ID | | Bank |
| Check Stop Reason | | Invoice Date |

```
Check                   1856094      Check Replaces
Check Date              4/05/05      Check Amount              4,140.86
Check Status                         Check Accept Amount            .00
Check Type                           Check Printed          P
Check Stop ID                        Check Stop Date        0/00/00
Check Stop Reason                    Bank                   50
Invoice #               308236       Invoice Date           1/14/05
Mail Address            GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU              HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of DOS 12/1/04-12/30/04 PYMT ADJ 5,739.20 RE  MAUI LAND
 PER PKS
 F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:29:42   Inquire
 History Detail


   Check                1860249      Check Replaces
   Check Date            4/27/05     Check Amount                     254.86
   Check Status                      Check Accept Amount                 .00
   Check Type                        Check Printed        P
   Check Stop ID                     Check Stop Date      0/00/00
   Check Stop Reason                 Bank                 50
   Invoice #            310390       Invoice Date         4/11/05
   Mail Address         GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU            HI 96801

   Payee GOODSILL ANDERSON QUINN, & STIFEL


   In Payment Of DOS 3/7/05-3/30/05 PYMT ADJ 502.76 RE  MAUI LAND
   PER PKS
   F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                      SCC   3/17/06 14:29:26   Inquire
 History Detail

  Check                0273512      Control              504
  Control Date         5/04/05      Check Amount              2,055.50
  Check Status                      Check Accept Amount            .00
  Check Type                        Check Printed
  Check Stop ID                     Check Stop Date      0/00/00
  Check Stop Reason                 Bank
  Invoice #                         Invoice Date         0/00/00
  Mail Address




  Maker GOODSIL, ANDERSON, QUINN & STI


  In Payment Of

 F3=Exit   F12=Cancel
```

Claim Inquiry - By Claim                        SCC   3/17/06 14:28:57  Inquire
 History Detail

    Check                1866315      Check Replaces
    Check Date            6/03/05     Check Amount                    1,550.70
    Check Status                      Check Accept Amount                  .00
    Check Type                        Check Printed           P
    Check Stop ID                     Check Stop Date         0/00/00
    Check Stop Reason                 Bank                    50
    Invoice #             311378      Invoice Date            5/18/05
    Mail Address          GOODSILL ANDERSON QUINN
                          & STIFEL
                          PO BOX 3196
                          1099 ALAKEA STREET #1800

                          HONOLULU          HI 96801

    Payee GOODSILL ANDERSON QUINN, & STIFEL


    In Payment Of DOS 4/4/05-4/28/05 PYMT ADJ 1,641.70 RE MAUI LAND
    PER PKS
    F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:28:48   Inquire
 History Detail


  Check                 1870213      Check Replaces
  Check Date             6/23/05     Check Amount                     4,235.50
  Check Status                       Check Accept Amount                   .00
  Check Type                         Check Printed           P
  Check Stop ID                      Check Stop Date         0/00/00
  Check Stop Reason                  Bank                    50
  Invoice #             311931       Invoice Date            6/14/05
  Mail Address          GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU              HI 96801


  Payee GOODSILL ANDERSON QUINN, & STIFEL



  In Payment Of DOS 5/2/05-5/31/05 PYMT ADJ 4600.27 RE  MAUI LAND
  PER PKS
  F3=Exit  F12=Cancel
```

*D*

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:28:38  Inquire
 History Detail

  Check               1876135      Check Replaces
  Check Date          7/29/05      Check Amount                    2,512.50
  Check Status                     Check Accept Amount                  .00
  Check Type                       Check Printed         P
  Check Stop ID                    Check Stop Date       0/00/00
  Check Stop Reason                Bank                  50
  Invoice #           312550       Invoice Date          7/13/05
  Mail Address        GOODSILL ANDERSON QUINN
                      & STIFEL
                      PO BOX 3196
                      1099 ALAKEA STREET #1800

                      HONOLULU              HI 96801


  Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of PYMT ADJUSTMENT DOS 6/1-6/30/05 RE MAUI LAND

 F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:28:19  Inquire
 History Detail

  Check                 1882657     Check Replaces
  Check Date            9/06/05     Check Amount                  12,807.37
  Check Status                      Check Accept Amount                 .00
  Check Type                        Check Printed        P
  Check Stop ID                     Check Stop Date     0/00/00
  Check Stop Reason                 Bank               50
  Invoice #             313724      Invoice Date        8/24/05
  Mail Address          GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU              HI 96801

  Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 7/1/05-7/31/05 PYMT ADJ 14,176.05 RE  MAUI LAND
  PER PKS
  F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                      SCC   3/17/06 14:28:07  Inquire
 History Detail

   Check                  1886561      Check Replaces
   Check Date             9/27/05      Check Amount                  19,035.89
   Check Status                        Check Accept Amount                 .00
   Check Type                          Check Printed          P
   Check Stop ID                       Check Stop Date        0/00/00
   Check Stop Reason                   Bank                   50
   Invoice #              314114       Invoice Date           9/12/05
   Mail Address           GOODSILL ANDERSON QUINN
                          & STIFEL
                          PO BOX 3196
                          1099 ALAKEA STREET #1800

                          HONOLULU              HI 96801

   Payee GOODSILL ANDERSON QUINN, & STIFEL


   In Payment Of DOS 8/1/05-8/31/05 PYMT ADJ 19,862.39 RE MAUI LAND
   PER PKS
   F3=Exit  F12=Cancel
```

Claim Inquiry - By Claim                     SCC    3/17/06 14:27:55   Inquire
 History Detail

Check                   1894246        Check Replaces
Check Date              11/02/05       Check Amount                 12,817.44
Check Status                           Check Accept Amount                 .00
Check Type                             Check Printed          P
Check Stop ID                          Check Stop Date         0/00/00
Check Stop Reason                      Bank                   50
Invoice #                314802        Invoice Date           10/11/05
Mail Address            GOODSILL ANDERSON QUINN
                        & STIFEL
                        PO BOX 3196
                        1099 ALAKEA STREET #1800

                        HONOLULU             HI 96801                  D

Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of DOS 9/1/05-9/30/05 RE  MAUI LAND   PER PKS

F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim              SCC   3/17/06 14:27:42  Inquire
 History Detail

  Check                  1902374        Check Replaces
  Check Date             12/08/05       Check Amount                8,405.91
  Check Status                          Check Accept Amount              .00
  Check Type                            Check Printed        P
  Check Stop ID                         Check Stop Date       0/00/00
  Check Stop Reason                     Bank                 50
  Invoice #               315590        Invoice Date         11/09/05
  Mail Address           GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU            HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of DOS 10/1/05-10/27/05 RE MAUI LAND
 PER PKS
 F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:27:27  Inquire
 History Detail

  Check                  1917531      Check Replaces
  Check Date             2/14/06      Check Amount                  7,141.52
  Check Status                        Check Accept Amount                .00
  Check Type                          Check Printed       P
  Check Stop ID                       Check Stop Date      0/00/00
  Check Stop Reason                   Bank                50
  Invoice #              316502       Invoice Date        12/19/05
  Mail Address           GOODSILL ANDERSON QUINN
                         & STIFEL
                         PO BOX 3196
                         1099 ALAKEA STREET #1800

                         HONOLULU            HI 96801

  Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 11/01-11/30/05   RE MAUI LAND
  PER PKS
 F3=Exit  F12=Cancel
```

Claim Inquiry - By Claim                    SCC   3/17/06 14:27:20   Inquire
 History Detail

 Check                    1917531        Check Replaces
 Check Date                2/14/06       Check Amount                    4,589.77
 Check Status                            Check Accept Amount                  .00
 Check Type                              Check Printed         P
 Check Stop ID                           Check Stop Date        0/00/00
 Check Stop Reason                       Bank                  50
 Invoice #                 317146        Invoice Date           1/18/06
 Mail Address              GOODSILL ANDERSON QUINN
                           & STIFEL
                           PO BOX 3196
                           1099 ALAKEA STREET #1800

                           HONOLULU            HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


  In Payment Of DOS 12/01-12/30/05   RE MAUI LAND
  PER PKS
 F3=Exit  F12=Cancel

Claim Inquiry - By Claim                          SCC    3/17/06 14:26:50   Inquire
 History Detail

 Check                 1923372      Check Replaces
 Check Date            3/14/06      Check Amount                    1,824.96
 Check Status                       Check Accept Amount                  .00
 Check Type                         Check Printed          P
 Check Stop ID                      Check Stop Date       0/00/00
 Check Stop Reason                  Bank                  50
 Invoice #             317868       Invoice Date           2/15/06
 Mail Address          GOODSILL ANDERSON QUINN
                       & STIFEL
                       PO BOX 3196
                       1099 ALAKEA STREET #1800

                       HONOLULU               HI 96801

 Payee GOODSILL ANDERSON QUINN, & STIFEL


 In Payment Of DOS 1/3/06-1/30/06 RE MAUI LAND
 PER PKS
 F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim                 SCC   3/17/06 14:31:38   Inquire
 History Detail

   Check               1816870      Check Replaces
   Check Date          9/10/04      Check Amount              1,303.63
   Check Status                     Check Accept Amount            .00
   Check Type                       Check Printed          P
   Check Stop ID                    Check Stop Date        0/00/00
   Check Stop Reason                Bank                   50
   Invoice #            2635        Invoice Date           8/17/04
   Mail Address         YAMAMURA & SHIMAZU

                        220 SOUTH KING ST      STE 1770

                        HONOLULU             HI 96813

   Payee YAMAMURA & SHIMAZU


   In Payment Of PAYMENT ADJUSTMENT $1393.22 DOS 7/27-7/30/04 RE  MAUI LAND
   PER AM
   F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                 SCC   3/17/06 14:30:57  Inquire
  History Detail

  Check                1836858      Check Replaces
  Check Date           12/15/04     Check Amount                    1,249.99
  Check Status                      Check Accept Amount                  .00
  Check Type                        Check Printed        P
  Check Stop ID                     Check Stop Date         0/00/00
  Check Stop Reason                 Bank                 50
  Invoice #            2745         Invoice Date         11/22/04
  Mail Address         YAMAMURA & SHIMAZU

                       220 SOUTH KING ST     STE 1770


                       HONOLULU              HI 96813

  Payee YAMAMURA & SHIMAZU                                    D


  In Payment Of PMT ADJ 1328.12 8/2-10/26/04  MAUI LAND
  PER ALM
F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:28:13  Inquire
 History Detail

  Check                  1883080      Check Replaces
  Check Date             9/07/05      Check Amount                 9,660.35
  Check Status                        Check Accept Amount               .00
  Check Type                          Check Printed          P
  Check Stop ID                       Check Stop Date        0/00/00
  Check Stop Reason                   Bank                   50
  Invoice #              3136         Invoice Date           8/25/05
  Mail Address           YAMAMURA & SHIMAZU

                         220 SOUTH KING ST       STE 1770


                         HONOLULU                HI 96813

  Payee YAMAMURA & SHIMAZU



  In Payment Of SERVICES RE MAUI LAND

F3=Exit   F12=Cancel
```

Claim Inquiry - By Claim                    SCC   3/17/06 14:27:34  Inquire
 History Detail

Check                    1909126      Check Replaces
Check Date                1/09/06      Check Amount                    6,580.16
Check Status                          Check Accept Amount                  .00
Check Type                            Check Printed          P
Check Stop ID                         Check Stop Date       0/00/00
Check Stop Reason                     Bank                  50
Invoice #                 3250        Invoice Date          11/21/05
Mail Address          YAMAMURA & SHIMAZU

                      220 SOUTH KING ST      STE 1770


                      HONOLULU              HI 96813

Payee YAMAMURA & SHIMAZU


 In Payment Of SERVICES RE MAUI LAND

F3=Exit  F12=Cancel

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:29:52  Inquire
 History Detail

   Check                1856124    Check Replaces
   Check Date           4/05/05    Check Amount                        800.00
   Check Status                    Check Accept Amount                    .00
   Check Type                      Check Printed         P
   Check Stop ID                   Check Stop Date       0/00/00
   Check Stop Reason               Bank                  50
   Invoice #            9999999    Invoice Date          3/30/05
   Mail Address         DISPUTE PREVENTION &
                        RESOLUTION, INC.
                        1001 BISHOP ST        #1155


                        HONOLULU              HI 96813

   Payee DISPUTE PREVENTION &, RESOLUTION, INC.


   In Payment Of CIVIL#CV04-00358HG/BMK DOS 5/13/05 MEDIATION RE:MAUI LAND

   F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:30:22  Inquire
 History Detail

  Check                 1852538       Check Replaces
  Check Date            3/16/05       Check Amount                    51.46
  Check Status                        Check Accept Amount               .00
  Check Type                          Check Printed          P
  Check Stop ID                       Check Stop Date        0/00/00
  Check Stop Reason                   Bank                   50
  Invoice #             516492        Invoice Date           1/03/05
  Mail Address          AMBASSADOR LEGAL SERVICES LLC
                        DBA: AMERINET/VERITEXT
                        ATTN: KEITH DILORENZO
                        AUDIT SECTION
                        25B VREELAND ROAD      STE 301
                        FLORHAM PARK          NJ 07932


 Payee AMBASSADOR LEGAL SERVICES LLC , DBA: AMERINET/VERITEXT


 In Payment Of MSTR INV#/DATE 24099 2/24/05 DEPO 12/22/04 STATE FARM INS
 ATTYS-YAMAMURA & SHIMAZU RE: MAUI LAND
 F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC  3/17/06 14:30:17  Inquire
 History Detail

    Check                  1853856    Check Replaces
    Check Date             3/23/05    Check Amount                  595.20
    Check Status                      Check Accept Amount              .00
    Check Type                        Check Printed        P
    Check Stop ID                     Check Stop Date      0/00/00
    Check Stop Reason                 Bank                 50
    Invoice #               620429    Invoice Date         12/15/04
    Mail Address           AMBASSADOR LEGAL SERVICES LLC
                           DBA: AMERINET/VERITEXT
                           ATTN: KEITH DILORENZO
                           AUDIT SECTION
                           25B VREELAND ROAD       STE 301
                           FLORHAM PARK        NJ 07932


    Payee AMBASSADOR LEGAL SERVICES LLC , DBA: AMERINET/VERITEXT


    In Payment Of MSTER 24098 2/24/05 DEPO MARZO SHIRLEEN 12/9/04 ATTY
    YAMAMURA & SHIMAZU RE MAUL LAND
    F3=Exit  F12=Cancel
```

Claim Inquiry - By Claim                        SCC   3/17/06 14:30:12  Inquire
 History Detail

    Check               1854078      Check Replaces
    Check Date          3/24/05      Check Amount              4,657.79
    Check Status                     Check Accept Amount            .00
    Check Type                       Check Printed          P
    Check Stop ID                    Check Stop Date        0/00/00
    Check Stop Reason                Bank                   50
    Invoice #            2872        Invoice Date           2/24/05
    Mail Address          YAMAMURA & SHIMAZU

                  220 SOUTH KING ST      STE 1770

                                                              ⟨⟩

                  HONOLULU              HI 96813


   Payee YAMAMURA & SHIMAZU


    In Payment Of PMT ADJ 5182.26   MAUI LAND  11/8/04-1/28/05
    PER ALM
    F3=Exit   F12=Cancel

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:29:47  Inquire
 History Detail

   Check                 1857202       Check Replaces
   Check Date            4/11/05       Check Amount                   142.02
   Check Status                        Check Accept Amount              .00
   Check Type                          Check Printed      P
   Check Stop ID                       Check Stop Date    0/00/00
   Check Stop Reason                   Bank               50
   Invoice #             9999999       Invoice Date       1/10/05
   Mail Address          AMBASSADOR LEGAL SERVICES LLC
                         DBA: AMERINET/VERITEXT
                         ATTN: KEITH DILORENZO
                         AUDIT SECTION
                         25B VREELAND ROAD        STE 301
                         FLORHAM PARK           NJ 07932


  Payee AMBASSADOR LEGAL SERVICES LLC , DBA: AMERINET/VERITEXT


  In Payment Of MASTER INV#/DATE 24762 3/21/05 INV #20665B  DEPO 12/22/04
  HERBERT UHIRODA JR  ATTY YAMAMURA & SHIMAZU  RE MAUI LAND
  F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:28:53   Inquire
 History Detail

    Check              1867288       Check Replaces
    Check Date          6/08/05      Check Amount                     1,562.75
    Check Status                     Check Accept Amount                   .00
    Check Type                       Check Printed           P
    Check Stop ID                    Check Stop Date       0/00/00
    Check Stop Reason                Bank                  50
    Invoice #             3002       Invoice Date          5/24/05
    Mail Address        YAMAMURA & SHIMAZU

                    220 SOUTH KING ST        STE 1770


                    HONOLULU              HI 96813


    Payee YAMAMURA & SHIMAZU


    In Payment Of SERVICES RE MAUI LAND

    F3=Exit   F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC    3/17/06 14:28:43   Inquire
  History Detail

  Check                  1870807      Check Replaces
  Check Date             6/28/05      Check Amount                   327.32
  Check Status                        Check Accept Amount               .00
  Check Type                          Check Printed        P
  Check Stop ID                       Check Stop Date      0/00/00
  Check Stop Reason                   Bank                 50
  Invoice #              9999999      Invoice Date         5/10/05
  Mail Address                        AMBASSADOR LEGAL SERVICES LLC
                                      DBA: AMERINET/VERITEXT
                                      ATTN: KEITH DILORENZO
                                      AUDIT SECTION
                                      25B VREELAND ROAD      STE 301
                                      FLORHAM PARK      NJ 07932

  Payee AMBASSADOR LEGAL SERVICES LLC , DBA: AMERINET/VERITEXT


  In Payment Of MSTER INV 27378 6/13/05 DEPO DORNER JOLINE 5/2/05 INV 14611
  C ATTY YAMAMURA & SHIMAZU RE MAUI LAND
  F3=Exit  F12=Cancel
```

```
Claim Inquiry - By Claim                    SCC   3/17/06 14:29:36   Inquire
 History Detail


 Check                   1860257        Check Replaces
 Check Date               4/27/05       Check Amount                      238.17
 Check Status                           Check Accept Amount                  .00
 Check Type                             Check Printed          P
 Check Stop ID                          Check Stop Date      0/00/00
 Check Stop Reason                      Bank                 50
 Invoice #               9999999        Invoice Date         4/04/05
 Mail Address            PROFESSIONAL IMAGE INC


                         1100 ALAKEA STREET


                         HONOLULU              HI 96813


 Payee PROFESSIONAL IMAGE INC


 In Payment Of INV A-140585 RE MAUI LAND

 F3=Exit   F12=Cancel
```