**EXHIBIT "C"**

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

# DUPLICATE

Client   : 25081
Matter   : 99103
Date     : 07/20/04
Invoice  : 303776
Attorney : R. TJIOE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

SULLIVAN PROPERTIES INC                           Date: 07/20/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES    Invoice: 303776

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 06/30/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 06/12/04 | R. TJIOE: REVIEW INSURER INQUIRY; WORK ON RESPONSE | 0.30 |
| 06/14/04 | R. TJIOE: CALL TO CLIENT REGARDING COMPLAINT | 0.10 |
| 06/14/04 | E. REBER: REVIEW CORRESPONDENCE. | 0.20 |
| 06/15/04 | R. TJIOE: REVIEW CLIENT EMAIL | 0.20 |
| 06/15/04 | R. TJIOE: REVIEW COMPLAINT | 0.90 |
| 06/16/04 | R. TJIOE: CONF WITH E. PORTER: DRAFT EMAIL TO CLIENT | 0.40 |
| 06/16/04 | E. REBER: ANALYZE COMPLAINT WITH ATTACHMENTS. | 0.40 |
| 06/17/04 | P. FONG: CONFERENCE W/ E. PORTER RE: KAPALUA CLAIMS AND ASSIGNMENT. | 0.20 |
| 06/17/04 | R. TJIOE: CONF WITH E PORTER; CALL TO E. EDSON (COVERAGE COUNSEL FOR SCOTTSDALE); WORK ON STRATEGY FOR DEFENSES | 0.90 |
| 06/17/04 | E. REBER: CONTINUE ANALYSIS OF COMPLAINT; MEET WITH R. TJIOE RE COMPLAINT; TELEPHONE CALL TO E. EDSON RE COVERAGE | 1.70 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC                           Client: 25081
07/20/04                                          Matter: 99103
Page 2                                            Invoice: 303776

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ISSUES; DRAFT COVER LETTER AND SEND MATERIALS TO E. EDSON. | |
| 06/18/04 | P. FONG: REVIEWED COMPLAINT; RESEARCHED TRADEMARK INFRINGEMENT UNDER 15 U.S.C. 1125(A) & CREATED TABLE OF AUTHORITY RE: SAME; RESEARCHED FEDERAL ANTI-DILUTION AUTHORITY UNDER 15 U.S.C. 1125(C). | 3.40 |
| 06/21/04 | P. FONG: RESEARCH ELEMENTS OF CYBERPIRACY UNDER FEDERAL STATUTE AND HRS; UNFAIR METHODS OF COMPETITION UNDER HRS; INJURY TO BUSINESS REPUTATION AND DILUTION UNDER HRS; AND UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER HRS. | 5.10 |
| 06/22/04 | P. FONG: RESEARCH INJURY TO BUSINESS REPUTATION AND DILUTION UNDER HRS SECTION 482-32; UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER HRS SECTION 481A-3; COMMON LAW UNFAIR COMPETITION, PALMING OFF, TRADE NAME AND TRADEMARK INFRINGEMENT; WORKED ON TABLES FOR SUMMARY MEMO. | 4.40 |
| 06/23/04 | R. TJIOE: CONF WITH E PORTER REGARDING ANSWER AND INSURANCE MATTERS | 0.20 |
| 06/23/04 | R. TJIOE: REVISE AND EDIT DRAFT LETTER TO EDSON ELSON | 0.30 |
| 06/23/04 | P. FONG: WORKED ON TABLE OF TESTS/ELEMENTS FOR CAUSES OF ACTION IN COMPLAINT. | 1.50 |
| 06/23/04 | E. REBER: WORK ON ANSWER. | 0.60 |
| 06/24/04 | E. REBER: WORK ON TIMELINE AND ANSWER. | 4.00 |
| 06/25/04 | E. REBER: WORK ON ANSWER; EXTENDED TELEPHONE CALL WITH P. SULLIVAN, B. SULLIVAN, AND J. DORNER RE ALLEGATIONS OF COMPLAINT AND EXHIBITS. | 3.20 |
| 06/28/04 | R. TJIOE: CONF WITH E. PORTER REGARDING DRAFT ANSWER | 0.30 |
| 06/28/04 | R. TJIOE: REVIEW DRAFT ANSWER | 0.50 |
| 06/28/04 | R. TJIOE: REVIEW 98 SETTLEMENT PROPOSAL LETTER FROM M. LAM | 0.30 |
| 06/28/04 | R. TJIOE: CONF WITH E. PORTER REGARDING INSURANCE DEFENSE | 0.30 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/20/04
Page 3

Client: 29081
Matter: 99103
Invoice: 303776

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 06/28/04 | E. REBER: DRAFT ANSWER; SEND AND DISCUSS SAME WITH R. TJIOE AND CLIENT; REVISE ANSWER. | 1.70 |
| 06/28/04 | E. REBER: TELEPHONE CALL WITH P. SULLIVAN RE DRAFT ANSWER; CORRESPOND WITH R. TJIOE RE SAME. | 1.20 |
| 06/29/04 | R. TJIOE: CONF WITH E PORTER REGARDING ANSWER | 0.30 |
| 06/29/04 | E. REBER: TELEPHONE CALLS WITH K. SHIGEMURA TO REQUEST EXTENSION TO ANSWER; WORK ON DEFENSES; CONFERENCE WITH R. TJIOE RE ALL OF SAME. | 1.10 |
| 06/30/04 | R. TJIOE: WORK ON ANSWER TO COMPLAINT | 0.50 |
| 06/30/04 | R. TJIOE: CONF WITH E. PORTER REGARDING ANSWER AND INSURANCE COMPANY ISSUES | 0.40 |
| 06/30/04 | E. REBER: TELEPHONE CALLS WITH PLAINTIFFS' COUNSEL RE EXTENSION FOR ANSWERS; REVIEW SULLIVAN PROPERTIES' ARBITRATION RESPONSE STATEMENT. | 1.20 |

TOTAL Hours    35.80

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 5.90 | 235.00 | 1,386.50 |
| P. FONG | 14.60 | 125.00 | 1,825.00 |
| E. REBER | 15.30 | 165.00 | 2,524.50 |

TOTAL Current Fees    $5,736.00

G.E. Tax Reimbursement at 4.16%    238.62

Total Current Fees and Tax Reimbursement    $5,974.62

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | FAX CHARGE | 0.60 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

## A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/20/04
Page 4

Client: 25081
Matter: 99103
Invoice: 303776

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | SPECIAL POSTAGE & HANDLING | 8.16 |
| | TELEPHONE CHARGES | 7.20 |
| | TOTAL Current Costs and Disbursements | $15.96 |
| | Current Invoice Due | $5,990.58 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# OK TO PAY
## LEGAL BILL AUDIT

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
1099 ALAKEA STREET, STE. 1800
HONOLULU, HAWAII 96801
TELEPHONE (80C) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

**PAID**

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client  : 25081
Matter  : 9910:
Date    : 07/20/04
Invoice : 303776
Attorney: R. TJIOE
```

JUL 29 2004

930089

```
SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA
```

Return this portion with your payment

---

```
SULLIVAN PROPERTIES INC                        Date: 07/20/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES    Invoice: 303776

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK
```

For Professional Services Rendered and Costs Advanced through 06/30/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 06/12/04 | R. TJIOE: REVIEW INSURER INQUIRY; WORK ON RESPONSE | 0.30 |
| 06/14/04 | R. TJIOE: CALL TO CLIENT REGARDING COMPLAINT | 0.10 |
| 06/14/04 | E. REBER: REVIEW CORRESPONDENCE. | 0.20 |
| 06/15/04 | R. TJIOE: REVIEW CLIENT EMAIL | 0.20 |
| 06/15/04 | R. TJIOE: REVIEW COMPLAINT | 0.90 |
| 06/16/04 | R. TJIOE: CONF WITH E. PORTER: DRAFT EMAIL TO CLIENT | 0.40 |
| 06/16/04 | E. REBER: ANALYZE COMPLAINT WITH ATTACHMENTS. | 0.40 |
| 06/17/04 | P. FONG: CONFERENCE W/ E. PORTER RE: KAPALUA CLAIMS AND ASSIGNMENT. | 0.20 |
| 06/17/04 | R. TJIOE: CONF WITH E PORTER; CALL TO E. EDSON (COVERAGE COUNSEL FOR SCOTTSDALE); WORK ON STRATEGY FOR DEFENSES | 0.90 |
| 06/17/04 | E. REBER: CONTINUE ANALYSIS OF COMPLAINT; MEET WITH R. TJIOE RE COMPLAINT; TELEPHONE CALL TO E. EDSON RE COVERAGE | 1.70 |

**\*\* Continued on next page \*\***

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/20/04
Page 2

Client: 25081
Matter: 99103
Invoice: 303776

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ISSUES; DRAFT COVER LETTER AND SEND MATERIALS TO E. EDSON. | |
| 06/18/04 | P. FONG: REVIEWED COMPLAINT; RESEARCHED TRADEMARK INFRINGEMENT UNDER 15 U.S.C. 1125(A) & CREATED TABLE OF AUTHORITY RE: SAME; RESEARCHED FEDERAL ANTI-DILUTION AUTHORITY UNDER 15 U.S.C. 1125(C). | 3.40 |
| 06/21/04 | P. FONG: RESEARCH ELEMENTS OF CYBERPIRACY UNDER FEDERAL STATUTE AND HRS; UNFAIR METHODS OF COMPETITION UNDER HRS; INJURY TO BUSINESS REPUTATION AND DILUTION UNDER HRS; AND UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER HRS. | 5.10 |
| 06/22/04 | P. FONG: RESEARCH INJURY TO BUSINESS REPUTATION AND DILUTION UNDER HRS SECTION 482-32; UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER HRS SECTION 481A-3; COMMON LAW UNFAIR COMPETITION, PALMING OFF, TRADE NAME AND TRADEMARK INFRINGEMENT; WORKED ON TABLES FOR SUMMARY MEMO. | 4.40 |
| 06/23/04 | R. TJIOE: CONF WITH E PORTER REGARDING ANSWER AND INSURANCE MATTERS | 0.20 |
| 06/23/04 | R. TJIOE: REVISE AND EDIT DRAFT LETTER TO EDSON ELSON | 0.30 |
| 06/23/04 | P. FONG: WORKED ON TABLE OF TESTS/ELEMENTS FOR CAUSES OF ACTION IN COMPLAINT. | 1.50 |
| 06/23/04 | E. REBER: WORK ON ANSWER. | 0.60 |
| 06/24/04 | E. REBER: WORK ON TIMELINE AND ANSWER. | 4.00 |
| 06/25/04 | E. REBER: WORK ON ANSWER; EXTENDED TELEPHONE CALL WITH P. SULLIVAN, B. SULLIVAN, AND J. DORNER RE ALLEGATIONS OF COMPLAINT AND EXHIBITS. | 3.20 |
| 06/28/04 | R. TJIOE: CONF WITH E. PORTER REGARDING DRAFT ANSWER | 0.30 |
| 06/28/04 | R. TJIOE: REVIEW DRAFT ANSWER | 0.50 |
| 06/28/04 | R. TJIOE: REVIEW 98 SETTLEMENT PROPOSAL LETTER FROM M. LAM | 0.30 |
| 06/28/04 | R. TJIOE: CONF WITH E. PORTER REGARDING INSURANCE DEFENSE | 0.30 |

** Continued on next page **

# GOODSILL ANDERSON QUINN & STIFEL

## A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/20/04
Page 3

Client: 25081
Matter: 99103
Invoice: 303776

| Date | Professional Services | Hours |
| --- | --- | --- |
| 06/28/04 | E. REBER: DRAFT ANSWER; SEND AND DISCUSS SAME WITH R. TJIOE AND CLIENT; REVISE ANSWER. | 1.70 |
| 06/28/04 | E. REBER: TELEPHONE CALL WITH P. SULLIVAN RE DRAFT ANSWER; CORRESPOND WITH R. TJIOE RE SAME. | 1.20 |
| 06/29/04 | R. TJIOE: CONF WITH E PORTER REGARDING ANSWER | 0.30 |
| 06/29/04 | E. REBER: TELEPHONE CALLS WITH K. SHIGEMURA TO REQUEST EXTENSION TO ANSWER; WORK ON DEFENSES; CONFERENCE WITH R. TJIOE RE ALL OF SAME. | 1.10 |
| 06/30/04 | R. TJIOE: WORK ON ANSWER TO COMPLAINT | 0.50 |
| 06/30/04 | R. TJIOE: CONF WITH E. PORTER REGARDING ANSWER AND INSURANCE COMPANY ISSUES | 0.40 |
| 06/30/04 | E. REBER: TELEPHONE CALLS WITH PLAINTIFFS' COUNSEL RE EXTENSION FOR ANSWERS; REVIEW SULLIVAN PROPERTIES' ARBITRATION RESPONSE STATEMENT. | 1.20 |

TOTAL Hours    35.80

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |
| R. TJIOE  *reduce to agreed rate of 230.00* | 5.90 | 235.00  -29.50 | 1,386.50 |
| P. FONG | 14.60 | 125.00 | 1,825.00 |
| E. REBER | 15.30 | 165.00 | 2,524.50 |

TOTAL Current Fees    $5,736.00

G. E. Tax Reimbursement at 4.16%  -1.23    238.62

Total Current Fees and Tax Reimbursement    $5,974.62

| Date | Costs and Disbursements | Amount |
| --- | --- | --- |
|  | FAX CHARGE | 0.60 |

## ** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

### A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/20/04
Page 4

Client: 25081
Matter: 99103
Invoice: 303776

| Date | Costs and Disbursements | Amount |
|---|---|---|
| | SPECIAL POSTAGE & HANDLING | 8.16 |
| | TELEPHONE CHARGES | 7.20 |
| | **TOTAL Current Costs and Disbursements** | **$15.96** |
| | **Current Invoice Due** | **$5,990.58** |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

-30.73

5959.85
ok to pay

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client   : 25081
Matter   : 99103
Date     : 09/17/04
Invoice  : 305354
Attorney : R. TJIOE
```

# DUPLICATE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

---

Return this portion with your payment

---

SULLIVAN PROPERTIES INC                             Date: 09/17/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES   Invoice: 305354

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00359 HG BMK

For Professional Services Rendered and Costs Advanced through 08/31/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/02/04 | R. TJIOE: CONF WITH ERP REGARDING CLIENT DOMAIN NAME USE | 0.40 |
| 08/02/04 | E. REBER: REVIEW R. SULLIVAN'S ANSWER TO COMPLAINT; WORK ON LITIGATION PLAN (PROCEDURAL AND FACTUAL HISTORY, ETC.). | 1.80 |
| 08/03/04 | R. TJIOE: WORK ON LITIGATION PLAN AND STRATEGY | 0.50 |
| 08/05/04 | R. TJIOE: WORK ON RESEARCH REGARDING DEFENSES | 0.70 |
| 08/05/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET AND STRATEGIES FOR CASE. | |
| 08/05/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET. | 0.80 |
| 08/06/04 | R. TJIOE: CONF WITH E PORTER REGARDING LITIGATION PLAN AND BUDGET | 0.50 |
| 08/06/04 | E. REBER: WORK ON LITIGATION AND BUDGET; OBTAIN EXTENSION FROM S. COLTRARA. | 0.70 |
| 08/07/04 | E. REBER: FURTHER ANALYSIS OF CLAIMS AND DEFENSES; WORK ON LITIGATION PLAN. | 1.20 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 2

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/08/04 | R. TJIOE: CONF WITH E. PORTER REGARDING RESPONSE TO CLIENT REQUEST FOR INFORMATION | 0.40 |
| 08/08/04 | E. REBER: FINALIZE LITIGATION PLAN AND BUDGET. | 2.70 |
| 08/09/04 | R. TJIOE: ~~REVIEW AND EDIT DRAFT LITIGATION PLAN AND BUDGET~~ | 1.30 |
| 08/09/04 | E. REBER: BLUEBOOK LITIGATION PLAN & COMPLETE BUDGET. | 0.40 |
| 08/09/04 | E. REBER: CORRESPOND WITH CLIENT RE WEBSITE ISSUES, RULE 16 SCHEDULING CONFERENCE, AND IN-PERSON MEETING. | 0.30 |
| 08/10/04 | R. TJIOE: CONF WITH ERP REGARDING SCHEDULING CONFERENCE MATTERS | 0.30 |
| 08/10/04 | R. TJIOE: REVIEW CO-DEFENDANT SCHED CONF STATEMENT | 0.30 |
| 08/10/04 | E. REBER: CORRESPOND WITH OPPOSING COUNSEL AND R. TJIOE RE MEET-AND-CONFER REQUIREMENT; WORK ON SAME. | 0.40 |
| 08/11/04 | R. TJIOE: REVIEW RESEARCH REGARDING JOINT DEFENSE PRIVILEGE; CONF WITH E PORTER REGARDING SAME | 0.70 |
| 08/11/04 | R. TJIOE: CONF WITH ERP REGARDING LITIGATION PLAN AND MEETING WITH CLIENT, AND JOINT DEFENSE AGREEMENT | 0.90 |
| 08/11/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET; ~~REVISE~~ REVIEW JOINT DEFENSE RESEARCH; TELEPHONE CALLS WITH P~~ SULLIVAN RE CONFIDENTIALITY/PRIVILEGE, IN-PERSON MEETING AND DOCUMENTS; CONFERENCE WITH R. TJIOE RE STRATEGY (COMBINED DISPOSITIVE MOTION). | ~~4.70~~ |
| 08/12/04 | R. TJIOE: REVIEW AND FINALIZE LITIGATION PLAN | 1.00 |
| 08/12/04 | E. REBER: WORK ON LITIGATION PLAN & BUDGET; REVISE; FINALIZE; SEND VIA E-MAIL TO S. COLTRARA ET AL. | 1.70 |
| 08/14/04 | R. TJIOE: PREPARE FOR MEET AND CONFER CONFERENCE WITH COUNSEL | 0.40 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 3

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/16/04 | R. TJIOE: CONF WITH E PORTER REGARDING MEET AND CONFER AND LITIGATION STRATEGY | 0.70 |
| 08/16/04 | R. TJIOE: ATTEND MEET AND CONFER CONFERENCE WITH COUNSEL | 0.40 |
| 08/16/04 | R. TJIOE: REVISE AND EDIT DRAFT REPORT OF PLANNING PARTIES MEETING; CONF WITH E PORTER RE SAME | 0.40 |
| 08/16/04 | E. REBER: CORRESPOND WITH R. TJIOE RE STRATEGY FOR MEETING OF THE PARTIES AND DISCOVERY; PARTICIPATE IN MEETING OF THE PARTIES; REVISE AND DISCUSS WITH R. TJIOE PLAINTIFF'S PROPOSED REPORT ON MEETING OF THE PARTIES. | 1.90 |
| 08/18/04 | R. TJIOE: REVIEW FINALIZED SCHEDULING CONFERENCE STATEMENT; CONF WITH E PORTER RE SAME | 0.30 |
| 08/18/04 | E. REBER: REVIEW PLAINTIFF'S REPORT OF MEETING OF PARTIES; TELEPHONE CALL WITH P. SULLIVAN RE TOMORROW'S MEETING. | 0.20 |
| 08/19/04 | R. TJIOE: MEET WITH P. SULLIVAN REGARDING CASE; CONFERENCE WITH SULLIVAN AND E. PORTER AND REVIEW CLIENT DOCUMENTS; CALLS TO SULLIVAN PROPERTIES PERSONNEL REGARDING WEBSITE HISTORY; CALL TO MIKE SULLIVAN REGARDING LITIGATION BACKGROUND | 7.50 |
| 08/19/04 | E. REBER: PREPARE FOR AND ATTEND MEETING WITH P. SULLIVAN; DISCUSS DOCUMENTS, WITNESSES, INSURANCE, DAMAGES INFORMATION, AND OTHER ISSUES. | 2.60 |
| 08/22/04 | E. REBER: DRAFT INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENT; ORGANIZE DOCUMENTS RECEIVED FROM P. SULLIVAN. | 1.50 |
| 08/23/04 | R. TJIOE: REVIEW DRAFT SCHEDULING CONF STATEMENT | 0.30 |
| 08/23/04 | R. TJIOE: REVIEW DRAFT INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENT; CONF WITH E PORTER REGARDING SAME | 0.50 |
| 08/23/04 | E. REBER: FINALIZE AND FILE (WITH R. TJIOE'S COMMENTS) RULE 16 SCHEDULING CONFERENCE STATEMENT AND INITIAL DISCLOSURE STATEMENT; RECEIVE CORRESPONDENCE FROM P. SULLIVAN. | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 4

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/24/04 | R. TJIOE: REVIEW PLAINTIFFS' INITIAL DISCLOSURES | 0.60 |
| 08/24/04 | E. REBER: REVIEW PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT AND INITIAL DISCLOSURES. | 0.20 |
| 08/25/04 | R. TJIOE: CONF WITH R BALDEMOR REGARDING STRATEGY ON 54(B) CERTIFICATION; FINALIZE MOTION TO VACATE AND MEMO IN OPPOSITION | 0.80 |
| 08/26/04 | E. REBER: CORRESPOND WITH R. TJIOE RE DAMAGES CALCULATIONS. | 0.20 |
| 08/27/04 | E. REBER: CORRESPOND WITH R. TJIOE RE WHY PLAINTIFFS ARE NOT SEEKING DAMAGES. | 0.10 |
| 08/30/04 | R. TJIOE: PREPARE FOR AND ATTEND SCHEDULING CONFERENCE AT FEDERAL COURT | 1.30 |
| 08/31/04 | R. TJIOE: WORK ON FOLLOW UP MATTERS RELATING TO SCHEDULING CONFERENCE | 0.20 |
| 08/31/04 | E. REBER: TELEPHONE CALL FROM AND TO P. SULLIVAN RE RULE 16 CONFERENCE YESTERDAY. | 0.10 |

TOTAL Hours    41.80

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 20.40 | 230.00 | 4,692.00 |
| E. REBER | 21.40 | 165.00 | 3,531.00 |

TOTAL Current Fees    $8,223.00

G. E. Tax Reimbursement at 4.16%    342.08

Total Current Fees and Tax Reimbursement    $8,565.08

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | REPRODUCTION OF DOCUMENTS | 51.60 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

## A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
• P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 5

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Costs and Disbursements | Amount |
|------|-------------------------|--------|
| | TELEPHONE CHARGES | 0.72 |
| | TOTAL Current Costs and Disbursements | $52.32 |
| | Current Invoice Due | $8,617.40 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

## LEGAL BILL AUDIT

LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

# PAID

```
Client   : 25081
Matter   : 99103
Date     : 09/17/04
Invoice  : 305354
Attorney : R. TJIOE
```

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

*930089*

Attention: MS. SUSAN C. COLTRARA

SEP 27 2004

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SULLIVAN PROPERTIES INC                                    Date: 09/17/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES       Invoice: 305354

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 08/31/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/02/04 | R. TJIOE: CONF WITH ERP REGARDING CLIENT DOMAIN NAME USE | 0.40 |
| 08/02/04 | E. REBER: REVIEW R. SULLIVAN'S ANSWER TO COMPLAINT; WORK ON LITIGATION PLAN (PROCEDURAL AND FACTUAL HISTORY, ETC.). | 1.80 |
| 08/03/04 | R. TJIOE: WORK ON LITIGATION PLAN AND STRATEGY | 0.50 |
| 08/05/04 | R. TJIOE: WORK ON RESEARCH REGARDING DEFENSES | 0.70 |
| 08/05/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET, AND STRATEGIES FOR CASE. | 2.60 |
| 08/05/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET. | 0.80 |
| 08/06/04 | R. TJIOE: CONF WITH E PORTER REGARDING LITIGATION PLAN AND BUDGET | 0.50 |
| 08/06/04 | E. REBER: WORK ON LITIGATION AND BUDGET; OBTAIN EXTENSION FROM S. COLTRARA. | 0.70 |
| 08/07/04 | E. REBER: FURTHER ANALYSIS OF CLAIMS AND DEFENSES; WORK ON LITIGATION PLAN. | 1.20 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 2

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
| --- | --- | --- |
| 08/08/04 | R. TJIOE: CONF WITH E. PORTER REGARDING RESPONSE TO CLIENT REQUEST FOR INFORMATION | 0.40 |
| 08/08/04 | E. REBER: FINALIZE LITIGATION PLAN AND BUDGET. | 2.70 |
| 08/09/04 | R. TJIOE: REVIEW AND EDIT DRAFT LITIGATION PLAN AND BUDGET | 1.30 |
| 08/09/04 | E. REBER: BLUEBOOK LITIGATION PLAN & COMPLETE BUDGET. | 0.40 |
| 08/09/04 | E. REBER: CORRESPOND WITH CLIENT RE WEBSITE ISSUES, RULE 16 SCHEDULING CONFERENCE, AND IN-PERSON MEETING. | 0.30 |
| 08/10/04 | R. TJIOE: CONF WITH ERP REGARDING SCHEDULING CONFERENCE MATTERS | 0.30 |
| 08/10/04 | R. TJIOE: REVIEW CO-DEFENDANT SCHED CONF STATEMENT | 0.30 |
| 08/10/04 | E. REBER: CORRESPOND WITH OPPOSING COUNSEL AND R. TJIOE RE MEET-AND-CONFER REQUIREMENT; WORK ON SAME. | 0.40 |
| 08/11/04 | R. TJIOE: REVIEW RESEARCH REGARDING JOINT DEFENSE PRIVILEGE; CONF WITH E PORTER REGARDING SAME | 0.70 |
| 08/11/04 | R. TJIOE: CONF WITH ERP REGARDING LITIGATION PLAN AND MEETING WITH CLIENT, AND JOINT DEFENSE AGREEMENT | 0.90 |
| 08/11/04 | E. REBER: WORK ON LITIGATION PLAN AND BUDGET; REVISE; REVIEW JOINT DEFENSE RESEARCH; TELEPHONE CALLS WITH P. SULLIVAN RE CONFIDENTIALITY/PRIVILEGE, IN-PERSON MEETING AND DOCUMENTS; CONFERENCE WITH R. TJIOE RE STRATEGY (COMBINED DISPOSITIVE MOTION). | 1.70 |
| 08/12/04 | R. TJIOE: REVIEW AND FINALIZE LITIGATION PLAN | 1.00 |
| 08/12/04 | E. REBER: WORK ON LITIGATION PLAN & BUDGET; REVISE; FINALIZE; SEND VIA E-MAIL TO S. COLTRARA ET AL. | 1.70 |
| 08/14/04 | R. TJIOE: PREPARE FOR MEET AND CONFER CONFERENCE WITH COUNSEL | 0.40 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 3

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/16/04 | R. TJIOE: CONF WITH E PORTER REGARDING MEET AND CONFER AND LITIGATION STRATEGY | 0.70 |
| 08/16/04 | R. TJIOE: ATTEND MEET AND CONFER CONFERENCE WITH COUNSEL | 0.40 |
| 08/16/04 | R. TJIOE: REVISE AND EDIT DRAFT REPORT OF PLANNING PARTIES MEETING; CONF WITH E PORTER RE SAME | 0.40 |
| 08/16/04 | E. REBER: CORRESPOND WITH R. TJIOE RE STRATEGY FOR MEETING OF THE PARTIES AND DISCOVERY; PARTICIPATE IN MEETING OF THE PARTIES; REVISE AND DISCUSS WITH R. TJIOE PLAINTIFF'S PROPOSED REPORT ON MEETING OF THE PARTIES. | 1.90 |
| 08/18/04 | R. TJIOE: REVIEW FINALIZED SCHEDULING CONFERENCE STATEMENT; CONF WITH E PORTER RE SAME | 0.30 |
| 08/18/04 | E. REBER: REVIEW PLAINTIFF'S REPORT OF MEETING OF PARTIES; TELEPHONE CALL WITH P. SULLIVAN RE TOMORROW'S MEETING. | 0.20 |
| 08/19/04 | R. TJIOE: MEET WITH P. SULLIVAN REGARDING CASE; CONFERENCE WITH SULLIVAN AND E. PORTER AND REVIEW CLIENT DOCUMENTS; CALLS TO SULLIVAN PROPERTIES PERSONNEL REGARDING WEBSITE HISTORY; CALL TO MIKE SULLIVAN REGARDING LITIGATION BACKGROUND | 7.50 |
| 08/19/04 | E. REBER: PREPARE FOR AND ATTEND MEETING WITH P. SULLIVAN; DISCUSS DOCUMENTS, WITNESSES, INSURANCE, DAMAGES INFORMATION, AND OTHER ISSUES. | 2.60 |
| 08/22/04 | E. REBER: DRAFT INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENT; ORGANIZE DOCUMENTS RECEIVED FROM P. SULLIVAN. | 1.50 |
| 08/23/04 | R. TJIOE: REVIEW DRAFT SCHEDULING CONF STATEMENT | 0.30 |
| 08/23/04 | R. TJIOE: REVIEW DRAFT INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENT; CONF WITH E PORTER REGARDING SAME | 0.50 |
| 08/23/04 | E. REBER: FINALIZE AND FILE (WITH R. TJIOE'S COMMENTS) RULE 16 SCHEDULING CONFERENCE STATEMENT AND INITIAL DISCLOSURE STATEMENT; RECEIVE CORRESPONDENCE FROM P. SULLIVAN. | 0.30 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: Info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 4

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/24/04 | R. TJIOE: REVIEW PLAINTIFFS' INITIAL DISCLOSURES | 0.60 |
| 08/24/04 | E. REBER: REVIEW PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT AND INITIAL DISCLOSURES. | 0.20 |
| 08/25/04 | R. TJIOE: CONF WITH R BALDEMOR REGARDING STRATEGY ON 54(B) CERTIFICATION; FINALIZE MOTION TO VACATE AND MEMO IN OPPOSITION | 0.80 |
| 08/26/04 | E. REBER: CORRESPOND WITH R. TJIOE RE DAMAGES CALCULATIONS. | 0.20 |
| 08/27/04 | E. REBER: CORRESPOND WITH R. TJIOE RE WHY PLAINTIFFS ARE NOT SEEKING DAMAGES. | 0.10 |
| 08/30/04 | R. TJIOE: PREPARE FOR AND ATTEND SCHEDULING CONFERENCE AT FEDERAL COURT | 1.30 |
| 08/31/04 | R. TJIOE: WORK ON FOLLOW UP MATTERS RELATING TO SCHEDULING CONFERENCE | 0.20 |
| 08/31/04 | E. REBER: TELEPHONE CALL FROM AND TO P. SULLIVAN RE RULE 16 CONFERENCE YESTERDAY. | 0.10 |

TOTAL Hours 41.80

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 20.40 | 230.00 | 4,692.00 |
| E. REBER | 21.40 | 165.00 | 3,531.00 |

TOTAL Current Fees $8,223.00

G.E. Tax Reimbursement at 4.16% 342.08

Total Current Fees and Tax Reimbursement $8,565.08

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | REPRODUCTION OF DOCUMENTS | 51.60 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

## GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/17/04
Page 5

Client: 25081
Matter: 99103
Invoice: 305354

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
|      | TELEPHONE CHARGES | 0.72 |
|      | TOTAL Current Costs and Disbursements | $52.32 |
|      | Current Invoice Due | $8,617.40 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

DO NOT PAY
LEGAL BILL AUDIT

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

PAID

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client   : 25081
Matter   : 99103
Date     : 10/08/04                    OCT 1 3 2004        clm # 930029
Invoice  : 305876
Attorney : R. TJIOE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA
```

Return this portion with your payment
--------------------------------------------------------------

```
SULLIVAN PROPERTIES INC                              Date: 10/08/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES  Invoice: 305876

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 09/30/04
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/07/04 | E. REBER: CORRESPONDENCE WITH P. SULLIVAN RE PLAINTIFFS' COVERT INVESTIGATIONS. | 0.10 |
| 09/08/04 | R. TJIOE: REVIEW EMAIL FROM CLIENT TO E PORTER | 0.40 |
| 09/15/04 | E. REBER: E-MAIL CLIENT AND R. TJIOE RE STATUS OF MTD/MSJ. | 0.20 |
| 09/17/04 | R. TJIOE: REVIEW RECENT CASE FILINGS AND EMAIL CLIENT REGARDING LITIGATION STATUS | 0.40 |
| 09/21/04 | E. REBER: BEGIN WORK ON MTD/MSJ. | 1.30 |
| 09/23/04 | R. TJIOE: CONF WITH E PORTER REGARDING LITIGATION STRATEGY | 0.30 |
| 09/23/04 | E. REBER: CORRESPOND WITH P. SULLIVAN RE TIMING OF MTD/MSJ AND PLAINTIFFS' FIRST REQUEST FOR DOCUMENTS TO SULLIVAN PROPERTIES; REVIEW FIRST REQUEST. | 0.40 |
| 09/24/04 | E. REBER: CORRESPONDENCE. | 0.10 |
| 09/28/04 | E. REBER: T/C WITH P. SULLIVAN – HERE ON FRIDAY, SATURDAY AND SUNDAY. | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/08/04
Page 2

Client: 25081
Matter: 99103
Invoice: 305876

| Date | Professional Services | Hours |
| --- | --- | --- |
| 09/29/04 | E. REBER: OPEN NEW CASE FILE. | 0.20 |
| 09/30/04 | E. REBER: T/C WITH P. SULLIVAN RE DOCUMENT PRODUCTION AND MTD. | 0.30 |
| | TOTAL Hours | 3.90 |

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |
| R. TJIOE | 1.10 | 230.00 | 253.00 |
| E. REBER | 2.80 | 165.00 | 462.00 |
| | | TOTAL Current Fees | $715.00 |
| | G.E. Tax Reimbursement at 4.16% | | 29.74 |
| | Total Current Fees and Tax Reimbursement | | $744.74 |

| Date | Costs and Disbursements | Amount |
| --- | --- | --- |
| 09/30/04 | OUTSIDE COPY CHARGES – HONOLULU OFFICE – TO U.S. DISTRICT COURT FOR COPY OF RULE 16 ORDER. | 0.50 |
| | TELEPHONE CHARGES | 0.60 |
| | TOTAL Current Costs and Disbursements | $1.10 |

| | | |
| --- | --- | --- |
| | Current Invoice Due | $745.84 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client   : 25081
Matter   : 99103
Date     : 11/09/04
Invoice  : 306752
Attorney : R. TJIOE
```

NOV 1 6 2004

930029

```
SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA
```

Return this portion with your payment

---

```
SULLIVAN PROPERTIES INC                           Date: 11/09/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES   Invoice: 306752

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK
```

For Professional Services Rendered and Costs Advanced through 10/31/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/04/04 | R. TJIOE: REVIEW INSURANCE LAW RESEARCH FOR DISPOSITIVE MOTION          *nonreimbursable* | 0.50 |
| 10/07/04 | D. KOBAYASHI: REVIEW AND RESPOND TO E-MAIL INQUIRY RE JUDGE MCCONNELL AS ARBITRATOR. | 0.30  69.00 |
| 10/07/04 | R. TJIOE: CONF WITH E PORTER REGARDING MEDIATOR CANDIDATES | 0.30  69.00 |
| 10/07/04 | E. REBER: T/C TO K. SHIGEMURA RE PROPOSED MEDIATOR AND INITIAL DISCLOSURES; RESEARCH PROPOSED MEDIATOR JUDGE MCCONNELL. | 1.30  214.50 |
| 10/07/04 | E. REBER: SCOTTSDALE CASE: ANALYZE COMPLAINT AND DRAFT ANSWER.          *nonreimbursable* | 1.60 |
| 10/08/04 | E. REBER: WORK ON DISPOSITIVE MOTION.          *nonreimbursable* | 0.30  49.50 |
| 10/08/04 | E. REBER: T/C WITH P. SULLIVAN RE FATHER NOT YET SERVED AND MERITS OF CASE. | 0.30 |
| 10/11/04 | E. REBER: REVIEW INSURANCE DOCUMENTS.          *nonreimbursable* | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/04
Page 2

Client: 25081
Matter: 99103
Invoice: 306752

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/11/04 | E. REBER: DISCUSS NEEDED COVERAGE RESEARCH WITH R. TJIOE. | 0.20 |
| 10/12/04 | K. KOIDE: RESEARCHED ISSUE OF WHETHER AN INSURANCE COMPANY OWES A DUTY TO DEFEND OR INDEMNIFY. | 1.60 |
| 10/12/04 | E. REBER: WORK ON ANSWER TO COMPLAINT; DISCUSS 2 PARAGRAPHS, IN PARTICULAR, WITH R. TJIOE. | 33.00 0.20 |
| 10/12/04 | E. REBER: REVIEW DOCUMENTS FROM P. SULLIVAN, SORT AND ANALYZE. | 181.50 1.10 |
| 10/13/04 | K. KOIDE: DRAFTING MEMO REGARDING DUTY TO DEFEND WITH REGARD TO DOMAIN NAME CASES. | 5.30 |
| 10/13/04 | K. KOIDE: WORKED WITH ROY ON DUTY TO DEFEND MEMO RELATING TO DOMAIN NAME CASES. | 0.10 |
| 10/13/04 | K. KOIDE: WORKED WITH EMILY ON DUTY TO DEFEND MEMO RELATING TO DOMAIN NAME CASES. COLLECTED CORRESPONDENCE. | 0.10 |
| 10/13/04 | E. REBER: T/C WITH KAREN AT L. FERNANDEZ'S OFFICE FOR ADDITIONAL POLICY INFORMATION FOR INITIAL DISCLOSURES; E-MAIL P. SULLIVAN RE SAME AND ADDITIONAL POTENTIAL INSURERS; DISCUSS MEDIATORS WITH R. TJIOE; DRAFT ADDITIONAL TENDER LETTERS; RESEARCH RE "SURPLIS LINES CARRIER" ALLEGATION. | 2.30 |
| 10/13/04 | E. REBER: WORK ON AND FINALIZE ANSWER TO COMPLAINT; OBTAIN FINAL APPROVAL FROM CLIENT. | 214.50 1.30 |
| 10/14/04 | K. KOIDE: DRAFTING AND RESEARCHING ISSUE OF INSURER'S DUTY TO DEFEND PURSUANT TO AN ADVERTISING INJURY COVERAGE PROVISION. | 4.60 |
| 10/15/04 | K. KOIDE: DRAFTING/REVISING MEMO REGARDING DUTY TO DEFEND BASED ON INSURANCE POLICY COVERAGE/EXCEPTIONS. | 5.20 |
| 10/15/04 | E. REBER: REVIEW DOCUMENTS FOR PRODUCTION TO PLAINTIFFS. | 247.50 1.50 |
| 10/18/04 | K. KOIDE: FINALIZING MEMO REGARDING DUTY TO DEFEND PURSUANT TO SCOTTSDALE INSURANCE POLICY. | 8.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

Case 1:04-cv-00556-JMS-BMK   Document 23-6   Filed 02/17/2006   Page 24 of 40

# GOODSILL ANDERSON QUINN & STIFEL

**A LIMITED LIABILITY LAW PARTNERSHIP LLP**

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/04
Page 3

Client: 25081
Matter: 99103
Invoice: 306752

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/18/04 | E. REBER: WORK ON DISCOVERY RESPONSE TO PLAINTIFFS; LEAVE MESSAGE FOR P. SULLIVAN; DISCUSS WITH R. TJIOE AND FINALIZE SAME. | 4.50 / 742.50 |
| 10/19/04 | E. REBER: FINISH REDACTING AND WORKING ON DOCUMENTS FOR PRODUCTION; T/C FROM AND TO K. SHIGEMURA RE RESPONSE; T/C FROM P. SULLIVAN RE SAME; T/C FROM C. MIWA RE STATUS CONFERENCE RE CONTINUING HEARING. | 2.30 / 379.50 |
| 10/20/04 | R. TJIOE: CALL FROM C. MIWA; REVIEW LETTER FROM K. SHIGEMURA; | 5.00 / 115.00 |
| 10/20/04 | E. REBER: T/CS WITH P. YAMAMURA RE R. SULLIVAN'S DISCOVERY RESPONSE; FINALIZE PRODUCTION OF DOCUMENTS AND DRAFT LETTER RE SAME; CONFERENCE WITH R. TJIOE RE DOCUMENTS TO BE PRODUCED; T/CONFERENCE WITH P. SULLIVAN RE VARIOUS ISSUES RELATING TO DOCUMENT PRODUCTION AND ANSWERS TO COMPLAINT; REVIEW AND DRAFT RESPONSE TO K. SHIGEMURA'S LETTER RE WITHDRAWING DENIALS TO ALLEGATIONS OF COMPLAINT. | 3.00 / 495.00 |
| 10/20/04 | E. REBER: WORK ON DISPOSITIVE MOTION. | 0.50 / 92.00 |
| 10/21/04 | R. TJIOE: REVISE AND EDIT LETTER RESPONSE TO K. SHIGEMURA REGARDING ANSWER TO COMPLAINT | 0.40 / 92.00 |
| 10/21/04 | R. TJIOE: CONF WITH COLIN MIWA REGARDING MOTIONS FOR SUMMARY JUDGMENT | 0.40 / 115.00 |
| 10/21/04 | R. TJIOE: REVIEW MIWA EMAIL AND CONF WITH ERP REGARDING STATUS CONFERENCE | 0.00 / 160.00 |
| 10/21/04 | R. TJIOE: CALL FROM RICHLYN AT FEDERAL COURT REGARDING STATUS CONFERENCE; REVIEW RECENT PLEADINGS AND DISCOVERY AND PREPARE FOR CONFERENCE | 0.70 |
| 10/21/04 | K. KOIDE: RESEARCHED ISSUE OF HOW HAWAII CONSTRUES EXCLUSIONS AND ISSUE OF FIRST PUBLICATION EXCLUSION AND ITS APPLICATION. | 1.50 / 181.50 |
| 10/21/04 | E. REBER: WORK ON LETTER RESPONDING TO K. SHIGEMURA'S | 1.10 |

## ** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5680
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/04
Page 4

Client: 25081
Matter: 99103
Invoice: 306752

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | LETTER RE WITHDRAWING DENIALS; ASSIST R. TJIOE IN PREPARATION FOR TOMORROW'S STATUS CONFERENCE AND LIKELY UNFOUNDED ALLEGATIONS RE STALLING IN DISCOVERY; T/C WITH P. SULLIVAN RE RESPONSE TO K. SHIGEMURA AND DEC. '98 DATE. | 115.00 |
| 10/22/04 | R. TJIOE: ATTEND STATUS CONFERENCE REGARDING DISCOVERY AND HEARING DATES | 0.50 |
| 10/22/04 | K. KOIDE: RESEARCHED ISSUE OF FIRST PUBLICATION EXCLUSION REGARDING THE SCOTTSDALE INSURANCE POLICY. | 1.40 |
| 10/22/04 | E. REBER: WORK ON DISPOSITIVE MOTION; ANALYZE INSURANCE MEMO AND INFO FOR COVERAGE ON OR BEFORE JUNE 1995; REVIEW MINUTE ORDER. | 1.40 |
| 10/23/04 | K. KOIDE: RESEARCHED ISSUE OF THE FIRST PUBLICATION EXCLUSION. | 2.30 |
| 10/24/04 | K. KOIDE: RESEARCHED ISSUE OF THE FIRST PUBLICATION EXCLUSION. | 1.20 |
| 10/24/04 | E. REBER: DRAFT TABLE RE INSURANCE COVERAGE AND E-MAIL R. TJIOE AND CLIENT RE SAME. | 0.80 |
| 10/25/04 | K. KOIDE: RESEARCHED ISSUE OF THE FIRST PUBLICATION EXCLUSION. | 3.80 |
| 10/25/04 | K. KOIDE: WORKED WITH ROY ON FIRST PUBLICATION EXCLUSION. (CONVEYED RESEARCH VIA EMAIL) | 0.20 |
| 10/25/04 | K. KOIDE: REVISED MEMO REGARDING FIRST PUBLICATION EXCLUSION. (INCORPORATED RESEARCH THAT SUPPORTED THE CLAIM THAT THE EXCLUSION DOES NOT APPLY.) | 4.30 |
| 10/25/04 | E. REBER: T/C FROM STATE FARM AGENT RE COVERAGE ISSUES; DRAFT LETTER TO STATE FARM AGENT; RESEARCH "MISSING" POLICY FROM 1994-1995; UPDATE INSURANCE CHART; REVIEW BOND POLICY AND E-MAIL R. TJIOE RE SAME. | 2.50 |
| 10/26/04 | E. REBER: FINALIZE TENDER LETTER TO THETRAVELERS; REVIEW NEW MEMO RE FIRST PUBLICATION ISSUE. | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**A LIMITED LIABILITY LAW PARTNERSHIP LLP**

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE:
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/04
Page 5

Client: 25081
Matter: 99103
Invoice: 306752

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/27/04 | E. REBER: REVIEW CORRESPONDENCE FROM CLIENT RE POLICIES. | 0.10 |
| | TOTAL Hours | 71.60 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| D. KOBAYASHI | 0.30 | 230.00 | 69.00 |
| R. TJIOE | 3.80 | 230.00 | 874.00 |
| K. KOIDE | 39.80 | 110.00 | 4,378.00 |
| E. REBER | 27.70 | 165.00 | 4,570.50 |
| | | TOTAL Current Fees | $9,891.50 |
| | G.E. Tax Reimbursement at 4.16% | | 411.49 |
| | Total Current Fees and Tax Reimbursement | | $10,302.99 |

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 10/08/04 | – PACER SERVICE CENTER – INVOICE DATED: 10/8/04 – PUBLIC ACCESS TO COURT ELECTRONIC RECORDS. | 0.49 |
| | COMPUTERIZED RESEARCH CHARGE    nonreimbursable | 1,257.15 |
| | FAX CHARGE | 53.60 |
| | REPRODUCTION OF DOCUMENTS | 19.60 |
| | SPECIAL POSTAGE & HANDLING | 8.64 |
| | TELEPHONE CHARGES | 9.48 |
| | TOTAL Current Costs and Disbursements | $1,348.96 |
| | Current Invoice Due | $11,651.95 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

fees      3567.00
tax        148.39
disb.       91.81
TOTAL    3807.20 ok to
pay

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client   : 25081
Matter   : 99460
Date     : 12/10/04
Invoice  : 307448
Attorney : R TJIOE
```

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

-----------------------------------------------------------------

SULLIVAN PROPERTIES INC                         Date: 12/10/04
Re: SCOTTSDALE INS CO VS. SULLIVAN PROPERTIES INC     Invoice: 307448

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00550 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/04

| Date | Professional Services | Hours |
|---|---|---|
| 11/14/04 | E. REBER: REVIEW CORRESPONDENCE. | 0.10 |
| 11/15/04 | E. REBER: E-MAIL COUNSEL RE MEET-AND-CONFER REQUIRED BY RULES; WORK ON AND CORRESPOND WITH PLAINTIFF'S COUNSEL RE SERVICE OF R. SULLIVAN ISSUE. | 0.50 |
| 11/16/04 | E. REBER: ATTEND TELEPHONIC MEETING OF PARTIES, DISCUSS SERVICE ON R. SULLIVAN, AND AGREE TO RESCHEDULE RULE 16. | 0.30 |
| 11/21/04 | E. REBER: RESEARCH REIMBURSEMENT ISSUE. | 2.10 |
| 11/22/04 | E. REBER: DRAFT E-MAIL TO R. TJIOE RE REIMBURSEMENT ISSUE. | 0.20 |
| 11/23/04 | E. REBER: LOOK INTO COVERAGE UNDER PARAGRAPHS 71-72 OF THE COMPLAINT. | 0.20 |
| 11/28/04 | E. REBER: CHECK ON DEADLINES FOR INITIAL DISCLOSURES. | 0.10 |
| | TOTAL Hours | 3.50 |

** Continued on next page **

Case 1:04-cv-00550-HG-BMK   Document 73-6   Filed 01/31/2006   Page 28 of 40

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5680
INTERNET: info@goodsill.com
www.goodsill.com

```
SULLIVAN PROPERTIES INC                         Client:  25081
12/10/04                                        Matter:  99460
Page 2                                          Invoice: 307448
```

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |
| E. REBER | 3.50 | 165.00 | 577.50 |

|  |  | TOTAL Current Fees | $577.50 |
| --- | --- | --- | --- |
|  |  | G.E. Tax Reimbursement at 4.16% | 24.02 |
|  |  | Total Current Fees and Tax Reimbursement | $601.52 |

| Date | Costs and Disbursements | Amount |
| --- | --- | --- |
|  | COMPUTERIZED RESEARCH CHARGE | 55.15 |
|  | TOTAL Current Costs and Disbursements | $55.15 |

|  | Current Invoice Due | $656.67 |
| --- | --- | --- |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.



GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

Forwarding and Address Correction Requested

SEASON'S GREETINGS

ATTN: ACCOUNTING

P.O. BOX 3196
HONOLULU, HAWAII 96801

UNITED STATES POSTAGE
$ 00.60°
DEC 10 2004
MAILED FROM ZIP CODE 96813
02 1A
0004349819
PITNEY BOWES

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3-96
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client   : 25081
Matter   : 99460
Date     : 12/10/04
Invoice  : 307448
Attorney : R. TJIOE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

*Do not pay.*
*this is made*
*responsibility / defense*
*of SIC's DSA.*

*S. COLTRARA*
*DEC 1 4 2004*
*S. CLAIMS A*

Return this portion with your payment

------------------------------------------------------------------------

SULLIVAN PROPERTIES INC                           Date: 12/10/04
Re: SCOTTSDALE INS CO VS. SULLIVAN PROPERTIES INC Invoice: 307448

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00550 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/14/04 | E. REBER: REVIEW CORRESPONDENCE. | 0.10 |
| 11/15/04 | E. REBER: E-MAIL COUNSEL RE MEET-AND-CONFER REQUIRED BY RULES; WORK ON AND CORRESPOND WITH PLAINTIFF'S COUNSEL RE SERVICE OF R. SULLIVAN ISSUE. | 0.50 |
| 11/16/04 | E. REBER: ATTEND TELEPHONIC MEETING OF PARTIES, DISCUSS SERVICE ON R. SULLIVAN, AND AGREE TO RESCHEDULE RULE 16. | 0.30 |
| 11/21/04 | E. REBER: RESEARCH REIMBURSEMENT ISSUE. | 2.10 |
| 11/22/04 | E. REBER: DRAFT E-MAIL TO R. TJIOE RE REIMBURSEMENT ISSUE. | 0.20 |
| 11/23/04 | E. REBER: LOOK INTO COVERAGE UNDER PARAGRAPHS 71-72 OF THE COMPLAINT. | 0.20 |
| 11/28/04 | E. REBER: CHECK ON DEADLINES FOR INITIAL DISCLOSURES. | 0.10 |
| | TOTAL Hours | 3.50 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: Info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 2

Client: 25081
Matter: 99460
Invoice: 307448

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| E. REBER | 3.50 | 165.00 | 577.50 |
| | | TOTAL Current Fees | $577.50 |
| | G.E. Tax Reimbursement at 4.16% | | 24.02 |
| | Total Current Fees and Tax Reimbursement | | $601.52 |

| Date | Costs and Disbursements | Amount |
|---|---|---|
| | COMPUTERIZED RESEARCH CHARGE | 55.15 |
| | TOTAL Current Costs and Disbursements | $55.15 |
| | Current Invoice Due | $656.67 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL.

GOODSILL ANDERSON QUINN & STIFEL
LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 95813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client   : 25081
Matter   : 99103
Date     : 12/10/04
Invoice  : 307447
Attorney : R. TJIOE
```

SULLIVAN PROPERTIES, INC.
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SULLIVAN PROPERTIES INC                          Date: 12/10/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES     Invoice: 307447

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00353 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/01/04 | K. KOIDE: WORKED WITH ROY REGARDING TRADEMARK INFRINGEMENT (DOMAIN NAME USAGE) CLAIM AND WHETHER THE FIRST PUBLICATION EXCLUSION APPLIES. | 0.10 |
| 11/01/04 | R. TJIOE: DRAFT LETTER TO C. MIWA REGARDING DISCOVERY MATTERS | 0.30 |
| 11/03/04 | E. REBER: REVIEW LETTER FROM R. TJIOE TO C. MIWA RE MEET-AND-CONFER | 0.10 |
| 11/04/04 | E. REBER: PRODUCE ADDITIONAL INSURANCE DECLARATION (STATE FARM). | 0.10 |
| 11/05/04 | E. REBER: DRAFT PRIVILEGE LOG; T/C FROM K. SHIGEMURA RE PRIVILEGE LOG AND MEET-AND-CONFER. | 1.30 |
| 11/06/04 | E. REBER: WORK ON PRIVILEGE LOG | 0.20 |
| 11/07/04 | E. REBER: WORK ON PRIVILEGE LOG PER R. TJIOE'S COMMENTS | 0.10 |
| 11/08/04 | R. TJIOE: WORK ON DISCOVERY DISPUTE WITH CADES ATTORNEYS | 0.30 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

Case 1:04-cv-00550-HG-BMK   Document 73-6   Filed 04/01/2006   Page 33

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
GILBEERT (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 2

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/08/04 | E. REBER: CORRESPOND WITH R. TJIOE AND K. SHIGEMURA RE MEET-AND-CONFER AND PRIVILEGE LOG; FINALIZE PRIVILEGE LOG. | 0.80 |
| 11/09/04 | R. TJIOE: ATTEND MEET AND CONFER WITH PLAINTIFFS' COUNSEL REGARDING DISCOVERY MATTERS | 0.80 |
| 11/09/04 | E. REBER: PREPARE FOR AND ATTEND MEET-AND-CONFER RE DOCUMENT PRODUCTION; LEAVE MESSAGE FOR P. SULLIVAN. | 1.00 |
| 11/10/04 | R. TJIOE: REVIEW LETTER FROM SHIMADA REGARDING DISCOVERY | 0.30 |
| 11/10/04 | R. TJIOE: REVIEW LETTER FROM K. SHIGEMURA | 0.30 |
| 11/11/04 | E. REBER: T/C FROM STATE FARM RE FIDELITY BOND. | 0.10 |
| 11/12/04 | E. REBER: DRAFT PARTIAL RESPONSE RE TIMING TO K. SHIGEMURA'S LETTER; REVIEW SECOND RFD; T/CS TO P. SULLIVAN (LEAVE MESSAGE). | 0.50 |
| 11/14/04 | E. REBER: WORK ON RESPONSES TO 11-10-04 LETTER FROM K. SHIGEMURA RE MEET-AND-CONFER (REVISE PRIVILEG LOG, OTHER MATTERS); DRAFT EXTENSIVE E-MAIL TO CLIENT RE SAME. | 2.00 |
| 11/14/04 | E. REBER: REVIEW 11-3-04 RESERVATION OF RIGHTS LETTER FROM STATE FARM. | 0.30 |
| 11/14/04 | E. REBER: REVIEW FIDELITY POLICY OF STATE FARM. | 0.20 |
| 11/15/04 | R. TJIOE: CONF WITH E PORTER REGARDING RESPONSE TO PLAINTIFFS' DISCOVERY REQUESTS AND REQUESTS FOR CLARIFICATION OF RESPONSES | 0.80 |
| 11/15/04 | E. REBER: WORK ON RESPONSE TO MEET-AND-CONFER; MEET WITH R. TJIOE RE SAME; T/C TO YVONNE AT STATE FARM RE FIDELITY POLICY; T/M FROM P. SULLIVAN; WORK ON INSURANCE ISSUES. | 1.70 |
| 11/16/04 | E. REBER: T/CS WITH I. KOSASA AND R. HUGHES RE FIRST INSURANCE COVERAGE; REVISE PRIVILEGE LOG PER DISCUSSION WITH R. TJIOE; DRAFT LETTER TO K. SHIGEMURA RE MEET-AND-CONFER; DRAFT E-MAILS TO P. SULLIVAN ATTACHING STATE FARM ACCEPTANCE OF TENDER LETTER, ADVISING RE SERVICE | 2.80 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 3

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ON R. SULLIVAN, AND OTHER MATTERS; SEND INSURANCE POLICIES CHART TO VARIOUS COUNSEL AND INSURERS; COMMUNICATE WITH R. TJIOE RE SAME. | |
| 11/17/04 | E. REBER: WORK ON VARIOUS ISSUES; DISCUSS SAME WITH R. TJIOE AND P. SULLIVAN; T/C WITH P. SULLIVAN RE DOCUMENTS, STATE FARM, "SULLIVAN'S," AND SECOND RFD. | 1.10 |
| 11/18/04 | E. REBER: WORK ON AND FINALIZE LETTER TO K. SHIGEMURA RE MEET-AND-CONFER ISSUES; PREPARE DOCUMENTS FOR PRODUCTION (-SP0858); PRODUCE; SEND COPIES OF LETTER TO W. SHIMAZU AND P. SULLIVAN; GO THROUGH SEVERAL ATTORNEY FILES FOR DOCUMENTS TO PRODUCE TO PLAINTIFFS. | 2.00 |
| 11/19/04 | E. REBER: T/C TO MR. ORTIZ RE COLLABORATING ON CASE; GO THROUGH OLD CASE FILES FOR PRODUCTION OF RESPONSIVE DOCUMENTS. | 0.90 |
| 11/21/04 | E. REBER: REVIEW FILES FROM ARBITRATION FOR PRODUCTION OF RESPONSIVE DOCUMENTS. | 0.70 |
| 11/21/04 | E. REBER: WORK ON MSJ/MTD. | 0.50 |
| 11/22/04 | E. REBER: WORK ON SECOND RFD, OBTAINING DOCUMENTS RESPONSIVE TO FIRST RFD; REVIEW FIRST INSURANCE POLICIES AND PREPARE FOR PRODUCTION; DRAFT FIRST RFD TO PLAINTIFFS; REVIEW DEPOSITION NOTICES. | 1.40 |
| 11/22/04 | E. REBER: CONTINUE TO WORK ON MSJ (ESP. SOL AND LACHES SECTIONS). | 3.40 |
| 11/23/04 | E. REBER: T/C FROM R. TJIE RE 30(B)(6) DEPOSITIONS; REVIEW DOCUMENT PRODUCTION FOR REDACTIONS AND WITHHOLDINGS BASED UPON PRIVILEGE; ADD TO PRIVILEGE LOG; MEET WITH J. ORTIZ RE CASE AND DOCUMENTS; REVIEW ADDITIONAL DOCUMENTS FROM CLIENT. | 4.40 |
| 11/23/04 | E. REBER: WORK ON MSJ. | 0.40 |
| 11/24/04 | E. REBER: WORK ON MSJ AND RESEARCH RE USPTO REGISTRATION OF "KAPALUA"; WORK ON DOCUMENT PRODUCTION. | 3.70 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
FACSIMILE (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 4

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/26/04 | E. REBER: WORK ON DOCUMENT PRODUCTION (REDACTIONS, WITHHOLDING AWP/A-C DOCUMENTS) TO PLAINTIFFS; ADD DOCUMENTS TO PRIVILEGE LOG; WORK ON DOCUMENT REQUEST. | 3.40 |
| 11/28/04 | E. REBER: UPDATE PRIVILEGE LOG WITH REDACTED/WITHHELD DOCUMENTS FROM 11-26/29-04 PRODUCTION. | 1.00 |
| 11/29/04 | R. TJIOE: WORK ON DISCOVERY MATTERS; CONF WITH ERP REGARDING SAME | 0.40 |
| 11/30/04 | E. REBER: T/CS WITH S. YEE AT FINANCE INSURANCE, TINA AT HULL & COMPANY, AND J. ORTIZ RE RECORDS DEPOSITIONS; DRAFT LETTER OBJECTING TO PRODUCTION OF VARIOUS MATERIALS; ARRANGE TO REVIEW DOCUMENTS PRIOR TO PRODUCTION; DISCUSS WITH J. ORTIZ AND FINALIZE FIRST RFD; REVIEW DOCUMENTS FOR ORTIZ. | 2.00 |

TOTAL Hours 39.50

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 3.30 | 230.00 | 759.00 |
| K. KOIDE | 0.10 | 110.00 | 11.00 |
| E. REBER | 36.10 | 165.00 | 5,956.50 |

TOTAL Current Fees $6,726.50

G. E. Tax Reimbursement at 4.16% 279.82

Total Current Fees and Tax Reimbursement $7,006.32

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | COMPUTERIZED RESEARCH CHARGE | 20.70 |
| | FAX CHARGE | 0.80 |
| | REPRODUCTION OF DOCUMENTS | 377.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL
LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FEP. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 5

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Costs and Disbursements | Amount |
|------|-------------------------|--------|
| | SPECIAL POSTAGE & HANDLING | 1.48 |
| | TELEPHONE CHARGES | 0.84 |
| | TOTAL Current Costs and Disbursements | $401.12 |
| | Current Invoice Due | $7,407.44 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: iglee@goodsill.com
www.goodsill.com



930029

```
Client   : 25081
Matter   : 99103
Date     : 12/10/04
Invoice  : 307447
Attorney : R. TJIOE
```

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ 85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SULLIVAN PROPERTIES INC                                Date: 12/10/04
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES    Invoice: 307447

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/04

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/01/04 | K. KOIDE: WORKED WITH ROY REGARDING TRADEMARK INFRINGEMENT (DOMAIN NAME USAGE) CLAIM AND WHETHER THE FIRST PUBLICATION EXCLUSION APPLIES. | 0.10 |
| 11/01/04 | R. TJIOE: DRAFT LETTER TO C. MIWA REGARDING DISCOVERY MATTERS | 0.30 |
| 11/03/04 | E. REBER: REVIEW LETTER FROM R. TJIOE TO C. MIWA RE MEET-AND-CONFER. | 0.10 |
| 11/04/04 | E. REBER: PRODUCE ADDITIONAL INSURANCE DECLARATION (STATE FARM). | 0.10 |
| 11/05/04 | E. REBER: DRAFT PRIVILEGE LOG; T/C FROM K. SHIGEMURA RE PRIVILEGE LOG AND MEET-AND-CONFER. | 1.30 |
| 11/06/04 | E. REBER: WORK ON PRIVILEGE LOG. | 0.20 |
| 11/07/04 | E. REBER: WORK ON PRIVILEGE LOG PER R. TJIOE'S COMMENTS. | 0.10 |
| 11/08/04 | R. TJIOE: WORK ON DISCOVERY DISPUTE WITH CADES ATTORNEYS | 0.40 |

RECEIVED

JAN 0 5 2005

** Continued on next page **

CHECK PROC.

GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801,
TELEPHONE (808) 547-5600

LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 2

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/08/04 | E. REBER: CORRESPOND WITH R. TJIOE AND K. SHIGEMURA RE MEET-AND-CONFER AND PRIVILEGE LOG; FINALIZE PRIVILEGE LOG. | 0.80 |
| 11/09/04 | R. TJIOE: ATTEND MEET AND CONFER WITH PLAINTIFFS' COUNSEL REGARDING DISCOVERY MATTERS | 0.80 |
| 11/09/04 | E. REBER: PREPARE FOR AND ATTEND MEET-AND-CONFER RE DOCUMENT PRODUCTION; LEAVE MESSAGE FOR P. SULLIVAN | 1.00 |
| 11/10/04 | R. TJIOE: REVIEW LETTER FROM SHIMADA REGARDING DISCOVERY | 0.30 |
| 11/10/04 | R. TJIOE: REVIEW LETTER FROM K. SHIGEMURA | 0.30 |
| 11/11/04 | E. REBER: T/C FROM STATE FARM RE FIDELITY BOND. | 0.10 |
| 11/12/04 | E. REBER: DRAFT PARTIAL RESPONSE RE TIMING TO K. SHIGEMURA'S LETTER; REVIEW SECOND RFD; T/CS TO P. SULLIVAN (LEAVE MESSAGE). | 0.50 |
| 11/14/04 | E. REBER: WORK ON RESPONSES TO 11-10-04 LETTER FROM K. SHIGEMURA RE MEET-AND-CONFER (REVISE PRIVILEG LOG, OTHER MATTERS); DRAFT EXTENSIVE E-MAIL TO CLIENT RE SAME. | 2.00 |
| 11/14/04 | E. REBER: REVIEW 11-3-04 RESERVATION OF RIGHTS LETTER FROM STATE FARM. | 0.30 |
| 11/14/04 | E. REBER: REVIEW FIDELITY POLICY OF STATE FARM. | 0.20 |
| 11/15/04 | R. TJIOE: CONF WITH E PORTER REGARDING RESPONSE TO PLAINTIFFS' DISCOVERY REQUESTS AND REQUESTS FOR CLARIFICATION OF RESPONSES | 0.80 |
| 11/15/04 | E. REBER: WORK ON RESPONSE TO MEET-AND-CONFER; MEET WITH R. TJIOE RE SAME; T/C TO YVONNE AT STATE FARM RE FIDELITY POLICY; T/M FROM P. SULLIVAN; WORK ON INSURANCE ISSUES. | 1.70 |
| 11/16/04 | E. REBER: T/CS WITH I. KOSASA AND R. HUGHES RE FIRST INSURANCE COVERAGE; REVISE PRIVILEGE LOG PER DISCUSSION WITH R. TJIOE; DRAFT LETTER TO K. SHIGEMURA RE MEET-AND-CONFER; DRAFT E-MAILS TO P. SULLIVAN ATTACHING STATE FARM ACCEPTANCE OF TENDER LETTER, ADVISING RE SERVICE | 2.80 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 3

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ON R. SULLIVAN, AND OTHER MATTERS; SEND INSURANCE POLICIES CHART TO VARIOUS COUNSEL AND INSURERS; COMMUNICATE WITH R. TJIOE RE SAME. | |
| 11/17/04 | E. REBER: WORK ON VARIOUS ISSUES; DISCUSS SAME WITH R. TJIOE AND P. SULLIVAN; T/C WITH P. SULLIVAN RE DOCUMENTS, STATE FARM, "SULLIVAN'S," AND SECOND RFD. | 1.10 |
| 11/18/04 | E. REBER: WORK ON AND FINALIZE LETTER TO K. SHIGEMURA RE MEET-AND-CONFER ISSUES; PREPARE DOCUMENTS FOR PRODUCTION (-SP0858); PRODUCE; SEND COPIES OF LETTER TO W. SHIMAZU AND P. SULLIVAN; GO THROUGH SEVERAL ATTORNEY FILES FOR DOCUMENTS TO PRODUCE TO PLAINTIFFS. | 2.00 |
| 11/19/04 | E. REBER: T/C TO MR. ORTIZ RE COLLABORATING ON CASE; GO THROUGH OLD CASE FILES FOR PRODUCTION OF RESPONSIVE DOCUMENTS. | 0.90 |
| 11/21/04 | E. REBER: REVIEW FILES FROM ARBITRATION FOR PRODUCTION OF RESPONSIVE DOCUMENTS. | 0.70 |
| 11/21/04 | E. REBER: WORK ON MSJ/MTD. | 0.50 |
| 11/22/04 | E. REBER: WORK ON SECOND RFD, OBTAINING DOCUMENTS RESPONSIVE TO FIRST RFD; REVIEW FIRST INSURANCE POLICIES AND PREPARE FOR PRODUCTION; DRAFT FIRST RFD TO PLAINTIFFS; REVIEW DEPOSITION NOTICES. | 1.40 |
| 11/22/04 | E. REBER: CONTINUE TO WORK ON MSJ (ESP. SOL AND LACHES SECTIONS). | 3.40 |
| 11/23/04 | E. REBER: T/C FROM R. TJIE RE 30(B)(6) DEPOSITIONS; REVIEW DOCUMENT PRODUCTION FOR REDACTIONS AND WITHHOLDINGS BASED UPON PRIVILEGE; ADD TO PRIVILEGE LOG; MEET WITH J. ORTIZ RE CASE AND DOCUMENTS; REVIEW ADDITIONAL DOCUMENTS FROM CLIENT. | 4.40 |
| 11/23/04 | E. REBER: WORK ON MSJ. | 0.40 |
| 11/24/04 | E. REBER: WORK ON MSJ AND RESEARCH RE USPTO REGISTRATION OF "KAPALUA"; WORK ON DOCUMENT PRODUCTION. | 3.70 |

** Continued on next page **

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL
LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/10/04
Page 4

Client: 25081
Matter: 99103
Invoice: 307447

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/26/04 | E. REBER: WORK ON DOCUMENT PRODUCTION (REDACTIONS, WITHHOLDING AWP/A-C DOCUMENTS) TO PLAINTIFFS; ADD DOCUMENTS TO PRIVILEGE LOG; WORK ON DOCUMENT REQUEST. | 3.40 |
| 11/28/04 | E. REBER: UPDATE PRIVILEGE LOG WITH REDACTED/WITHHELD DOCUMENTS FROM 11-26/29-04 PRODUCTION. | 1.00 |
| 11/29/04 | R. TJIOE: WORK ON DISCOVERY MATTERS; CONF WITH ERP REGARDING SAME | 0.40 |
| 11/30/04 | E. REBER: T/CS WITH S. YEE AT FINANCE INSURANCE, TINA AT HULL & COMPANY, AND J. ORTIZ RE RECORDS DEPOSITIONS; DRAFT LETTER OBJECTING TO PRODUCTION OF VARIOUS MATERIALS; ARRANGE TO REVIEW DOCUMENTS PRIOR TO PRODUCTION; DISCUSS WITH J. ORTIZ AND FINALIZE FIRST RFD; REVIEW DOCUMENTS FOR ORTIZ. | 2.00 |

TOTAL Hours    39.50

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 3.30 | 230.00 | 759.00 |
| K. KOIDE | 0.10 | 110.00 | 11.00 |
| E. REBER | 36.10 | 165.00 | 5,956.50 |

TOTAL Current Fees    $6,726.50

G. E. Tax Reimbursement at 4.16%    279.82

Total Current Fees and Tax Reimbursement    $7,006.32

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | COMPUTERIZED RESEARCH CHARGE | 20.70 |
| | FAX CHARGE | 0.80 |
| | REPRODUCTION OF DOCUMENTS | 377.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL