A LIMITED LIABILITY LAW PARTNERSHIP

HONOLULU, HAWAII 96804
TELEPHONE (808)
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client   : 25081
Matter   : 99103
Date     : 09/12/05
Invoice  : 314114
Attorney : R. TJIOE

**PAID**

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment
------------------------------------------------

SULLIVAN PROPERTIES INC
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES        Date: 09/12/05
                                                           Invoice. 314114
Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 08/31/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/01/05 | E. REBER: PREPARE FOR HEARING ON MSJS (REVIEW ALL FILINGS BY ALL PARTIES, CASE LAW, OUTLINE ARGUMENT, ETC.); DISCUSS WITH A. FUJITA, W. SHIMAZU, AND R. TJIOE. | 6.20 |
| 08/01/05 | R. TJIOE: CONF WITH ERP REGARDING HEARING ON MOTIONS FOR SUMMARY JUDGMENT | 0.60 |
| 08/02/05 | E. REBER: PREPARE FOR, AND ATTEND, HEARING ON MSJS; DISCUSS VARIOUS ISSUES WITH R. SULLIVAN; RESEARCH BACK-ORDERING ISSUE; T/C TO RITZ CARLTON ATTORNEY RE STATUS OF OPPOSITION PROCEEDING AND STATUS OF ANY BACK-ORDERING. | 5.90 |
| 08/02/05 | R. TJIOE: MEET WITH CLIENTS AND PREP FOR HEARING ON MOTION FOR SUMMARY JUDGMENT | 0.50 |
| 08/02/05 | R. TJIOE: ATTEND HEARING ON MOTIONS FOR SUMMARY JUDGMENT | 2.60 |
| 08/02/05 | R. TJIOE: MEET WITH CLIENTS AFTER HEARING; CALL TO M. LUKE RE DEBRIEFING | 0.50 |
| 08/02/05 | R. TJIOE: CONF WITH CLIENT AND ERP REGARDING MOTION TO CLARIFY STATE COURT ORDERS AND DEFENSE STRATEGY | 0.50 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/12/05
Page 2

Client: 23081
Matter: 99103
Invoice: 314114

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/02/05 | K. KOIDE: OBSERVED MOTION FOR SUMMARY JUDGMENT ORAL ARGUMENTS. | 1.70 |
| 08/03/05 | E. REBER: T/CS FROM D. HISASHIMA; T/CS TO J. ORTIZ, R. TJIOE, CLIENT, M. LUKE RE STATUS AND SETTLEMENT CONFERENCES ORDERED BY JUDGE; BEGIN PREPARATION FOR SAME. | 1.10 |
| 08/03/05 | R. TJIOE: CONF WITH ERP REGARDING SETTLEMENT CONFERENCE | 0.30 |
| 08/03/05 | R. TJIOE: WORK ON PREP FOR SETTLEMENT CONFERENCE | 0.30 |
| 08/04/05 | E. REBER: ATTEND STATUS CONFERENCE; VARIOUS CORRESPONDENCE WITH CO-COUNSEL, CLIENT, ETC. RE SETTLEMENT PREP. | 2.10 |
| 08/04/05 | R. TJIOE: CONF WITH ERP REGARDING STATUS CONFERENCE WITH JUDGE CHANG | 0.30 |
| 08/04/05 | R. TJIOE: CONF WITH ERP RE STATUS CONFERENCE | 0.40 |
| 08/04/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE REGARDING ARGUMENTS FOR SETTLEMENT CONFERENCE | 0.30 |
| 08/05/05 | E. REBER: T/MS FROM AND TO J. MAZUR RE RITZ CARLTON. | 0.10 |
| 08/08/05 | R. TJIOE: CALL TO P. SULLIVAN REGARDING SETTLEMENT CONFERENCE | 0.30 |
| 08/08/05 | R. TJIOE: PREP FOR SETTLEMENT CONFERENCE | 0.80 |
| 08/09/05 | R. TJIOE: PREP FOR SETTLEMENT CONFERENCE | 0.90 |
| 08/09/05 | R. TJIOE: PREPARE FOR AND ATTEND SETTLEMENT CONFERENCE WITH JUDGE CHANG, INCLUDING CONFERENCES WITH CLIENT AND COUNSEL | 9.60 |
| 08/11/05 | R. TJIOE: CALL TO C. MIWA REGARDING CONDITIONS OF SETTLEMENT | 0.30 |
| 08/11/05 | R. TJIOE: CALL TO C. MIWA REGARDING SETTLEMENT MATTERS | 0.40 |
| 08/11/05 | R. TJIOE: CALL TO P. SULLIVAN REGARDING SETTLEMENT MATTERS | 0.30 |

** Continued on next page **

A LIMITED LIABILITY LAW PARTNERSHIP
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813
FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/12/05
Page 3

Client: 25081
Matter: 99103
Invoice: 314114

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/11/05 | R. TJIOE: REVIEW EMAIL FROM C. MIWA REGARDING SETTLEMENT CONDITIONS | 0.80 |
| 08/11/05 | R. TJIOE: DRAFT PROPOSED EMAIL TO C. MIWA. | 0.80 |
| 08/11/05 | K. KOIDE: REVIEWED CASES IN MOTION. PREPARED FOR SETTLEMENT CONFERENCE. | 0.20 |
| 08/12/05 | R. TJIOE: REVISE AND EDIT RESPONSE TO MIWA REGARDING PROPOSED SETTLEMENT TERMS | 0.80 |
| 08/12/05 | R. TJIOE: REVIEW EMAILS FROM SULLIVAN AND SHIMAZU REGARDING PROPOSED SETTLEMENT TERMS | 0.30 |
| 08/12/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE REGARDING SETTLEMENT TERMS | 0.10 |
| 08/12/05 | R. TJIOE: CONF CALL WITH CLIENT AND SPI OFFICERS REGARDING SETTLEMENT TERMS | 0.70 |
| 08/12/05 | R. TJIOE: CONF WITH CLIENT AND FINALIZE RESPONSE TO MIWA REGARDING SETTLEMENT TERMS | 0.50 |
| 08/12/05 | K. KOIDE: DRAFTED EMAIL RE: CASES CITED TO IN E. REBER'S BRIEF AND RESEARCHED ISSUE OF FIRST PUBLICATION EXCLUSION DOCTRINE. | 1.20 |
| 08/13/05 | K. KOIDE: DRAFTED EMAIL TO ROY RE: FIRST PUBLICATION EXCLUSION. | 0.90 |
| 08/13/05 | K. KOIDE: ANALYZED AND READ THROUGH CASES. DRAFTED ARGUMENTS RE: FIRST PUBLICATION EXCLUSION'S APPLICABILITY. | 3.30 |
| 08/13/05 | K. KOIDE: STRATEGIZED WITH R. TJIOE RE: FIRST PUBLICATION EXCLUSION. | 0.50 |
| 08/15/05 | R. TJIOE: PREPARE FOR SETTLEMENT CONFERENCE | 0.80 |
| 08/15/05 | R. TJIOE: ATTEND MORNING SESSION OF SETTLEMENT CONFERENCE | 3.50 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/12/05
Page 4

Client: 25081
Matter: 99103
Invoice: 314114

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/15/05 | R. TJIOE: ATTEND AFTERNOON SESSION OF SETTLEMENT CONFERENCE | 1.40 |
| 08/15/05 | R. TJIOE: CONF WITH CLIENT REGARDING SETTLEMENT MATTERS | 0.40 |
| 08/16/05 | R. TJIOE: CALL FROM CLIENT REGARDING SETTLEMENT MATTERS | 0.90 |
| 08/16/05 | R. TJIOE: CONF WITH CLIENT'S WEBSITE CONSULTANT REGARDING SETTLEMENT CONDITIONS RE METATAGS | 0.40 |
| 08/17/05 | R. TJIOE: PREPARE FOR AND ATTEND SETTLEMENT CONFERENCE | 3.30 |
| 08/17/05 | R. TJIOE: CONF WITH CLIENT REGARDING SETTLEMENT CONFERENCE | 0.40 |
| 08/18/05 | R. TJIOE: PREPARE FOR AND ATTEND SETTLEMENT CONFERENCE | 4.00 |
| 08/22/05 | R. TJIOE: CALL FROM CLIENT REGARDING HANDLING OF MARKETING PARAPHERNALIA | 0.30 |
| 08/22/05 | R. TJIOE: CALL TO P. SULLIVAN REGARDING COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.50 |
| 08/22/05 | R. TJIOE: DRAFT EMAIL TO MIWA REGARDING TRANSITION OF MARKETING ITEMS | 0.10 |
| 08/22/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM MIWA | 0.30 |
| 08/23/05 | R. TJIOE: CALL WITH CLIENT REGARDING COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.30 |
| 08/23/05 | R. TJIOE: CALL FROM CLIENT REGARDING SETTLEMENT AGREEMENT TERMS (MODIFICATION OF TERMS AS RE USE OF CONDO TOWELS) | 0.40 |
| 08/23/05 | D. KOBAYASHI: TELEPHONE CONFERENCE WITH R. TJIOE REGARDING SETTLEMENT CONFERENCE ATTENDANCE AND STRATEGY. | 0.40 |
| 08/23/05 | K. KOIDE: STRATEGIZED WITH R. TJIOE RE: SETTLEMENT CONFERENCE AND FIRST PUBLICATION EXCLUSION ISSUE. | 0.30 |
| 08/23/05 | K. KOIDE: STRATEGIZED WITH R. PHILPOTT RE: SETTLEMENT CONFERENCE AND PROCEDURES. | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813
FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/12/05
Page 5

Client: 25081
Matter: 99103
Invoice: 314114

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/24/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT REGARDING TECH ISSUES RE TRANSFER OF EMAILS IN SETTLEMENT AGREEMENT | 0.30 |
| 08/24/05 | R. TJIOE: BEGIN REVIEW OF DRAFT SETTLEMENT DOCUMENTS | 0.50 |
| 08/24/05 | R. TJIOE: EMAIL TO CLIENT REGARDING SETTLEMENT DOCUMENTS | 0.40 |
| 08/24/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT'S WEBMASTER REGARDING EMAIL FORWARDING ISSUES | 0.40 |
| 08/24/05 | R. TJIOE: EMAIL TO ORTIZ REGARDING SETTLEMENT DOCUMENTS | 0.20 |
| 08/24/05 | D. KOBAYASHI: REVIEW LETTER FROM M. LUKE REGARDING FIRST PUBLICATION EXCLUSION AND R. TJIOE'S RESPONSE TO SAME IN PREPARATION FOR SETTLEMENT CONFERENCE. | 0.40 |
| 08/24/05 | K. KOIDE: STRATEGIZED WITH CO-COUNSEL RE: SETTLEMENT CONFERENCE AND MATERIALS TO PREPARE FOR SETTLEMENT CONFERENCE. | 0.40 |
| 08/24/05 | K. KOIDE: ANALYZED SETTLEMENT CONFERENCE LETTER. | 0.20 |
| 08/25/05 | R. TJIOE: REVIEW EMAIL FROM J. HORNACK REGARDING TECH ISSUES IN WEBSITE TRANSFER/EMAIL FORWARDING | 0.30 |
| 08/25/05 | R. TJIOE: REVIEW COMMENTS FROM M. LUKE RE SETTLEMENT AGREEMENT DRAFT | 0.40 |
| 08/25/05 | R. TJIOE: CALL FROM CLIENT REGARDING SETTLEMENT AGREEMENT TERMS | 0.40 |
| 08/25/05 | R. TJIOE: WORK ON REVIEW OF SETTLEMENT DOCUMENTS AND PROPOSED CHANGES | 0.70 |
| 08/25/05 | R. TJIOE: REVISE AND EDIT DRAFT SETTLEMENT DOCUMENTS | 1.50 |
| 08/25/05 | R. TJIOE: DRAFT EMAIL TO CLIENT AND COUNSEL REGARDING PROPOSED CHANGES TO SETTLEMENT DOCUMENTS | 0.40 |
| 08/25/05 | D. KOBAYASHI: WORK WITH K. KOIDE ON PREPARATIONS FOR SETTLEMENT CONFERENCE. | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

P.O. BOX 3196
HONOLULU, HAWAII 96804
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
SULLIVAN PROPERTIES INC
09/12/05
Page 6
                                                  Client: 25081
                                                  Matter: 99103
                                                  Invoice: 314114


  Date                        Professional Services
 --------  -----------------------------------------------------      --------
                                                                       Hours
                                                                      --------

08/25/05  K. KOIDE: ANALYZED CASES IN SETTLEMENT CONFERENCE LETTER.
                                                                        2.30
08/25/05  K. KOIDE: STRATEGIZED WITH D. KOBAYASHI RE: SETTLEMENT
          CONFERENCE PREPARATION.                                       0.20

08/26/05  R. TJIOE: WORK ON SETTLEMENT DOCUMENTS
                                                                        0.50
08/26/05  R. TJIOE: REVIEW EMAIL FROM CLIENT WEBMASTER REGARDING
          EMAIL FORWARDING ISSUES                                       0.40

08/26/05  D. KOBAYASHI: TELEPHONE CONFERENCE WITH P. SULLIVAN AND
          ATTEND SETTLEMENT CONFERENCE WITH K. KOIDE, M. LUKE, J.
          SIA, R. MILLER AND JUDGE KEVIN CHANG.                         1.10

08/26/05  K. KOIDE: STRATEGIZED WITH R. TJIOE RE: SETTLEMENT
          CONFERENCE (ATTORNEY'S FEES AND COSTS TOTAL).                 0.20

08/26/05  K. KOIDE: PREPARED FOR SETTLEMENT CONFERENCE (READ THROUGH
          CASES, SETTLEMENT CONFERENCE LETTER AND LOOKED OVER FEES).    1.20

08/26/05  K. KOIDE: ATTENDED SETTLEMENT CONFERENCE ON BEHALF OF R.
          TJIOE RE: FIRST PUBLICATION EXCLUSION EXCEPTION.              1.10

08/26/05  K. KOIDE: EMAILED R. TJIOE RE: SETTLEMENT CONFERENCE
          UPDATE.                                                       0.10

08/28/05  R. TJIOE: REVIEW SPI WEBMASTER DOCUMENT REGARDING PROPOSED
          EMAIL FORWARDING PROCEDURES                                   1.40

08/29/05  R. TJIOE: CONF WITH CLIENT REGARDING SETTLEMENT MATTERS
                                                                        0.40
08/29/05  R. TJIOE: REVIEW EMAILS FROM CLIENT WEBMASTER RE EMAIL
          FORWARDING                                                    0.30

08/29/05  R. TJIOE: WORK ON EMAIL FORWARDING MATTERS
                                                                        0.40
08/29/05  R. TJIOE: FURTHER REVISE AND EDIT DRAFT SETTLEMENT
          DOCUMENTS                                                     0.70

08/29/05  R. TJIOE: CALL FROM CLIENT REGARDING TRANSFER OF DOMAIN
                                                                        0.30
```

** Continued on next page **

HONOLULU, HAWAII 96801•
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-006/157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/12/05
Page 7

Client: 25081
Matter: 99103
Invoice: 314114

| Date | Professional Services | | Hours |
|------|------|------|------|
| | NAME | | |
| 08/29/05 | R. TJIOE: EMAIL TO CLIENT REGARDING PROPOSED CHANGE TO ASSIGNMENT OF IP RIGHTS SETTLEMENT DOCUMENT | | 0.30 |
| 08/30/05 | R. TJIOE: REVIEW EMAIL FROM M LUKE RE SETTLEMENT DRAFT CHANGES | | 0.20 |
| 08/30/05 | R. TJIOE: REVIEW EMAIL FROM S. MOSES REGARDING SPI ADVERTISING RESTRICTIONS | | 0.30 |
| 08/30/05 | R. TJIOE: EMAIL FROM C. MIWA REGARDING SETTLEMENT DOCUMENTS | | 0.20 |
| 08/30/05 | R. TJIOE: REVISE AND EDIT DRAFT STIPULATED INJUNCTION RE KAPALUA CONDO ENTITIES | | 0.40 |
| 08/30/05 | R. TJIOE: REVISE AND EDIT SETTLEMENT DOCS AND SEND TO CLIENT FOR REVIEW/COMMENT | | 1.50 |
| 08/30/05 | K. KOIDE: COMMUNICATED WITH CO-COUNSEL RE: LETTER BRIEF (INSURANCE STATUTE). | | 0.10 |
| 08/30/05 | K. KOIDE: STRATEGIZED WITH R. TJIOE RE: STATUS OF CASE (SETTLEMENT CONFERENCE/RESEARCH). | | 0.10 |
| 08/30/05 | K. KOIDE: ANALYZED AND REVIEWED LETTER FROM CO-COUNSEL RE: ATTORNEYS FEES AND COSTS. | | 0.20 |
| 08/31/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL REGARDING USE OF KAPALUA NAME IN BUSINESS | | 0.30 |
| 08/31/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM C. MIWA REGARDING SETTLEMENT DOCUMENTS | | 0.80 |
| 08/31/05 | R. TJIOE: REVIEW FAX FROM S. MOSES REGARDING KAPALUA CONDO NAMES | | 0.30 |
| 08/31/05 | R. TJIOE: WORK ON REVISIONS TO PROPOSED SETTLEMENT DOCUMENTS INCLUDING EXHIBITS | | 1.90 |
| 08/31/05 | R. TJIOE: CALL FROM C. SUTHERLAND REGARDING JOLINE DORNER | | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

LIMITED LIABILITY LAW PARTNERSHIP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
07/12/05
Page 8

Client: 25081
Matter: 99103
Invoice: 314114

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | AS RELEASOR | |
| 08/31/05 | K. KOIDE: STRATEGIZED WITH R. TJIOE AND CO-COUNSEL RE: LETTER TO MAGISTRATE CHANG. | 0.10 |
| 08/31/05 | K. KOIDE: STRATEGIZED WITH R. TJIOE RE: SETTLEMENT CONFERENCE ATTENDANCE. | 0.10 |

TOTAL Hours    87.20

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| D. KOBAYASHI | 2.10 | 230.00 | 483.00 |
| R. TJIOE | 55.10 | 245.00 | 13,499.50 |
| K. KOIDE | 14.60 | 125.00 | 1,825.00 |
| E. REBER | 15.40 | 175.00 | 2,695.00 |

*Reduce to agreed rate of $230.00 = $826.50*

TOTAL Current Fees          $18,502.50

G. E. Tax Reimbursement at 4.16%          769.70

Total Current Fees and Tax Reimbursement          $19,272.20

Date          Costs and Disbursements          Amount

COMPUTERIZED RESEARCH CHARGE          541.16

L.D TELEPHONE CHARGES          15.24

POSTAGE & HANDLING          0.74

REPRODUCTION OF DOCUMENTS          1.80

STAFF SUPPORT          31.25

TOTAL Current Costs and Disbursements          $590.19

Current Invoice Due          $19,862.39

          -826.50

** Continued on next page **

19,035.89
ok to pay

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
09/12/05
Page 9

Client:  25081
Matter:  99103
Invoice: 314114

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

ATTORNEY:  R. TJIOE
CLIENT: 25081   CASE: 99103

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ  85261-4120

930029

ATTN: MS. SUSAN C COLTRARA

OCT 2 1 2005

REMINDER STATEMENT

AS OF OCTOBER 11, 2005

----------------------------------------------------------------
INVOICE.NUMBER   ..DATE..   TYPE   REFERENCE
                                          ....AMOUNT   ....AMOUNT DUE
----------------------------------------------------------------

RE: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES

    CONTACT   : MS. SUSAN C. COLTRARA
    CIVIL #   : CV 04-00358 HG BMK

| Invoice | Date | Type | Reference | Amount | Amount Due |
|---|---|---|---|---|---|
| 306752 | 11/09/04 | BF | REMBAL | 5,442.45 | 5,442.45 |
| 309640 | 03/09/05 | BF | ORIGINAL | 1,225.28 | 1,225.28 |
| 314114 | 09/12/05 | BF | REMBAL | 19,035.89 | |
| LATECHG | 10/03/05 | CR | 1886561 | 19,035.89- | 0.00 |
| | | | | 617.70 | 617.70 |

CASE BALANCE DUE...            7,285.43



PAST-DUE
please remit

----------------------------------------------------------------
...CURRENT .....OVER.30 .....OVER.60 .....OVER.90 .....OVER.120 ....TOTAL.DUE
                                                    7,285.43      7,285.43
----------------------------------------------------------------
PLEASE DISREGARD IF PAYMENT
HAS BEEN MADE.

TYPES: AA-CLIENT ADVANCE APPLIED
    AD-ADJUSTMENT   CH-CHARGES         BF-BALANCE FORWARD     CR-CASH RECEIPTS
                                        WO-WRITEOFFS          LC-LATE CHARGE

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

ADDR

CITY                                    STATE        ZIP CODE

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

P.O. Box 3196

Honolulu, Hawaii 96801

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client  : 25081
Matter  : 99103
Date    : 10/11/05
Invoice : 314802
Attorney: R TJIOE
```

# DUPLICATE

SULLIVAN PROPERTIES INC.
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

---

Return this portion with your payment

---

SULLIVAN PROPERTIES INC
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES

Date: 10/11/05
Invoice: 314802

```
Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK
```

For Professional Services Rendered and Costs Advanced through 09/30/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/01/05 | R. TJIOE: REVIEW EMAIL AND FAXES FROM J. DORNER AND S. MOSES | 0.40 |
| 09/01/05 | R. TJIOE: CALL TO C. SUTHERLAND REGARDING SETTLEMENT MATTERS | 0.30 |
| 09/01/05 | R. TJIOE: CONF WITH C. MIWA REGARDING SETTLEMENT AGREEMENT | 0.80 |
| 09/02/05 | R. TJIOE: EMAIL TO CLIENT REGARDING DESIGNATION OF CONDO PROPERTIES IN KAPALUA RESORT FOR SETTLEMENT DOCUMENT PURPOSES | 0.30 |
| 09/02/05 | R. TJIOE: CALL AND EMAIL FROM S. MOSES REGARDING KAPALUA CONDO PROPERTIES | 0.30 |
| 09/06/05 | R. TJIOE: REVIEW EMAIL FROM MIWA REGARDING CHANGES TO SETTLEMENT AGREEMENT DOCUMENTS | 0.50 |
| 09/06/05 | R. TJIOE: REVIEW AND RESPOND TO MIWA EMAIL REGARDING SETTLEMENT DOCUMENT EXECUTION | 0.40 |
| 09/06/05 | R. TJIOE: CONF WITH C. MIWA REGARDING PROPOSED CHANGES TO | 0.80 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 2

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SETTLEMENT DOCUMENTS | |
| 09/06/05 | R. TJIOE: PREPARE DOCUMENT FOR CLIENT REVIEW REGARDING PROPOSED CHANGES RE SETTLEMENT DOCUMENTS | 0.50 |
| 09/07/05 | R. TJIOE: CALL FROM CLIENT AND TRANSMIT SETTLEMENT DOCS TO STEVE MOSES FOR REVIEW | 0.30 |
| 09/07/05 | R. TJIOE: FOLLOW UP CALL WITH CLIENT REGARDING SETTLEMENT DOCUMENTS | 0.40 |
| 09/07/05 | R. TJIOE: CALL WITH CLIENT AND STAFF REGARDING PROPOSED CHANGES TO SETTLEMENT DOCUMENTS | 0.90 |
| 09/07/05 | R. TJIOE: EMAIL TO MIWA REGARDING SUPPLEMENTAL SETTLEMENT TERMS | 0.30 |
| 09/08/05 | R. TJIOE: FURTHER WORK ON REVISIONS AND EDITS TO DRAFT SETTLEMENT DOCUMENTS | 0.70 |
| 09/08/05 | R. TJIOE: CALL FROM CLIENT REGARDING WEBSITE HOSTING AND EMAIL FORWARDING | 0.50 |
| 09/08/05 | R. TJIOE: CALL FROM CLIENT AND STAFF REGARDING WEBSITE TRANSFER ISSUES | 0.50 |
| 09/08/05 | R. TJIOE: REVISE AND EDIT DRAFT SUPPLEMENTAL MEMO BY M. LUKE | 0.90 |
| 09/08/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM MIWA. | 0.40 |
| 09/08/05 | R. TJIOE: DRAFT COMMENTS TO MIWA REGARDING PROPOSED CHANGES TO SETTLEMENT DOCUMENTS | 0.80 |
| 09/08/05 | R. TJIOE: DRAFT MEMO AND EMAIL TO MIWA REGARDING CHANGES TO SETTLEMENT DOCUMENTS | 0.80 |
| 09/09/05 | R. TJIOE: EMAIL FROM MIWA REGARDING SPI ID NUMBERS | 0.20 |
| 09/09/05 | R. TJIOE: BEGIN REVIEW OF MIWA EMAIL AND ATTACHMENTS AND COMPARE WITH PRIOR SETTLEMENT DOC DRAFTS | 0.80 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

---

SULLIVAN PROPERTIES INC
10/11/05
Page 3

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/10/05 | R. TJIOE: REVIEW MIWA EMAIL AND ATTACHMENTS | 1.50 |
| 09/10/05 | R. TJIOE: DRAFT EMAIL TO CLIENT RE PROPOSED FURTHER CHANGES TO SETTLEMENT DOCS | 0.70 |
| 09/10/05 | R. TJIOE: REVIEW SETTLEMENT DRAFT DOCS AND COMPARE WITH MIWA'S PROPOSED NEW CHANGES | 0.40 |
| 09/10/05 | R. TJIOE: DRAFT EMAIL TO MIWA REGARDING SETTLEMENT MATTERS | 0.50 |
| 09/11/05 | R. TJIOE: EMAILS TO M LUKE AND ORTIZ AND SHIMAZU REGARDING SETTLEMENT FOLLOW UP MATTERS. | 0.50 |
| 09/12/05 | R. TJIOE: EMAILS TO CLIENT AND M. LUKE REGARDING FOLLOW UP ON SETTLEMENT MATTERS | 0.40 |
| 09/12/05 | R. TJIOE: CONF WITH M. LUKE REGARDING SETTLEMENT DOCUMENTATION | 0.30 |
| 09/12/05 | R. TJIOE: REVIEW EMAIL FROM MIWA AND DRAFT EMAIL TO CLIENT RE STATUS OF SETTLEMENT | 0.30 |
| 09/12/05 | R. TJIOE: DRAFT COMMENTS TO MIWA MEMO REGARDING SETTLEMENT AGREEMENT PROPOSED CHANGES | 0.50 |
| 09/12/05 | R. TJIOE: DRAFT EMAIL TO CLIENT REGARDING PROPOSED LANGUAGE CHANGES AND MIWA POSITION RE SAME | 0.40 |
| 09/12/05 | R. TJIOE: REVISE AND EDIT MIWA MEMO RE COMMENTS TO SETTLEMENT AGREEMENT DOCS | 0.40 |
| 09/13/05 | R. TJIOE: FOLLOW UP WITH CLIENT REGARDING SETTLEMENT MATTERS | 0.40 |
| 09/13/05 | R. TJIOE: CALL TO M. LUKE REGARDING SETTLEMENT DOCUMENTS | 0.30 |
| 09/13/05 | R. TJIOE: REVIEW FAX FROM W. SHIMAZU RE FACE TO FACE MEETING | 0.30 |
| 09/13/05 | R. TJIOE: CALL TO M. LUKE RE STATUS OF SETTLEMENT DOC | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

OBT-10/19/2005 8:38:06 AM

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 4

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DISCUSSIONS | |
| 09/13/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE TO MIWA | 0.30 |
| 09/14/05 | R. TJIOE: CONF WITH CLIENT REGARDING SETTLEMENT AGREEMENT ISSUES | 0.40 |
| 09/14/05 | R. TJIOE: REVIEW FAX FROM MIWA RE STATUS CONFERENCE | 0.30 |
| 09/14/05 | R. TJIOE: CONF WITH M LUKE RE COORDINATING OF SETTLEMENT DOCUMENT DISCUSSION POINTS | 0.40 |
| 09/15/05 | R. TJIOE: REVIEW LETTER FROM MIWA | 0.10 |
| 09/15/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE | 0.40 |
| 09/15/05 | R. TJIOE: CALL FROM CLIENT REGARDING SETTLEMENT MATTERS | 0.40 |
| 09/16/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE AND SETTLEMENT AGREEMENT | 0.30 |
| 09/16/05 | R. TJIOE: FOLLOW UP CALL FROM CLIENT REGARDING SETTLEMENT AGREEMENT AND STATUS CONFERENCE | 0.40 |
| 09/16/05 | R. TJIOE: WORK ON EMAIL AND MEMO TO JUDGE CHANG IN PREP FOR STATUS CONFERENCE | 0.40 |
| 09/16/05 | R. TJIOE: REVIEW MLP MOTION TO ENFORCE SETTLEMENT AND FOR SANCTIONS | 0.80 |
| 09/16/05 | R. TJIOE: REVIEW MLP MOTION TO ENFORCE AND WORK ON OPPOSITION MEMO | 2.80 |
| 09/17/05 | R. TJIOE: FURTHER WORK ON MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.20 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM W. SHIMAZU RE SETTLEMENT MATTERS | 0.20 |
| 09/19/05 | R. TJIOE: WORK ON DRAFT MOTION TO ENFORCE AND TRANSMIT TO | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

---

SULLIVAN PROPERTIES INC
10/11/05
Page 5

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | CO COUNSEL AND CLIENT FOR REVIEW | |
| 09/19/05 | R. TJIOE: CONF WITH M. LUKE REGARDING MOTION TO ENFORCE | 0.40 |
| 09/19/05 | R. TJIOE: CALL FROM CLIENT RE CONF WITH C. EGLI RE SETTLEMENT MATTERS | 0.50 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM SHIMAZU | 0.20 |
| 09/19/05 | R. TJIOE: PREP FOR STATUS CONFERENCE BEFORE JUDGE CHANG | 0.60 |
| 09/20/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE | 0.40 |
| 09/20/05 | R. TJIOE: CONF WITH M LUKE RE STATUS CONFERENCE | 0.30 |
| 09/20/05 | R. TJIOE: PREPARE FOR AND ATTEND STATUS CONFERENCE WITH JUDGE CHANG RE SETTLEMENT | 1.50 |
| 09/20/05 | R. TJIOE: REVIEW DECLARATION OF WES SHIMAZU RE MOTION TO ENFORCE | 0.40 |
| 09/20/05 | R. TJIOE: REVIEW AND EDIT DRAFT DECLARATION FROM W. SHIMAZU FOR MOTION TO ENFORCE SETTLEMENT | 0.40 |
| 09/21/05 | R. TJIOE: WORK ON MEMO IN OPP TO MLP MOTION TO ENFORCE | 0.80 |
| 09/21/05 | R. TJIOE: CALL TO CLIENT RE MEMO IN OPP | 0.40 |
| 09/21/05 | R. TJIOE: CALL TO DAN O'HANLON RE DECLARATION IN SUPPORT OF MEMO IN OPP | 0.40 |
| 09/21/05 | R. TJIOE: REVIEW AND EDIT DRAFT DECLARATION OF M. LUKE | 0.40 |
| 09/23/05 | R. TJIOE: WORK ON OPPOSITION TO MOTION TO ENFORCE | 2.00 |
| 09/23/05 | R. TJIOE: REVIEW LETTER FROM MIWA | 0.50 |
| 09/23/05 | R. TJIOE: WORK ON SPI MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 09/23/05 | R. TJIOE: RESEARCH RE PROFESSIONAL CONDUCT RULES RE MIWA LETTER. | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

### A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 6

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
| --- | --- | --- |
| 09/26/05 | R. TJIOE: DRAFT LETTER TO MIWA REGARDING SETTLEMENT MATTERS | 0.50 |
| 09/26/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA | 0.30 |
| 09/26/05 | R. TJIOE: REVIEW RESEARCH REGARDING MIWA LETTER CITATIONS | 0.40 |
| 09/26/05 | S. CHE: REVIEWED DOCUMENTS, RESEARCHED, AND WROTE MEMO REGARDING HRPC RULE 4.2. | 2.90 |
| 09/27/05 | R. TJIOE: EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.30 |
| 09/27/05 | R. TJIOE: CONF WITH PAT SULLIVAN REGARDING CALL TO MLP REP | 0.80 |
| 09/27/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA | 0.40 |
| 09/27/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 2.30 |
| 09/27/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM M LUKE REGARDING META TAGS DEFINITION | 0.30 |
| 09/27/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE RE META TAGS AND REVISE MOTION TO ENFORCE SETTLEMENT TO INCORPORATE COMMENTS | 0.40 |
| 09/27/05 | S. CHE: RESEARCHED HRPC RULE 4.2. TELEPHONE CONFERENCE WITH AND E-MAIL TO ROY TJIOE REGARDING RULE 4.2 ISSUE. | 2.10 |
| 09/28/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE | 0.20 |
| 09/28/05 | R. TJIOE: CALL FROM CLIENT AND DAN O'HANLON REGARDING META TAGS ISSUE | 0.40 |
| 09/28/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 09/28/05 | R. TJIOE: FURTHER REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 09/29/05 | R. TJIOE: EMAIL TO ORTIZ REGARDING STATUS OF DECLARATION | 0.20 |

** Continued on next page **

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 7

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/29/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 0.50 |
| 09/29/05 | R. TJIOE: FINALIZE DRAFT OF MOTION TO CLARIFY AND ENFORCE SETTLEMENT AND DRAFT EMAIL TO CLIENT AND CO COUNSEL RE SAME | 1.00 |
| 09/30/05 | R. TJIOE: UPDATE MOTION TO CLARIFY AND ENFORCE BASED ON ▓▓▓▓▓▓▓ LACK OF RESPONSE BY MLP TO DEMAND LETTER | 0.50 |
| 09/30/05 | R. TJIOE: CALL TO M. LUKE REGARDING DECLARATION IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT | 0.30 |
| 09/30/05 | R. TJIOE: CONVERT PORTIONS OF MEMO IN OPP TO OWN MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 1.50 |

TOTAL Hours    56.00

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 51.00 | 230.00 | 11,730.00 |
| S. CHE | 5.00 | 110.00 | 550.00 |

TOTAL Current Fees    $12,280.00

G. E. Tax Reimbursement at 4.16%    510.85

Total Current Fees and Tax Reimbursement    $12,790.85

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | COMPUTERIZED RESEARCH CHARGE | 17.56 |
| | FAX CHARGE | 0.60 |
| | LD TELEPHONE CHARGES | 4.80 |
| | POSTAGE & HANDLING | 1.11 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

## A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 8

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | REPRODUCTION OF DOCUMENTS | 2.50 |
| | TOTAL Current Costs and Disbursements | $26.59 |

Current Invoice Due    $12,817.44

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# OK TO PAY
# LEGAL BILL AUDIT

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: Info@goodsill.com
www.goodsill.com

## PAID



Client   : 25081
Matter   : 99103
Date     : 10/11/05
Invoice  : 314802
Attorney : R. TJIOE

930029

OCT 18 2005

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ   85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SULLIVAN PROPERTIES INC                          Date: 10/11/05
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES   Invoice: 314802

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 09/30/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/01/05 | R. TJIOE: REVIEW EMAIL AND FAXES FROM J. DORNER AND S. MOSES | 0.40 |
| 09/01/05 | R. TJIOE: CALL TO C. SUTHERLAND REGARDING SETTLEMENT MATTERS | 0.30 |
| 09/01/05 | R. TJIOE: CONF WITH C. MIWA REGARDING SETTLEMENT AGREEMENT | 0.80 |
| 09/02/05 | R. TJIOE: EMAIL TO CLIENT REGARDING DESIGNATION OF CONDO PROPERTIES IN KAPALUA RESORT FOR SETTLEMENT DOCUMENT PURPOSES | 0.30 |
| 09/02/05 | R. TJIOE: CALL AND EMAIL FROM S. MOSES REGARDING KAPALUA CONDO PROPERTIES | 0.30 |
| 09/06/05 | R. TJIOE: REVIEW EMAIL FROM MIWA REGARDING CHANGES TO SETTLEMENT AGREEMENT DOCUMENTS | 0.50 |
| 09/06/05 | R. TJIOE: REVIEW AND RESPOND TO MIWA EMAIL REGARDING SETTLEMENT DOCUMENT EXECUTION | 0.40 |
| 09/06/05 | R. TJIOE: CONF WITH C. MIWA REGARDING PROPOSED CHANGES TO | 0.80 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

### A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 2

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SETTLEMENT DOCUMENTS | |
| 09/06/05 | R. TJIOE: PREPARE DOCUMENT FOR CLIENT REVIEW REGARDING PROPOSED CHANGES RE SETTLEMENT DOCUMENTS | 0.50 |
| 09/07/05 | R. TJIOE: CALL FROM CLIENT AND TRANSMIT SETTLEMENT DOCS TO STEVE MOSES FOR REVIEW | 0.30 |
| 09/07/05 | R. TJIOE: FOLLOW UP CALL WITH CLIENT REGARDING SETTLEMENT DOCUMENTS | 0.40 |
| 09/07/05 | R. TJIOE: CALL WITH CLIENT AND STAFF REGARDING PROPOSED CHANGES TO SETTLEMENT DOCUMENTS | 0.90 |
| 09/07/05 | R. TJIOE: EMAIL TO MIWA REGARDING SUPPLEMENTAL SETTLEMENT TERMS | 0.30 |
| 09/08/05 | R. TJIOE: FURTHER WORK ON REVISIONS AND EDITS TO DRAFT SETTLEMENT DOCUMENTS | 0.70 |
| 09/08/05 | R. TJIOE: CALL FROM CLIENT REGARDING WEBSITE HOSTING AND EMAIL FORWARDING | 0.50 |
| 09/08/05 | R. TJIOE: CALL FROM CLIENT AND STAFF REGARDING WEBSITE TRANSFER ISSUES | 0.50 |
| 09/08/05 | R. TJIOE: REVISE AND EDIT DRAFT SUPPLEMENTAL MEMO BY M. LUKE | 0.90 |
| 09/08/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM MIWA. | 0.40 |
| 09/08/05 | R. TJIOE: DRAFT COMMENTS TO MIWA REGARDING PROPOSED CHANGES TO SETTLEMENT DOCUMENTS | 0.80 |
| 09/08/05 | R. TJIOE: DRAFT MEMO AND EMAIL TO MIWA REGARDING CHANGES TO SETTLEMENT DOCUMENTS | 0.80 |
| 09/09/05 | R. TJIOE: EMAIL FROM MIWA REGARDING SPI ID NUMBERS | 0.20 |
| 09/09/05 | R. TJIOE: BEGIN REVIEW OF MIWA EMAIL AND ATTACHMENTS AND COMPARE WITH PRIOR SETTLEMENT DOC DRAFTS | 0.80 |

** Continued on next page **

# GOODSILL ANDERSON QUINN & STIFEL

**A LIMITED LIABILITY LAW PARTNERSHIP LLP**

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 3

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
| --- | --- | --- |
| 09/10/05 | R. TJIOE: REVIEW MIWA EMAIL AND ATTACHMENTS | 1.50 |
| 09/10/05 | R. TJIOE: DRAFT EMAIL TO CLIENT RE PROPOSED FURTHER CHANGES TO SETTLEMENT DOCS | 0.70 |
| 09/10/05 | R. TJIOE: REVIEW SETTLEMENT DRAFT DOCS AND COMPARE WITH MIWA'S PROPOSED NEW CHANGES | 0.40 |
| 09/10/05 | R. TJIOE: DRAFT EMAIL TO MIWA REGARDING SETTLEMENT MATTERS | 0.50 |
| 09/11/05 | R. TJIOE: EMAILS TO M LUKE AND ORTIZ AND SHIMAZU REGARDING SETTLEMENT FOLLOW UP MATTERS. | 0.50 |
| 09/12/05 | R. TJIOE: EMAILS TO CLIENT AND M. LUKE REGARDING FOLLOW UP ON SETTLEMENT MATTERS | 0.40 |
| 09/12/05 | R. TJIOE: CONF WITH M. LUKE REGARDING SETTLEMENT DOCUMENTATION | 0.30 |
| 09/12/05 | R. TJIOE: REVIEW EMAIL FROM MIWA AND DRAFT EMAIL TO CLIENT RE STATUS OF SETTLEMENT | 0.30 |
| 09/12/05 | R. TJIOE: DRAFT COMMENTS TO MIWA MEMO REGARDING SETTLEMENT AGREEMENT PROPOSED CHANGES | 0.50 |
| 09/12/05 | R. TJIOE: DRAFT EMAIL TO CLIENT REGARDING PROPOSED LANGUAGE CHANGES AND MIWA POSITION RE SAME | 0.40 |
| 09/12/05 | R. TJIOE: REVISE AND EDIT MIWA MEMO RE COMMENTS TO SETTLEMENT AGREEMENT DOCS | 0.40 |
| 09/13/05 | R. TJIOE: FOLLOW UP WITH CLIENT REGARDING SETTLEMENT MATTERS | 0.40 |
| 09/13/05 | R. TJIOE: CALL TO M. LUKE REGARDING SETTLEMENT DOCUMENTS | 0.30 |
| 09/13/05 | R. TJIOE: REVIEW FAX FROM W. SHIMAZU RE FACE TO FACE MEETING | 0.30 |
| 09/13/05 | R. TJIOE: CALL TO M. LUKE RE STATUS OF SETTLEMENT DOC | 0.30 |

**\*\* Continued on next page \*\***

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 4

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DISCUSSIONS | |
| 09/13/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE TO MIWA | 0.30 |
| 09/14/05 | R. TJIOE: CONF WITH CLIENT REGARDING SETTLEMENT AGREEMENT ISSUES | 0.40 |
| 09/14/05 | R. TJIOE: REVIEW FAX FROM MIWA RE STATUS CONFERENCE | 0.30 |
| 09/14/05 | R. TJIOE: CONF WITH M LUKE RE COORDINATING OF SETTLEMENT DOCUMENT DISCUSSION POINTS | 0.40 |
| 09/15/05 | R. TJIOE: REVIEW LETTER FROM MIWA | 0.10 |
| 09/15/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE | 0.40 |
| 09/15/05 | R. TJIOE: CALL FROM CLIENT REGARDING SETTLEMENT MATTERS | 0.40 |
| 09/16/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE AND SETTLEMENT AGREEMENT | 0.30 |
| 09/16/05 | R. TJIOE: FOLLOW UP CALL FROM CLIENT REGARDING SETTLEMENT AGREEMENT AND STATUS CONFERENCE | 0.40 |
| 09/16/05 | R. TJIOE: WORK ON EMAIL AND MEMO TO JUDGE CHANG IN PREP FOR STATUS CONFERENCE | 0.40 |
| 09/16/05 | R. TJIOE: REVIEW MLP MOTION TO ENFORCE SETTLEMENT AND FOR SANCTIONS | 0.80 |
| 09/16/05 | R. TJIOE: REVIEW MLP MOTION TO ENFORCE AND WORK ON OPPOSITION MEMO | 2.80 |
| 09/17/05 | R. TJIOE: FURTHER WORK ON MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.20 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM W. SHIMAZU RE SETTLEMENT MATTERS | 0.20 |
| 09/19/05 | R. TJIOE: WORK ON DRAFT MOTION TO ENFORCE AND TRANSMIT TO | 0.40 |

** Continued on next page **

OBT-10/19/2005 8:36:32 AM

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

---

SULLIVAN PROPERTIES INC
10/11/05
Page 5

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | CO COUNSEL AND CLIENT FOR REVIEW | |
| 09/19/05 | R. TJIOE: CONF WITH M. LUKE REGARDING MOTION TO ENFORCE | 0.40 |
| 09/19/05 | R. TJIOE: CALL FROM CLIENT RE CONF WITH C. EGLI RE SETTLEMENT MATTERS | 0.50 |
| 09/19/05 | R. TJIOE: REVIEW EMAIL FROM SHIMAZU | 0.20 |
| 09/19/05 | R. TJIOE: PREP FOR STATUS CONFERENCE BEFORE JUDGE CHANG | 0.60 |
| 09/20/05 | R. TJIOE: CALL FROM CLIENT RE STATUS CONFERENCE | 0.40 |
| 09/20/05 | R. TJIOE: CONF WITH M. LUKE RE STATUS CONFERENCE | 0.30 |
| 09/20/05 | R. TJIOE: PREPARE FOR AND ATTEND STATUS CONFERENCE WITH JUDGE CHANG RE SETTLEMENT | 1.50 |
| 09/20/05 | R. TJIOE: REVIEW DECLARATION OF WES SHIMAZU RE MOTION TO ENFORCE | 0.40 |
| 09/20/05 | R. TJIOE: REVIEW AND EDIT DRAFT DECLARATION FROM W. SHIMAZU FOR MOTION TO ENFORCE SETTLEMENT | 0.40 |
| 09/21/05 | R. TJIOE: WORK ON MEMO IN OPP TO MLP MOTION TO ENFORCE | 0.80 |
| 09/21/05 | R. TJIOE: CALL TO CLIENT RE MEMO IN OPP | 0.40 |
| 09/21/05 | R. TJIOE: CALL TO DAN O'HANLON RE DECLARATION IN SUPPORT OF MEMO IN OPP | 0.40 |
| 09/21/05 | R. TJIOE: REVIEW AND EDIT DRAFT DECLARATION OF M. LUKE | 0.40 |
| 09/23/05 | R. TJIOE: WORK ON OPPOSITION TO MOTION TO ENFORCE | 2.00 |
| 09/23/05 | R. TJIOE: REVIEW LETTER FROM MIWA | 0.50 |
| 09/23/05 | R. TJIOE: WORK ON SPI MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 09/23/05 | R. TJIOE: RESEARCH RE PROFESSIONAL CONDUCT RULES RE MIWA LETTER. | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 6

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
| --- | --- | --- |
| 09/26/05 | R. TJIOE: DRAFT LETTER TO MIWA REGARDING SETTLEMENT MATTERS | 0.50 |
| 09/26/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA | 0.30 |
| 09/26/05 | R. TJIOE: REVIEW RESEARCH REGARDING MIWA LETTER CITATIONS | 0.40 |
| 09/26/05 | S. CHE: REVIEWED DOCUMENTS, RESEARCHED, AND WROTE MEMO REGARDING HRPC RULE 4.2. | 2.90 |
| 09/27/05 | R. TJIOE: EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.30 |
| 09/27/05 | R. TJIOE: CONF WITH PAT SULLIVAN REGARDING CALL TO MLP REP | 0.80 |
| 09/27/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA | 0.40 |
| 09/27/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 2.30 |
| 09/27/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM M LUKE REGARDING META TAGS DEFINITION | 0.30 |
| 09/27/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE RE META TAGS AND REVISE MOTION TO ENFORCE SETTLEMENT TO INCORPORATE COMMENTS | 0.40 |
| 09/27/05 | S. CHE: RESEARCHED HRPC RULE 4.2. TELEPHONE CONFERENCE WITH AND E-MAIL TO ROY TJIOE REGARDING RULE 4.2 ISSUE. | 2.10 |
| 09/28/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE | 0.20 |
| 09/28/05 | R. TJIOE: CALL FROM CLIENT AND DAN O'HANLON REGARDING META TAGS ISSUE | 0.40 |
| 09/28/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 09/28/05 | R. TJIOE: FURTHER REVISE AND EDIT DRAFT MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 09/29/05 | R. TJIOE: EMAIL TO ORTIZ REGARDING STATUS OF DECLARATION | 0.20 |

** Continued on next page **

ODT-10/19/2005 8:56:32 AM

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 7

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/29/05 | R. TJIOE: REVISE AND EDIT DRAFT MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 0.50 |
| 09/29/05 | R. TJIOE: FINALIZE DRAFT OF MOTION TO CLARIFY AND ENFORCE SETTLEMENT AND DRAFT EMAIL TO CLIENT AND CO COUNSEL RE SAME | 1.00 |
| 09/30/05 | R. TJIOE: UPDATE MOTION TO CLARIFY AND ENFORCE BASED ON LACK OF RESPONSE BY MLP TO DEMAND LETTER | 0.50 |
| 09/30/05 | R. TJIOE: CALL TO M. LUKE REGARDING DECLARATION IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT | 0.30 |
| 09/30/05 | R. TJIOE: CONVERT PORTIONS OF MEMO IN OPP TO OWN MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 1.50 |

TOTAL Hours    56.00

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 51.00 | 230.00 | 11,730.00 |
| S. CHE | 5.00 | 110.00 | 550.00 |

TOTAL Current Fees    $12,280.00

G.E. Tax Reimbursement at 4.16%    510.85

Total Current Fees and Tax Reimbursement    $12,790.85

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | COMPUTERIZED RESEARCH CHARGE | 17.58 |
| | FAX CHARGE | 0.60 |
| | LD TELEPHONE CHARGES | 4.80 |
| | POSTAGE & HANDLING | 1.11 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
10/11/05
Page 8

Client: 25081
Matter: 99103
Invoice: 314802

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | REPRODUCTION OF DOCUMENTS | 2.50 |
| | TOTAL Current Costs and Disbursements | $26.59 |
| | Current Invoice Due | $12,817.44 |

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client  : 25081
Matter  : 99103
Date    : 11/09/05
Invoice : 315590
Review  : R. TJIOE
```

# DUPLICATE

```
SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA
```

Return this portion with your payment

---

```
SULLIVAN PROPERTIES INC                              Date: 11/09/05
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES  Invoice: 315590

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK
```

For Professional Services Rendered and Costs Advanced through 10/31/05

| Date | Professional Services | Hours |
|---|---|---|
| 10/01/05 | R. TJIOE: WORK ON FURTHER REVISIONS AND EDITS TO DRAFT MOTION TO CLARIFY/ENFORCE SETTLEMENT | 1.70 |
| 10/01/05 | R. TJIOE: DRAFT EMAIL TO CLIENT RE REVISED DRAFT OF MOTION | 0.30 |
| 10/03/05 | R. TJIOE: FINALIZE DRAFT OF MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 10/03/05 | R. TJIOE: EMAIL FROM J. ORTIZ RE CHANGES TO MOTION | 0.30 |
| 10/03/05 | R. TJIOE: COMPARE MLP PROPOSED SETTLEMENT AGREEMENT DOCUMENTS WITH SPI MEMO RE PROPOSED CHANGES | 0.50 |
| 10/03/05 | R. TJIOE: REVIEW FAX FROM ORTIZ RE PROPOSED CHANGES TO MOTION | 0.40 |
| 10/03/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE REGARDING PROPOSED CHANGES TO DRAFT MOTION | 0.30 |
| 10/03/05 | R. TJIOE: EMAIL TO CLIENT AND CO COUNSEL REGARDING MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 0.20 |
| 10/03/05 | R. TJIOE: CALL TO CLIENT REGARDING STATUS OF DECLARATIONS | 0.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/05
Page 2

Client: 25081
Matter: 99103
Invoice: 315590

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | IN SUPPORT OF MOTION | |
| 10/03/05 | R. TJIOE: FURTHER REVISE AND EDIT DRAFT MOTION TO INCORPORATE SUGGESTED CHANGES | 0.80 |
| 10/03/05 | R. TJIOE: CALL FROM J. ORTIZ REGARDING PROPOSED CHANGES AND DECLARATION | 0.30 |
| 10/04/05 | R. TJIOE: REVIEW CLIENT EMAILS REGARDING SUPPORTING DECLARATIONS | 0.40 |
| 10/04/05 | R. TJIOE: CALL WITH CLIENT AND M. LUKE REGARDING EDITS TO SUPPORTING DECLARATIONS | 1.10 |
| 10/04/05 | R. TJIOE: CALLS TO SHIMAZU AND ORTIZ REGARDING STATUS OF DECLARATIONS | 0.30 |
| 10/04/05 | R. TJIOE: CONF WITH CLIENT REGARDING DECLARATIONS AND FINALIZE MOTION TO CLARIFY/ENFORCE | 0.80 |
| 10/19/05 | R. TJIOE: FINALIZE MEMO IN OPPOSITION TO MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 10/20/05 | R. TJIOE: FINALIZE MEMO IN OPP TO MLP MOTION TO ENFORCE SETTLEMENT | 0.70 |
| 10/21/05 | R. TJIOE: REVIEW MLP MEMO IN OPP TO MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 10/21/05 | R. TJIOE: WORK ON REPLY MEMO | 1.30 |
| 10/21/05 | R. TJIOE: REVIEW AND REPLY TO CLIENT EMAIL | 0.30 |
| 10/21/05 | R. TJIOE: REVIEW MLP OPP MEMO AND WORK ON REPLY MEMO | 3.50 |
| 10/21/05 | R. TJIOE: FURTHER WORK ON REPLY MEMO | 1.30 |
| 10/21/05 | T. CERULLO: RESEARCH FOR REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT. | 3.00 |
| 10/24/05 | R. TJIOE: WORK ON REPLY MEMO | 1.80 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/05
Page 3

Client: 25081
Matter: 99103
Invoice: 315590

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/24/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.00 |
| 10/25/05 | R. TJIOE: WORK ON REPLY MEMO | 1.00 |
| 10/25/05 | R. TJIOE: REVIEW RESEARCH RE REPLY MEMO | 1.50 |
| 10/25/05 | R. TJIOE: REVISE AND EDIT REPLY MEMO | 2.00 |
| 10/25/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.00 |
| 10/26/05 | R. TJIOE: FURTHER RESEARCH AND WORK ON REPLY MEMO | 1.00 |
| 10/26/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.20 |
| 10/27/05 | R. TJIOE: FINALIZE REPLY MEMO FOR FILING TODAY | 1.00 |
| 10/27/05 | T. CERULLO: RESEARCH AND EMAIL REGARDING ISSUE OF COVENANT OF GOOD FAITH AND FAIR DEALING. | 0.30 |

TOTAL Hours    38.80

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 26.30 | 230.00 | 6,049.00 |
| T. CERULLO | 12.50 | 190.00 | 1,875.00 |

TOTAL Current Fees    $7,924.00

G.E. Tax Reimbursement at 4.16%    329.64

Total Current Fees and Tax Reimbursement    $8,253.64

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 10/03/05 | DEPOSITION (COURT RPTR, ETC.) - STEPHEN B. PLATT - COPY OF TRANSCRIPT(S) RE 8/2/05 HEARINGS ON MOTIONS RE | 30.26 |

** Continued on next page **

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/05
Page 4

Client: 25081
Matter: 99103
Invoice: 315590

| Date | Costs and Disbursements | Amount |
|---|---|---|
| | MAUI LAND & PINEAPPLE V. SULLIVAN PROPERTIES, CV 04-00358 HG/BMK. | |
| 10/05/05 | – PACER SERVICE CENTER – INVOICE DATED: 10/5/05 – PUBLIC ACCESS TO COURT ELECTRONIC RECORDS. | 0.72 |
| | COMPUTERIZED RESEARCH CHARGE | 6.24 |
| | LD TELEPHONE CHARGES | 3.24 |
| | POSTAGE & HANDLING | 5.61 |
| | REPRODUCTION OF DOCUMENTS | 106.20 |
| | TOTAL Current Costs and Disbursements | $152.27 |

Current Invoice Due    $8,405.91

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# CRITO PAY V

# LEGAL BILL AUDIT

## GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
1099 ALAKEA STREET
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

# PAID

```
Client   : 25081
Matter   : 27105
Date     : 11/09/05
Invoice  : 315590
Attorney : R. TJIOE
```

DEC 0 6 2005

930029

```
SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA
```

Return this portion with your payment
--------------------------------------------------------------------------

```
SULLIVAN PROPERTIES INC                        Date: 11/09/05
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES    Invoice: 315590

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK
```

For Professional Services Rendered and Costs Advanced through 10/31/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/01/05 | R. TJIOE: WORK ON FURTHER REVISIONS AND EDITS TO DRAFT MOTION TO CLARIFY/ENFORCE SETTLEMENT | 1.70 |
| 10/01/05 | R. TJIOE: DRAFT EMAIL TO CLIENT RE REVISED DRAFT OF MOTION | 0.30 |
| 10/03/05 | R. TJIOE: FINALIZE DRAFT OF MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 10/03/05 | R. TJIOE: EMAIL FROM J. ORTIZ RE CHANGES TO MOTION | 0.30 |
| 10/03/05 | R. TJIOE: COMPARE MLP PROPOSED SETTLEMENT AGREEMENT DOCUMENTS WITH SPI MEMO RE PROPOSED CHANGES | 0.50 |
| 10/03/05 | R. TJIOE: REVIEW FAX FROM ORTIZ RE PROPOSED CHANGES TO MOTION | 0.40 |
| 10/03/05 | R. TJIOE: REVIEW EMAIL FROM M. LUKE REGARDING PROPOSED CHANGES TO DRAFT MOTION | 0.30 |
| 10/03/05 | R. TJIOE: EMAIL TO CLIENT AND CO COUNSEL REGARDING MOTION TO CLARIFY AND ENFORCE SETTLEMENT | 0.20 |
| 10/03/05 | R. TJIOE: CALL TO CLIENT REGARDING STATUS OF DECLARATIONS | 0.20 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
SULLIVAN PROPERTIES INC                          Client:  25081
11/09/05                                         Matter:  99103
Page 2                                           Invoice: 315590
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | IN SUPPORT OF MOTION | |
| 10/03/05 | R. TJIOE: FURTHER REVISE AND EDIT DRAFT MOTION TO INCORPORATE SUGGESTED CHANGES | 0.80 |
| 10/03/05 | R. TJIOE: CALL FROM J. ORTIZ REGARDING PROPOSED CHANGES AND DECLARATION | 0.30 |
| 10/04/05 | R. TJIOE: REVIEW CLIENT EMAILS REGARDING SUPPORTING DECLARATIONS | 0.40 |
| 10/04/05 | R. TJIOE: CALL WITH CLIENT AND M. LUKE REGARDING EDITS TO SUPPORTING DECLARATIONS | 1.10 |
| 10/04/05 | R. TJIOE: CALLS TO SHIMAZU AND ORTIZ REGARDING STATUS OF DECLARATIONS | 0.30 |
| 10/04/05 | R. TJIOE: CONF WITH CLIENT REGARDING DECLARATIONS AND FINALIZE MOTION TO CLARIFY/ENFORCE | 0.80 |
| 10/19/05 | R. TJIOE: FINALIZE MEMO IN OPPOSITION TO MOTION TO ENFORCE SETTLEMENT | 1.50 |
| 10/20/05 | R. TJIOE: FINALIZE MEMO IN OPP TO MLP MOTION TO ENFORCE SETTLEMENT | 0.70 |
| 10/21/05 | R. TJIOE: REVIEW MLP MEMO IN OPP TO MOTION TO ENFORCE SETTLEMENT | 0.80 |
| 10/21/05 | R. TJIOE: WORK ON REPLY MEMO | 1.30 |
| 10/21/05 | R. TJIOE: REVIEW AND REPLY TO CLIENT EMAIL | 0.30 |
| 10/21/05 | R. TJIOE: REVIEW MLP OPP MEMO AND WORK ON REPLY MEMO | 3.50 |
| 10/21/05 | R. TJIOE: FURTHER WORK ON REPLY MEMO | 1.50 |
| 10/21/05 | T. CERULLO: RESEARCH FOR REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT. | 3.00 |
| 10/24/05 | R. TJIOE: WORK ON REPLY MEMO | 1.80 |

** Continued on next page **

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/05
Page 3

Client: 25081
Matter: 99103
Invoice: 315590

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/24/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.00 |
| 10/25/05 | R. TJIOE: WORK ON REPLY MEMO | 1.00 |
| 10/25/05 | R. TJIOE: REVIEW RESEARCH RE REPLY MEMO | 1.50 |
| 10/25/05 | R. TJIOE: REVISE AND EDIT REPLY MEMO | 2.00 |
| 10/25/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.00 |
| 10/26/05 | R. TJIOE: FURTHER RESEARCH AND WORK ON REPLY MEMO | 1.00 |
| 10/26/05 | T. CERULLO: RESEARCHED AND ASSISTED IN DRAFTING REPLY MEMO TO ENFORCE SETTLEMENT. | 3.20 |
| 10/27/05 | R. TJIOE: FINALIZE REPLY MEMO FOR FILING TODAY | 1.00 |
| 10/27/05 | T. CERULLO: RESEARCH AND EMAIL REGARDING ISSUE OF COVENANT OF GOOD FAITH AND FAIR DEALING. | 0.30 |

TOTAL Hours    38.80

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 26.30 | 230.00 | 6,049.00 |
| T. CERULLO | 12.50 | 150.00 | 1,875.00 |

TOTAL Current Fees    $7,924.00

G. E. Tax Reimbursement at 4.16%    329.64

Total Current Fees and Tax Reimbursement    $8,253.64

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 10/03/05 | DEPOSITION (COURT RPTR, ETC.) - STEPHEN B. PLATT - COPY OF TRANSCRIPT(S) RE 8/2/05 HEARINGS ON MOTIONS RE | 30.26 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
11/09/05
Page 4

Client: 25081
Matter: 99103
Invoice: 315590

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | MAUI LAND & PINEAPPLE V. SULLIVAN PROPERTIES, CV 04-00358 HG/BMK. | |
| 10/05/05 | – PACER SERVICE CENTER – INVOICE DATED: 10/5/05 – PUBLIC ACCESS TO COURT ELECTRONIC RECORDS. | 0.72 |
| | COMPUTERIZED RESEARCH CHARGE | 6.24 |
| | LD TELEPHONE CHARGES | 3.24 |
| | POSTAGE & HANDLING | 5.61 |
| | REPRODUCTION OF DOCUMENTS | 106.20 |
| | TOTAL Current Costs and Disbursements | $152.27 |

Current Invoice Due          $8,405.91

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

E454751/4006 8:29:23 AM

## GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client    25081
Matter    99103
Date      12/19/05
Invoice   316502
Attorney  R. TJIOE

SULLIVAN PROPERTIES INC.
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

SULLIVAN PROPERTIES INC                                   Date: 12/19/05
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES      Invoice: 316502

Coordinator    : MS. SUSAN C. COLTRARA
Court Number   : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/01/05 | R. TJIOE: REVIEW MLP REPLY MEMO TO MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/04/05 | R. TJIOE: PREP FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 11/06/05 | R. TJIOE: PREPARE FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/07/05 | R. TJIOE: PREPARE FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 11/07/05 | R. TJIOE: PREPARE FOR AND ATTEND HEARING ON MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/07/05 | R. TJIOE: CONF WITH CLIENT RE MOTION TO ENFORCE | 0.30 |
| 11/09/05 | R. TJIOE: REVIEW JUDGE FINDINGS RE MOTION TO ENFORCE | 0.50 |
| 11/09/05 | R. TJIOE: DRAFT EMAIL TO CLIENT AND CO COUNSEL RE FINDINGS AND OPTIONS | 0.40 |
| 11/10/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE MOTION TO | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 2

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ENFORCE | |
| 11/14/05 | R. TJIOE: CALL TO CLIENT RE MAGISTRATE FINDINGS | 0.30 |
| 11/14/05 | R. TJIOE: CALL WITH CLIENT RE MOTION TO ENFORCE | 0.40 |
| 11/14/05 | R. TJIOE: CALL FROM CLIENT RE SEARCH ENGINE RANKING ISSUES | 0.40 |
| 11/14/05 | R. TJIOE: CALL FROM P. SULLIVAN AND STEVE REGARDING SEARCH ENGINE RANKING | 0.30 |
| 11/15/05 | R. TJIOE: EVALUATE MOTION FOR RECONSIDERATION RE MOTION TO ENFORCE SETTLEMENT | 0.40 |
| 11/15/05 | R. TJIOE: CALL FROM C. SUTHERLAND REGARDING SETTLEMENT MATTERS | 0.70 |
| 11/15/05 | R. TJIOE: CALL WITH CLIENT AND J. DORNER REGARDING SETTLEMENT | 0.80 |
| 11/15/05 | R. TJIOE: CALL WITH CLIENT AND WEBSITE CONSULTANT REGARDING SETTLEMENT AGREEMENT | 0.80 |
| 11/15/05 | R. TJIOE: PREP AND SEND SETTLEMENT DOCUMENTS TO M. SULLIVAN | 0.40 |
| 11/15/05 | R. TJIOE: PREP AND SEND SETTLEMENT DOCUMENTS TO SPI WEBSITE CONSULTANT | 0.40 |
| 11/15/05 | R. TJIOE: CALL TO S. FELDT REGARDING SETTLEMENT AGREEMENT AND WEBSITE CONDITIONS FOR USE OF KAPALUA | 0.30 |
| 11/15/05 | R. TJIOE: EMAIL TO C. MIWA REGARDING SETTLEMENT MATTERS | 0.30 |
| 11/16/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM CLIENT RE EMAIL ADDRESSES TO BE FORWARDED | 0.40 |
| 11/16/05 | R. TJIOE: EMAILS FROM CLIENT RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/17/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT RE EMAIL ADDRESSES | 0.30 |
| 11/17/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE EMAIL | 0.50 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 3

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | FORWARDING | |
| 11/18/05 | R. TJIOE: CALLS AND EMAILS TO CLIENT RE EMAIL FORWARDING ISSUE | 0.50 |
| 11/18/05 | R. TJIOE: FOLLOW UP PHONE CONF AND EMAILS WITH CLIENT RE EMAIL FORWARDING | 0.40 |
| 11/18/05 | R. TJIOE: CALL FROM M. SULLIVAN REGARDING SETTLEMENT DOCUMENTS | 0.40 |
| 11/21/05 | R. TJIOE: REVIEW AND RESPOND TO EMAILS FROM C. MIWA REGARDING SETTLEMENT AGREEMENT | 0.50 |
| 11/21/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAILS RE SETTLEMENT AGREEMENT | 0.30 |
| 11/21/05 | R. TJIOE: CALL FROM CLIENT RE EMAIL FORWARDING | 0.40 |
| 11/21/05 | R. TJIOE: REVIEW MAG. CHANG FINDINGS AND EVALUATE OPTIONS RE EMAIL FORWARDING ISSUES | 0.40 |
| 11/22/05 | R. TJIOE: EMAIL TO CLIENT RE EMAIL FORWARDING ISSUE | 0.40 |
| 11/22/05 | R. TJIOE: CALL TO C. MIWA | 0.30 |
| 11/22/05 | R. TJIOE: CALL FROM CLIENT RE EMAIL FORWARDING | 0.30 |
| 11/22/05 | R. TJIOE: CALL TO K. SHIGEMURA RE EMAIL FORWARDING | 0.30 |
| 11/22/05 | R. TJIOE: CALL TO S. MOSES RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/22/05 | R. TJIOE: EMAIL TO MLP COUNSEL RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/22/05 | R. TJIOE: CALL FROM CLIENT | 0.30 |
| 11/23/05 | R. TJIOE: CALL FROM CLIENT RE STATUS OF SETTLEMENT | 0.40 |
| 11/23/05 | R. TJIOE: REVIEW SETTLEMENT AGREEMENT DOCUMENTS | 0.40 |
| 11/25/05 | R. TJIOE: REVIEW LETTER FROM MIWA AND DRAFT RESPONSE TO | 1.80 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 4

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SAME REGARDING SETTLEMENT ISSUES | |
| 11/28/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA AND PREP ENCLOSURES | 1.20 |
| 11/28/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAILS RE STATUS CONFERENCE | 0.50 |
| 11/29/05 | R. TJIOE: REVIEW CLIENT EMAILS REGARDING STATUS CONFERENCE | 0.40 |
| 11/29/05 | R. TJIOE: ATTEND STATUS CONFERENCE AT FEDERAL COURT | 1.30 |
| 11/29/05 | R. TJIOE: WORK ON SETTLEMENT DOCUMENTS AND PREP TRANSMITTAL TO JUDGE CHANG | 0.50 |
| 11/29/05 | R. TJIOE: EMAIL TO CLIENT RE STATUS CONFERENCE | 0.30 |
| 11/29/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE AND EMAIL TO S. MOSES RE SAME | 0.40 |
| 11/29/05 | R. TJIOE: CALL WITH CLIENT RE EMAIL FORWARDING ISSUE | 0.40 |
| 11/29/05 | R. TJIOE: REVIEW EMAIL FROM MIWA | 0.30 |
| 11/29/05 | R. TJIOE: CALLS WITH S. MOSES TO COORDINATE CONFERENCE CALL | 0.50 |
| 11/29/05 | R. TJIOE: DRAFT LETTER TO JUDGE CHANG IN RESPONSE TO MIWA LETTER | 0.40 |
| 11/29/05 | R. TJIOE: FOLLOW UP CALL TO S. MOSES | 0.30 |
| 11/29/05 | R. TJIOE: FINALIZE LETTER TO JUDGE CHANG | 0.30 |
| 11/29/05 | R. TJIOE: EMAIL TO CLIENT RE LETTER FROM MIWA AND CONF CALL MATTERS | 0.40 |
| 11/30/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL REGARDING BEACH TOWEL ISSUE | 0.40 |
| 11/30/05 | R. TJIOE: COORDINATE CONFERENCE CALL REGARDING EMAIL FORWARDING ISSUE | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 5

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/30/05 | R. TJIOE: CALL TO CLIENT RE CONFERENCE CALL WITH MLP AND MAUI NET | 0.50 |
| 11/30/05 | R. TJIOE: EMAILS WITH MIWA REGARDING CONFERENCE CALL | 0.30 |
| 11/30/05 | R. TJIOE: CONF. WITH SPAREP REGARDING CONFERENCE CALL | 0.30 |
| 11/30/05 | R. TJIOE: COORDINATE CONFERENCE CALL RE EMAIL FORWARDING | 0.40 |

TOTAL Hours 29.70

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 29.70 | 230.00 | 6,831.00 |

TOTAL Current Fees $6,831.00

G. E. Tax Reimbursement at 4.16%   284.17

Total Current Fees and Tax Reimbursement   $7,115.17

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | FAX CHARGE | 7.80 |
| | LD TELEPHONE CHARGES | 4.68 |
| | POSTAGE & HANDLING | 0.37 |
| | REPRODUCTION OF DOCUMENTS | 13.50 |

TOTAL Current Costs and Disbursements   $26.35

Current Invoice Due   $7,141.52

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
1099 ALAKEA STREET, STE. 1800
HONOLULU, HAWAII 96813
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

**LEGAL BILL AUDIT**

Client   : 25081
Matter   : 99103
Date     : 12/19/05
Invoice  : 316502
Attorney : R. TJIOE

**PAID**

930029

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

JAN 0 4 2006

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

SULLIVAN PROPERTIES INC                                    Date: 12/19/05
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES       Invoice: 316502

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 11/30/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/01/05 | R. TJIOE: REVIEW MLP REPLY MEMO TO MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/04/05 | R. TJIOE: PREP FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 11/06/05 | R. TJIOE: PREPARE FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/07/05 | R. TJIOE: PREPARE FOR HEARING ON MOTION TO ENFORCE SETTLEMENT | 0.50 |
| 11/07/05 | R. TJIOE: PREPARE FOR AND ATTEND HEARING ON MOTION TO ENFORCE SETTLEMENT | 1.00 |
| 11/07/05 | R. TJIOE: CONF WITH CLIENT RE MOTION TO ENFORCE | 0.30 |
| 11/09/05 | R. TJIOE: REVIEW JUDGE FINDINGS RE MOTION TO ENFORCE | 0.50 |
| 11/09/05 | R. TJIOE: DRAFT EMAIL TO CLIENT AND CO COUNSEL RE FINDINGS AND OPTIONS | 0.40 |
| 11/10/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE MOTION TO | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC                          Client: 25081
12/19/05                                         Matter: 99103
Page 2                                           Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ENFORCE | |
| 11/14/05 | R. TJIOE: CALL TO CLIENT RE MAGISTRATE FINDINGS | 0.30 |
| 11/14/05 | R. TJIOE: CALL WITH CLIENT RE MOTION TO ENFORCE | 0.40 |
| 11/14/05 | R. TJIOE: CALL FROM CLIENT RE SEARCH ENGINE RANKING ISSUES | 0.40 |
| 11/14/05 | R. TJIOE: CALL FROM P. SULLIVAN AND STEVE REGARDING SEARCH ENGINE RANKING | 0.30 |
| 11/15/05 | R. TJIOE: EVALUATE MOTION FOR RECONSIDERATION RE MOTION TO ENFORCE SETTLEMENT | 0.40 |
| 11/15/05 | R. TJIOE: CALL FROM C. SUTHERLAND REGARDING SETTLEMENT MATTERS | 0.70 |
| 11/15/05 | R. TJIOE: CALL WITH CLIENT AND J. DORNER REGARDING SETTLEMENT | 0.80 |
| 11/15/05 | R. TJIOE: CALL WITH CLIENT AND WEBSITE CONSULTANT REGARDING SETTLEMENT AGREEMENT | 0.80 |
| 11/15/05 | R. TJIOE: PREP AND SEND SETTLEMENT DOCUMENTS TO M. SULLIVAN | 0.40 |
| 11/15/05 | R. TJIOE: PREP AND SEND SETTLEMENT DOCUMENTS TO SPI WEBSITE CONSULTANT | 0.40 |
| 11/15/05 | R. TJIOE: CALL TO S. FELDT REGARDING SETTLEMENT AGREEMENT AND WEBSITE CONDITIONS FOR USE OF KAPALUA | 0.30 |
| 11/15/05 | R. TJIOE: EMAIL TO C. MIWA REGARDING SETTLEMENT MATTERS | 0.30 |
| 11/16/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM CLIENT RE EMAIL ADDRESSES TO BE FORWARDED | 0.40 |
| 11/16/05 | R. TJIOE: EMAILS FROM CLIENT RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/17/05 | R. TJIOE: REVIEW EMAIL FROM CLIENT RE EMAIL ADDRESSES | 0.30 |
| 11/17/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE EMAIL | 0.50 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 3

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | FORWARDING | |
| 11/18/05 | R. TJIOE: CALLS AND EMAILS TO CLIENT RE EMAIL FORWARDING ISSUE | 0.50 |
| 11/18/05 | R. TJIOE: FOLLOW UP PHONE CONF AND EMAILS WITH CLIENT RE EMAIL FORWARDING | 0.40 |
| 11/18/05 | R. TJIOE: CALL FROM M. SULLIVAN REGARDING SETTLEMENT DOCUMENTS | 0.40 |
| 11/21/05 | R. TJIOE: REVIEW AND RESPOND TO EMAILS FROM C. MIWA REGARDING SETTLEMENT AGREEMENT | 0.50 |
| 11/21/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAILS RE SETTLEMENT AGREEMENT | 0.30 |
| 11/21/05 | R. TJIOE: CALL FROM CLIENT RE EMAIL FORWARDING | 0.40 |
| 11/21/05 | R. TJIOE: REVIEW MAG. CHANG FINDINGS AND EVALUATE OPTIONS RE EMAIL FORWARDING ISSUES | 0.40 |
| 11/22/05 | R. TJIOE: EMAIL TO CLIENT RE EMAIL FORWARDING ISSUE | 0.40 |
| 11/22/05 | R. TJIOE: CALL TO C. MIWA | 0.30 |
| 11/22/05 | R. TJIOE: CALL FROM CLIENT RE EMAIL FORWARDING | 0.30 |
| 11/22/05 | R. TJIOE: CALL TO K. SHIGEMURA RE EMAIL FORWARDING | 0.30 |
| 11/22/05 | R. TJIOE: CALL TO S. MOSES RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/22/05 | R. TJIOE: EMAIL TO MLP COUNSEL RE EMAIL FORWARDING ISSUE | 0.30 |
| 11/22/05 | R. TJIOE: CALL FROM CLIENT | 0.30 |
| 11/23/05 | R. TJIOE: CALL FROM CLIENT RE STATUS OF SETTLEMENT | 0.40 |
| 11/23/05 | R. TJIOE: REVIEW SETTLEMENT AGREEMENT DOCUMENTS | 0.40 |
| 11/25/05 | R. TJIOE: REVIEW LETTER FROM MIWA AND DRAFT RESPONSE TO | 1.80 |

**\*\* Continued on next page \*\***

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: Info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 4

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SAME REGARDING SETTLEMENT ISSUES | |
| 11/28/05 | R. TJIOE: REVISE AND EDIT LETTER TO MIWA AND PREP ENCLOSURES | 1.20 |
| 11/28/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAILS RE STATUS CONFERENCE | 0.50 |
| 11/29/05 | R. TJIOE: REVIEW CLIENT EMAILS REGARDING STATUS CONFERENCE | 0.40 |
| 11/29/05 | R. TJIOE: ATTEND STATUS CONFERENCE AT FEDERAL COURT | 1.30 |
| 11/29/05 | R. TJIOE: WORK ON SETTLEMENT DOCUMENTS AND PREP TRANSMITTAL TO JUDGE CHANG | 0.50 |
| 11/29/05 | R. TJIOE: EMAIL TO CLIENT RE STATUS CONFERENCE | 0.30 |
| 11/29/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE AND EMAIL TO S. MOSES RE SAME | 0.40 |
| 11/29/05 | R. TJIOE: CALL WITH CLIENT RE EMAIL FORWARDING ISSUE | 0.40 |
| 11/29/05 | R. TJIOE: REVIEW EMAIL FROM MIWA | 0.30 |
| 11/29/05 | R. TJIOE: CALLS WITH S. MOSES TO COORDINATE CONFERENCE CALL | 0.50 |
| 11/29/05 | R. TJIOE: DRAFT LETTER TO JUDGE CHANG IN RESPONSE TO MIWA LETTER | 0.40 |
| 11/29/05 | R. TJIOE: FOLLOW UP CALL TO S. MOSES | 0.30 |
| 11/29/05 | R. TJIOE: FINALIZE LETTER TO JUDGE CHANG | 0.30 |
| 11/29/05 | R. TJIOE: EMAIL TO CLIENT RE LETTER FROM MIWA AND CONF CALL MATTERS | 0.40 |
| 11/30/05 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL REGARDING BEACH TOWEL ISSUE | 0.40 |
| 11/30/05 | R. TJIOE: COORDINATE CONFERENCE CALL REGARDING EMAIL FORWARDING ISSUE | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: Info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
12/19/05
Page 5

Client: 25081
Matter: 99103
Invoice: 316502

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/30/05 | R. TJIOE: CALL TO CLIENT RE CONFERENCE CALL WITH MLP AND MAUI NET | 0.50 |
| 11/30/05 | R. TJIOE: EMAILS WITH MIWA REGARDING CONFERENCE CALL | 0.30 |
| 11/30/05 | R. TJIOE: CONF WITH SPI REP REGARDING CONFERENCE CALL | 0.30 |
| 11/30/05 | R. TJIOE: COORDINATE CONFERENCE CALL RE EMAIL FORWARDING | 0.40 |
| | TOTAL Hours | 29.70 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 29.70 | 230.00 | 6,831.00 |

TOTAL Current Fees $6,831.00

G.E. Tax Reimbursement at 4.16% 284.17

Total Current Fees and Tax Reimbursement $7,115.17

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| | FAX CHARGE | 7.80 |
| | LD TELEPHONE CHARGES | 4.68 |
| | POSTAGE & HANDLING | 0.37 |
| | REPRODUCTION OF DOCUMENTS | 13.50 |
| | TOTAL Current Costs and Disbursements | $26.35 |

Current Invoice Due $7,141.52

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

Client  : 25081
Matter  : 99103
Date    : 01/18/06
Invoice : 317146
Re      : R. TJIOE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ   85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment
-----------------------------------------------------------------------

SULLIVAN PROPERTIES INC
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES        Date: 01/18/06
                                                           Invoice: 317146

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 12/31/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/01/05 | R. TJIOE: REVIEW MIWA EMAIL AND DRAFT EMAIL TO CLIENT RE CONFERENCE CALL PROTOCOL AND STRATEGY | 0.50 |
| 12/01/05 | R. TJIOE: CALL WITH CLIENT IN PREP FOR CONFERENCE CALL | 0.50 |
| 12/01/05 | R. TJIOE: PREPARE FOR AND ATTEND PHONE CONFERENCE REGARDING EMAIL FORWARDING ISSUES | 1.00 |
| 12/05/05 | R. TJIOE: REVIEW LETTER AND PROPOSED PROCEDURES REGARDING EMAIL FORWARDING FROM MIWA | 0.50 |
| 12/06/05 | R. TJIOE: EMAILS WITH CLIENT REGARDING MIWA PROPOSAL FOR EMAIL FORWARDING | 0.40 |
| 12/06/05 | R. TJIOE: REVIEW EMAILS FROM P SULLIVAN AND S. MOSES REGARDING MIWA LETTER | 0.40 |
| 12/06/05 | R. TJIOE: CALL WITH S. MOSES REGARDING MIWA LETTER | 0.40 |
| 12/06/05 | R. TJIOE: REVISE AND EDIT DRAFT LETTER TO MAUI NET RE EMAIL FORWARDING, AND DRAFT COVER EMAIL TO MIWA RE SAME | 1.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
01/18/06
Page 2

Client: 25081
Matter: 99103
Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/07/05 | R. TJIOE: CALLS TO CLIENT RE STATUS CONFERENCE | 0.50 |
| 12/07/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM M. LUKE RE EMAIL FORWARDING ISSUE | 0.30 |
| 12/07/05 | R. TJIOE: FINALIZE EMAIL TO MIWA AND CC JUDGE CHANG | 0.40 |
| 12/08/05 | R. TJIOE: CONF WITH CLIENT REGARDING EMAIL FORWARDING ISSUE | 0.40 |
| 12/09/05 | R. TJIOE: EMAIL TO CLIENTS RE FOLLOW UP STATUS CONFERENCE | 0.30 |
| 12/09/05 | R. TJIOE: CONF WITH S. MOSES REGARDING STATUS OF TRANSFER OF DOMAIN NAMES | 0.40 |
| 12/13/05 | R. TJIOE: WORK ON SETTLEMENT MATTERS | 0.50 |
| 12/13/05 | R. TJIOE: DRAFT EMAIL TO MIWA RE EMAIL FORWARDING ISSUE | 0.30 |
| 12/14/05 | R. TJIOE: REVIEW MIWA LETTER AND ATTACHMENTS AND REPORT SAME TO CLIENT | 0.50 |
| 12/14/05 | R. TJIOE: ATTEND STATUS CONFERENCE AT FEDERAL COURT | 1.00 |
| 12/14/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE AND MIWA'S PROPOSED CHANGES TO LETTER TO MAUI NET | 0.30 |
| 12/14/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE RESULTS | 0.40 |
| 12/14/05 | R. TJIOE: CALL TO MIWA REGARDING TYPO IN CHECK | 0.30 |
| 12/14/05 | R. TJIOE: CALL TO SHIMAZU REGARDING ENDORSEMENT OF CHECK | 0.30 |
| 12/15/05 | R. TJIOE: REVIEW MIWA EMAILS AND LETTERS RE EMAIL FORWARDING | 0.80 |
| 12/15/05 | R. TJIOE: EMAIL TO CLIENT REGARDING MIWA PROPOSALS | 0.40 |
| 12/15/05 | R. TJIOE: CALL TO S. MOSES REGARDING TRANSFER OF DOMAIN NAME MATTERS | 0.30 |
| 12/19/05 | R. TJIOE: EMAIL TO CLIENT REGARDING SETTLEMENT MATTERS | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
01/18/06
Page 3

Client: 25081
Matter: 99103
Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/19/05 | R. TJIOE: REVIEW LETTER RE EMAIL FORWARDING AND EMAIL FROM S. MOSES | 0.50 |
| 12/19/05 | R. TJIOE: DRAFT EMAIL TO MIWA RE EMAIL FORWARDING AUTHORIZATION | 0.30 |
| 12/21/05 | R. TJIOE: CONFERENCE WITH CLIENT RE DOMAIN NAME TRANSFER. | 0.40 |
| 12/21/05 | R. TJIOE: EMAILS WITH CLIENT AND MIWA RE DOMAIN NAME TRANSFER. | 0.40 |
| 12/21/05 | R. TJIOE: REVIEW E-MAILS FROM CLIENT RE E-MAIL FORWARDING. | 0.30 |
| 12/22/05 | R. TJIOE: CALL FROM S. MOSES | 0.30 |
| 12/23/05 | R. TJIOE: CALL TO P. SULLIVAN | 0.30 |
| 12/23/05 | R. TJIOE: REVIEW ADVERTISEMENT RE KAPALUA FROM CLIENT FOR COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.30 |
| 12/27/05 | R. TJIOE: EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.30 |
| 12/27/05 | R. TJIOE: REVIEW LETTER FROM MIWA AND FORWARD SAME TO CLIENT | 0.40 |
| 12/27/05 | R. TJIOE: CALL FROM S. MOSES AND DRAFT EMAIL FOLLOW UP TO MIWA | 0.50 |
| 12/28/05 | R. TJIOE: EMAIL TO GOLF GETAWAYS RE KAPALUA SETTLEMENT | 0.30 |
| 12/29/05 | R. TJIOE: CALL TO S. MOSES RE CORRECTIONS TO WEBSITE | 0.30 |
| 12/29/05 | R. TJIOE: CALL FROM S. MOSES | 0.20 |
| 12/29/05 | R. TJIOE: CONF WITH CLIENT RE COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.40 |
| 12/29/05 | R. TJIOE: EMAIL TO MIWA RE SETTLEMENT CHECK | 0.30 |
| 12/29/05 | R. TJIOE: REVIEW EMAIL FROM MOSES RE EMAIL FORWARDING ISSUE | 0.30 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL

### A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
01/18/06
Page 4

Client: 25081
Matter: 99103
Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/30/05 | R. TJIOE: REVIEW EMAIL FROM C. MIWA RE WEBSITE CHANGES AND FOLLOW UP EMAIL TO CLIENT RE SAME | 0.40 |
| 12/30/05 | R. TJIOE: REVIEW MOSES EMAIL RE WEBSITE CORRECTIONS | 0.30 |
| | TOTAL Hours | 19.10 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 19.10 | 230.00 | 4,393.00 |

TOTAL Current Fees  $4,393.00

G. E. Tax Reimbursement at 4.16%  182.75

Total Current Fees and Tax Reimbursement  $4,575.75

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 12/17/05 | COURIER SERVICES — DHL EXPRESS — INVOICE NO. 0022193529 (8112395804) DATED 12/17/05 - DELIVERY TO SULLIVAN PROPERTIES INC. / LAHAINA, HI ON 12/14/05. | 10.66 |
| | LD TELEPHONE CHARGES | 2.76 |
| | REPRODUCTION OF DOCUMENTS | 0.60 |
| | TOTAL Current Costs and Disbursements | $14.02 |

Current Invoice Due  $4,589.77

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

HONOLULU OFFICE
TELEPHONE
FACSIMILE
HONOLULU, HAWAII
TELEPHONE (808) 547-5600

Client   : 25081
Matter   : 99103
Date     : 01/18/06
Invoice  : 317146
Attorney : R. TJIOE

**PAID**

JAN 25 2006

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

CLAIM
930029

Return this portion with your payment
---------------------------------------------------------------------------------

SULLIVAN PROPERTIES INC                             Date: 01/18/06
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES  Invoice: 317146

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 12/31/05

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/01/05 | R. TJIOE: REVIEW MIWA EMAIL AND DRAFT EMAIL TO CLIENT RE CONFERENCE CALL PROTOCOL AND STRATEGY | 0.50 |
| 12/01/05 | R. TJIOE: CALL WITH CLIENT IN PREP FOR CONFERENCE CALL | 0.50 |
| 12/01/05 | R. TJIOE: PREPARE FOR AND ATTEND PHONE CONFERENCE REGARDING EMAIL FORWARDING ISSUES | 1.00 |
| 12/05/05 | R. TJIOE: REVIEW LETTER AND PROPOSED PROCEDURES REGARDING EMAIL FORWARDING FROM MIWA | 0.50 |
| 12/06/05 | R. TJIOE: EMAILS WITH CLIENT REGARDING MIWA PROPOSAL FOR EMAIL FORWARDING | 0.40 |
| 12/06/05 | R. TJIOE: REVIEW EMAILS FROM P SULLIVAN AND S. MOSES REGARDING MIWA LETTER | 0.40 |
| 12/06/05 | R. TJIOE: CALL WITH S. MOSES REGARDING MIWA LETTER | 0.40 |
| 12/06/05 | R. TJIOE: REVISE AND EDIT DRAFT LETTER TO MAUI NET RE EMAIL FORWARDING, AND DRAFT COVER EMAIL TO MIWA RE SAME | 1.20 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

# GOODSILL ANDERSON QUINN & STIFEL
## A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5800

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
01/18/06
Page 2

Client: 25081
Matter: 99103
Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/07/05 | R. TJIOE: CALLS TO CLIENT RE STATUS CONFERENCE | 0.50 |
| 12/07/05 | R. TJIOE: REVIEW AND RESPOND TO EMAIL FROM M. LUKE RE EMAIL FORWARDING ISSUE | 0.30 |
| 12/07/05 | R. TJIOE: FINALIZE EMAIL TO MIWA AND CC JUDGE CHANG | 0.40 |
| 12/08/05 | R. TJIOE: CONF WITH CLIENT REGARDING EMAIL FORWARDING ISSUE | 0.40 |
| 12/09/05 | R. TJIOE: EMAIL TO CLIENTS RE FOLLOW UP STATUS CONFERENCE | 0.30 |
| 12/09/05 | R. TJIOE: CONF WITH S. MOSES REGARDING STATUS OF TRANSFER OF DOMAIN NAMES | 0.40 |
| 12/13/05 | R. TJIOE: WORK ON SETTLEMENT MATTERS | 0.50 |
| 12/13/05 | R. TJIOE: DRAFT EMAIL TO MIWA RE EMAIL FORWARDING ISSUE | 0.30 |
| 12/14/05 | R. TJIOE: REVIEW MIWA LETTER AND ATTACHMENTS AND REPORT SAME TO CLIENT | 0.50 |
| 12/14/05 | R. TJIOE: ATTEND STATUS CONFERENCE AT FEDERAL COURT | 1.00 |
| 12/14/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE AND MIWA'S PROPOSED CHANGES TO LETTER TO MAUI NET | 0.30 |
| 12/14/05 | R. TJIOE: CALL TO CLIENT RE STATUS CONFERENCE RESULTS | 0.40 |
| 12/14/05 | R. TJIOE: CALL TO MIWA REGARDING TYPO IN CHECK | 0.30 |
| 12/14/05 | R. TJIOE: CALL TO SHIMAZU REGARDING ENDORSEMENT OF CHECK | 0.30 |
| 12/15/05 | R. TJIOE: REVIEW MIWA EMAILS AND LETTERS RE EMAIL FORWARDING | 0.80 |
| 12/15/05 | R. TJIOE: EMAIL TO CLIENT REGARDING MIWA PROPOSALS | 0.40 |
| 12/15/05 | R. TJIOE: CALL TO S. MOSES REGARDING TRANSFER OF DOMAIN NAME MATTERS | 0.30 |
| 12/19/05 | R. TJIOE: EMAIL TO CLIENT REGARDING SETTLEMENT MATTERS | 0.30 |

** Continued on next page **

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC                         Client: 25081
01/18/06                                        Matter: 99103
Page 3                                          Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/19/05 | R. TJIOE: REVIEW LETTER RE EMAIL FORWARDING AND EMAIL FROM S. MOSES | 0.50 |
| 12/19/05 | R. TJIOE: DRAFT EMAIL TO MIWA RE EMAIL FORWARDING AUTHORIZATION | 0.30 |
| 12/21/05 | R. TJIOE: CONFERENCE WITH CLIENT RE DOMAIN NAME TRANSFER | 0.40 |
| 12/21/05 | R. TJIOE: EMAILS WITH CLIENT AND MIWA RE DOMAIN NAME TRANSFER. | 0.40 |
| 12/21/05 | R. TJIOE: REVIEW E-MAILS FROM CLIENT RE E-MAIL FORWARDING. | 0.30 |
| 12/22/05 | R. TJIOE: CALL FROM S. MOSES | 0.30 |
| 12/23/05 | R. TJIOE: CALL TO P. SULLIVAN | 0.30 |
| 12/23/05 | R. TJIOE: REVIEW ADVERTISEMENT RE KAPALUA FROM CLIENT FOR COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.30 |
| 12/27/05 | R. TJIOE: EMAIL FROM CLIENT RE SETTLEMENT MATTERS | 0.30 |
| 12/27/05 | R. TJIOE: REVIEW LETTER FROM MIWA AND FORWARD SAME TO CLIENT | 0.40 |
| 12/27/05 | R. TJIOE: CALL FROM S. MOSES AND DRAFT EMAIL FOLLOW UP TO MIWA | 0.50 |
| 12/28/05 | R. TJIOE: EMAIL TO GOLF GETAWAYS RE KAPALUA SETTLEMENT | 0.30 |
| 12/29/05 | R. TJIOE: CALL TO S. MOSES RE CORRECTIONS TO WEBSITE | 0.30 |
| 12/29/05 | R. TJIOE: CALL FROM S. MOSES | 0.20 |
| 12/29/05 | R. TJIOE: CONF WITH CLIENT RE COMPLIANCE WITH SETTLEMENT AGREEMENT | 0.40 |
| 12/29/05 | R. TJIOE: EMAIL TO MIWA RE SETTLEMENT CHECK | 0.30 |
| 12/29/05 | R. TJIOE: REVIEW EMAIL FROM MOSES RE EMAIL FORWARDING ISSUE | 0.30 |

** Continued on next page **

To insure proper credit, please note case or Invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
01/18/06
Page 4

Client: 25081
Matter: 99103
Invoice: 317146

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/30/05 | R. TJIOE: REVIEW EMAIL FROM C. MIWA RE WEBSITE CHANGES AND FOLLOW UP EMAIL TO CLIENT RE SAME | 0.40 |
| 12/30/05 | R. TJIOE: REVIEW MOSES EMAIL RE WEBSITE CORRECTIONS | 0.30 |
| | TOTAL Hours | 19.10 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 19.10 | 230.00 | 4,393.00 |

TOTAL Current Fees    $4,393.00

G.E. Tax Reimbursement at 4.16%    182.75

Total Current Fees and Tax Reimbursement    $4,575.75

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 12/17/05 | COURIER SERVICES – DHL EXPRESS – INVOICE NO. 0022193529 (8112395804) DATED 12/17/05 – DELIVERY TO SULLIVAN PROPERTIES INC. / LAHAINA, HI ON 12/14/05. | 10.66 |
| | LD TELEPHONE CHARGES | 2.76 |
| | REPRODUCTION OF DOCUMENTS | 0.60 |
| | TOTAL Current Costs and Disbursements | $14.02 |

Current Invoice Due    $4,589.77

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

## GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

1

Attorney: R. TJIOE
Client: 25081 Case: 99103

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY     FEB 17 2006       930029
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attn: MS. SUSAN C. COLTRARA

Reminder Statement                              As of February 8, 2006

---

Invoice no    Date    Type    Reference    ........ Amount    .... Amount due

Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES

    Contact   : MS. SUSAN C. COLTRARA
    Civil #   : CV 04-00358 HG BMK

| 306752 | 11/09/04 | BF | Rembal | 5,442.45 | 5,442.45 |
| 309640 | 03/09/05 | BF | Original | 1,225.28 | 1,225.28 |
| 316502 | 12/19/05 | BF | Original | 7,141.52 PD 2/14/06 | 7,141.52 |
| 317146 | 01/18/06 | BF | Original PD 2/14/06 | 4,589.77 CK # | 4,589.77 |

CK # 1917531

We do not pay late charges

Case balance due...                     19,354.82
                                         - 955.80
                                         18399.02


PAST DUE
please remit

---

..... Current ..... Over.30 ..... Over.60 ..... Over.90 ... Over.120 ..... Total.due
  4,589.77    7,141.52                                  7,623.53    19,354.82
---

PLEASE DISREGARD IF PAYMENT
HAS BEEN MADE.

Types: AA-client advance applied   BF-balance forward        CR-cash receipt
       AD-adjustment      CH-charges        WO-writeoffs    LC-Late Charge

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

PLEASE DETACH AND RETURN this portion of the
REMITTANCE ADVICE with your payment

Thank You!

Please forward future statements
to new address listed below

ADDRESS

_____

CITY                    STATE      ZIP CODE

_____

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

P.O. Box 3196

Honolulu, Hawaii 96801

GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

**PAID**

*Legal Audit*

*93002 9-186*

D. Adamo

**FEB 2 8 2006**

Received

```
Client   : 25081
Matter   : 99103
Date     : 02/15/06
Invoice  : 317868
Attorney : R. TJIOE
```

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P. O. BOX 4120
SCOTTSDALE, AZ 85261-4120

Attention: MS. SUSAN C. COLTRARA

Return this portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SULLIVAN PROPERTIES INC                          Date: 02/15/06
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES   Invoice: 317868

Coordinator  : MS. SUSAN C. COLTRARA
Court Number : CV 04-00358 HG BMK

For Professional Services Rendered and Costs Advanced through 01/31/06

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 01/03/06 | R. TJIOE: EMAIL FROM CLIENT RE WEBSITE TRANSFER ISSUES | 0.30 |
| 01/03/06 | R. TJIOE: REVIEW MOSES EMAIL AND DRAFT EMAIL TO MIWA RE ERRORS IN EMAIL FORWARDING | 0.40 |
| 01/04/06 | R. TJIOE: REVIEW MIWA EMAIL AND FORWARD SAME TO CLIENT | 0.40 |
| 01/05/06 | R. TJIOE: REVIEW SPI NOTICE OF SALE OF DOMAIN NAME | 0.30 |
| 01/06/06 | R. TJIOE: EMAIL TO SPI RE EMAIL FORWARDING CLEAN UP ISSUES | 0.30 |
| 01/10/06 | R. TJIOE: DRAFT EMAIL TO S. MOSES RE WEBSITE CORRECTIONS | 0.30 |
| 01/10/06 | R. TJIOE: CALL FROM S. MOSES | 0.40 |
| 01/10/06 | R. TJIOE: EMAIL TO MIWA RE SETTLEMENT MATTERS | 0.30 |
| 01/11/06 | R. TJIOE: REVIEW EMAILS FROM MIWA RE WEBSITE CORRECTIONS AND EMAIL FORWARDING | 0.50 |
| 01/13/06 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE WEBSITE CORRECTIONS | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3:96
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
02/15/06
Page 2

Client: 25081
Matter: 99103
Invoice: 317868

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 01/13/06 | R. TJIOE: EMAIL FROM S. MOSES | 0.30 |
| 01/13/06 | R. TJIOE: EMAIL FROM CLIENT RE WEBSITE CHANGES | 0.30 |
| 01/13/06 | R. TJIOE: DRAFT EMAIL TO MIWA RE ERROR IN EMAIL FORWARDING MESSAGES | 0.40 |
| 01/13/06 | R. TJIOE: REVIEW RESPONSE FROM MIWA AND MAUI NET RE EMAIL FORWARDING ISSUES | 0.30 |
| 01/16/06 | R. TJIOE: CALL FROM S. MOSES RE EMAIL FORWARDING ISSUES | 0.30 |
| 01/17/06 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE SETTLEMENT DETAILS | 0.40 |
| 01/17/06 | R. TJIOE: CALL TO S. MOSES RE EMAIL FORWARDING AND WEBSITE CORRECTIONS | 0.40 |
| 01/26/06 | R. TJIOE: FOLLOW UP WITH CLIENT AND MIWA RE WEBSITE CORRECTIONS AND FINAL SETTLEMENT CHECK | 0.40 |
| 01/30/06 | R. TJIOE: REVIEW MIWA LETTER RE CONTINUING INFRINGEMENTS | 0.40 |
| 01/30/06 | R. TJIOE: FOLLOW UP WITH CLIENT RE MIWA LETTER | 0.40 |
| 01/30/06 | R. TJIOE: REVIEW EMAILS FROM SPI AND DRAFT FOLLOW UP EMAIL TO MIWA | 0.40 |

TOTAL Hours 7.60

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 7.60 | 230.00 | 1,748.00 |

TOTAL Current Fees $1,748.00

G.E. Tax Reimbursement at 4.16% 72.72

Total Current Fees and Tax Reimbursement $1,820.72

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 1'96
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC                           Client: 25081
02/15/06                                          Matter: 99103
Page 3                                            Invoice: 317868

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 01/06/06 | – PACER SERVICE CENTER – INVOICE DATED: 1/6/06 – PUBLIC ACCESS TO COURT ELECTRONIC RECORDS. | 1.28 |
| | LD TELEPHONE CHARGES | 2.16 |
| | REPRODUCTION OF DOCUMENTS | 0.80 |
| | TOTAL Current Costs and Disbursements | $4.24 |

Current Invoice Due       $1,824.96

All invoices are due upon receipt. A late payment charge of 1%
per month will be assessed on balances unpaid 30 days from the
invoice date.

A LIMITED LIABILITY LAW PARTNERSHIP LLP

ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

```
Client    25081
Matter    99103
Date      02/15/06
Invoice:  317868
Attorney: R. TJIOE
```

# DUPLICATE

SULLIVAN PROPERTIES INC
C/O SCOTTSDALE INSURANCE COMPANY
P.O. BOX 4120
SCOTTSDALE, AZ  85261-4120

Attention: MS. SUSAN C. COLTRARA

---

Return this portion with your payment

------------------------------------- duplicate -------------------------------------

SULLIVAN PROPERTIES INC
Re: MAUI LAND & PINEAPPLE CO VS. SULLIVAN PROPERTIES

Date: 02/15/06
Invoice: 317868

Coordinator   : MS. SUSAN C. COLTRARA
Court Number  : CV 04-00359 HG BMK

For Professional Services Rendered and Costs Advanced through 01/31/06

| Date | Professional Services | Hours |
|---|---|---|
| 01/03/06 | R. TJIOE: EMAIL FROM CLIENT RE WEBSITE TRANSFER ISSUES | 0.30 |
| 01/03/06 | R. TJIOE: REVIEW MOSES EMAIL AND DRAFT EMAIL TO MIWA RE ERRORS IN EMAIL FORWARDING | 0.40 |
| 01/04/06 | R. TJIOE: REVIEW MIWA EMAIL AND FORWARD SAME TO CLIENT | 0.40 |
| 01/05/06 | R. TJIOE: REVIEW SPI NOTICE OF SALE OF DOMAIN NAME | 0.30 |
| 01/06/06 | R. TJIOE: EMAIL TO SPI RE EMAIL FORWARDING CLEAN UP ISSUES | 0.30 |
| 01/10/06 | R. TJIOE: DRAFT EMAIL TO S. MOSES RE WEBSITE CORRECTIONS | 0.30 |
| 01/10/06 | R. TJIOE: CALL FROM S. MOSES | 0.40 |
| 01/10/06 | R. TJIOE: EMAIL TO MIWA RE SETTLEMENT MATTERS | 0.30 |
| 01/11/06 | R. TJIOE: REVIEW EMAILS FROM MIWA RE WEBSITE CORRECTIONS AND EMAIL FORWARDING | 0.50 |
| 01/13/06 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE WEBSITE CORRECTIONS | 0.40 |

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

**GOODSILL ANDERSON QUINN & STIFEL**

A LIMITED LIABILITY LAW PARTNERSHIP LLP

1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

FED. TAX I.D. NO. 99-0067157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
02/15/06
Page 2

Client: 25081
Matter: 99103
Invoice: 317868

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 01/13/06 | R. TJIOE: EMAIL FROM S. MOSES | 0.30 |
| 01/13/06 | R. TJIOE: EMAIL FROM CLIENT RE WEBSITE CHANGES | 0.30 |
| 01/13/06 | R. TJIOE: DRAFT EMAIL TO MIWA RE ERROR IN EMAIL FORWARDING MESSAGES | 0.40 |
| 01/13/06 | R. TJIOE: REVIEW RESPONSE FROM MIWA AND MAUI NET RE EMAIL FORWARDING ISSUES | 0.30 |
| 01/16/06 | R. TJIOE: CALL FROM S. MOSES RE EMAIL FORWARDING ISSUES | 0.30 |
| 01/17/06 | R. TJIOE: REVIEW AND RESPOND TO CLIENT EMAIL RE SETTLEMENT DETAILS | 0.40 |
| 01/17/06 | R. TJIOE: CALL TO S. MOSES RE EMAIL FORWARDING AND WEBSITE CORRECTIONS | 0.40 |
| 01/26/06 | R. TJIOE: FOLLOW UP WITH CLIENT AND MIWA RE WEBSITE CORRECTIONS AND FINAL SETTLEMENT CHECK | 0.40 |
| 01/30/06 | R. TJIOE: REVIEW MIWA LETTER RE CONTINUING INFRINGEMENTS | 0.40 |
| 01/30/06 | R. TJIOE: FOLLOW UP WITH CLIENT RE MIWA LETTER | 0.40 |
| 01/30/06 | R. TJIOE: REVIEW EMAILS FROM SPI AND DRAFT FOLLOW UP EMAIL TO MIWA | 0.40 |

TOTAL Hours          7.60

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| R. TJIOE | 7.60 | 230.00 | 1,748.00 |

TOTAL Current Fees          $1,748.00

G.E. Tax Reimbursement at 4.16%          72.72

Total Current Fees and Tax Reimbursement          $1,820.72

** Continued on next page **

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

HONOLULU OFFICE
ALII PLACE
P.O. BOX 3196
HONOLULU, HAWAII 96801
TELEPHONE (808) 547-5600

# GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
1099 ALAKEA STREET, STE. 1800
ALII PLACE
HONOLULU, HAWAII 96813

FED. TAX I.D. NO. 99-0087157
TELECOPIER (808) 547-5880
INTERNET: info@goodsill.com
www.goodsill.com

SULLIVAN PROPERTIES INC
02/15/06
Page 3

Client: 25081
Matter: 99103
Invoice: 317868

| Date | Costs and Disbursements | Amount |
|------|------------------------|--------|
| 01/06/06 | – PACER SERVICE CENTER – INVOICE DATED: 1/6/06 – PUBLIC ACCESS TO COURT ELECTRONIC RECORDS. | 1.28 |
| | LD TELEPHONE CHARGES | 2.16 |
| | REPRODUCTION OF DOCUMENTS | 0.80 |
| | TOTAL Current Costs and Disbursements | $4.24 |

Current Invoice Due    $1,824.96

All invoices are due upon receipt. A late payment charge of 1% per month will be assessed on balances unpaid 30 days from the invoice date.

To insure proper credit, please note case or invoice number on your check.
MAKE CHECK PAYABLE TO: GOODSILL ANDERSON QUINN & STIFEL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

Forwarding and Address Correction Requested

B3261+9120-20

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
P.O. BOX 3196
HONOLULU, HAWAII 96801

ATTN: ACCOUNTING

SuSan
Coltrare

02 1A
000434981.9
MAILED FROM ZIP CODE 96813
UNITED STATES POSTAGE
$ 00.63⁰
FEB 16 2006
PITNEY BOWES

PLACE
STAMP
HERE