**EXHIBIT "D"**

Yamamura & Shimazu, Attorneys at Law
A Law Corporation
220 South King Street, Suite 1770
Honolulu, HI 96813
ph: (808)523-6969 fax: (808)599-5580
Federal ID 99-0343160

K. Kamleiter
AUG 25 2004
Received

Page: 1
August 17, 2004
Account No: 2004134-0F
Invoice No: 2635

Scottsdale Insurance Company
P.O. Box 4110
Scottsdale AZ 85258

Attn: Susan Coltrara

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186. DOL:

Fees

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/27/2004 | PTY | L210 | A106 | Telephone conference with Emily Porter regarding Answer to Complaint. | 125.00 | 0.10 | 12.50 |
| | PTY | L140 | A104 | Review Federal Court records. | 125.00 | 0.80 | 100.00 |
| | PTY | L210 | A107 | Letter to Colin Miwa, Esq. confirming an extension to answer the complaint now due by July 30th. | 125.00 | 0.30 | 37.50 |
| 07/28/2004 | WDS | L210 | A104 | Review Complaint. | 125.00 | 0.50 | 62.50 |
| | WDS | L210 | A102 | Research regarding updated case law and statues regarding trademark infringement and cybersquatting. R | 125.00 | 1.30 | 162.50 |
| 07/29/2004 | WDS | L210 | A102 | Research regarding internet websites maintained by Clients as described in Complaint. R | PARALEGAL FUNCTION ~~125.00~~ @65.00 | 0.30 =19.50 | ~~37.50~~ -18.00 |
| | WDS | L210 | A102 | Research regarding registration of internet websites maintained by Clients as described in Complaint. R | 125.00 | 0.30 =19.50 | ~~37.50~~ -18.00 |
| 07/30/2004 | PTY | L210 | A104 | Review pleadings. | 125.00 | 0.50 | 62.50 |
| | PTY | L210 | A103 | Draft Answer to Complaint and Demand for Jury Trial. | 125.00 | 2.50 | 312.50 |
| | PTY | L210 | A108 | Letter to Susan Coltrara acknowledging receipt of the file and enclosing a copy of the Answer to Complaint for Injunctive and Declaratory Relief. EXCESSIVE REVIEW TIME | 125.00 | ~~0.50~~ ok .10 | ~~62.50~~ -50.00 |
| | PTY | L140 | A106 | Client letter to Robert Sullivan advising that the matter has been referred to our firm on his behalf and to comply with the instructions given. | 125.00 | 0.50 | 62.50 |
| | WDS | L210 | A102 | Research regarding affirmative defenses to trademark infringement claims. R | 125.00 | 1.00 | 125.00 |
| | WDS | L210 | A103 | Draft memo to file regarding affirmative defenses to trademark infringement claims to be asserted in answer to complaint. | 125.00 | 0.50 | 62.50 |
| | WDS | L210 | A102 | Research regarding current authorities regarding trademark infringement claims and defenses. R | 125.00 | 0.50 | 62.50 |
| | WDS | L210 | A102 | Research regarding registration information for Kapalua.com and Kapalua.net trade names. | 125.00 | 0.80 | 100.00 |
| | WDS | L230 | A103 | Revise scheduling conference statement. | 125.00 | 0.30 | 37.50 |

Scottsdale Insurance Company

August 17, 2004
Account No: 2004134-0F
Invoice No: 2635

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| | Rate | Hours | |
|---|---|---|---|
| Total Fees | | 10.70 | 1,337.50 |

Recapitulation

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Paul T. Yamamura | 5.20 | $125.00 | $650.00 |
| Wesley D. Shimazu | 5.50 | 125.00 | 687.50 |

| | |
|---|---|
| Hawaii General Excise Tax on Fees | 55.72 |
| Total Fees and Expenses | 1,393.22 |
| Balance Due | $1,393.22 |

Task Code Recapitulation

| | Fees | Expenses |
|---|---|---|
| L140 Document/File Management | 162.50 | 0.00 |
| L100 Case Assessment, Development and Administration | 162.50 | 0.00 |
| L210 Pleadings | 1137.50 | 0.00 |
| L230 Court Mandated Conferences | 37.50 | 0.00 |
| L200 Pre-Trial Pleadings and Motions | 1,175.00 | 0.00 |

Please Remit $1,393.22

$1303.63

Amy Malzahn
OK Pay
SEP 02 2004
Legal Audit

Payment(s) posted through the last day of the prior month.

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION
SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

August 2, 2004

Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

AUG 06 2004

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

This is to acknowledge receipt of the above referenced file together with a copy of the Complaint for Injunctive and Declaratory Relief. Please find enclosed the Answer to Complaint for Injunctive and Declaratory Relief, Demand for Jury Trial filed on behalf of your insured. We have been working closely with counsel for Sullivan Properties and have tailored our response accordingly.

In addition, we acknowledge your directives to copy Mr. Alan Yuter on all further reports and are so doing. Please also note that we have informed Mr. Sullivan of our representation in this matter. In the interim, thank you for sending this matter for our handling and attention.

Very truly yours,

billed .50
pd .10

Paul T. Yamamura

PTY:rt
Enclosure
cc: Alan Yuter, Selman Breitman (w/encl.)

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION

SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

Page 2 of 3 Received on 9/1/2004 2:37:48 PM [US Mountain Standard Time]

September 1, 2004

***Via Facsimile No. (480) 483-6752***
Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

Please be advised that on August 30, 2004, we attended a Status Conference with respect to the above referenced matter. It was agreed by counsel for Plaintiff and Sullivan Properties that they would file a Motion for Summary Judgment and consider mediation prior to the hearing on their Motions. As such, the Court has set the following deadlines. Deadline to file Motion for Summary Judgment and Cross-Motions for Summary Judgment is November 1, 2004. Hearing on the Motions will be before Judge Gillmor on January 18, 2005. A Further Scheduling Conference is before Magistrate Kurren on February 28, 2005 if the case does not settle.

Page 3 of 3 Received on 9/1/2004 2:37:48 PM [US Mountain Standard Time]

Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
September 1, 2004
Page 2

There was apparently a prior arbitration which did not succeed. The issue of purchasing the Kapalua.com domain name was not seriously discussed at the arbitration but may be a means of settling the dispute. In either event, we will keep you further appraised as this matter.

Very truly yours,

Paul T. Yamamura

PTY:rt

cc: Alan Yuter, Selman Breitman

billed .50
paid .20

Page 2 of 2 Received on 10/26/2004 3:54:59 PM [US Mountain Standard Time]

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION

SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

October 26, 2004

***Via Facsimile No. (480) 483-6752***
Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

Please be advised that on October 22, 2004, we attended a Further Status Conference with respect to the above referenced matter. The parties are to meet and confer over production of documents and the mediation schedule. The Magistrate has ordered that mediation be held between January 10, 2005 and February 28, 2005. Dispositive Motions deadline continued to January 10, 2005.

Motion for Summary Judgment is now set for March 7, 2005 at 9:00 a.m. A Status Conference on remaining issues and Rule 16 Scheduling Conference has been continued to April 11, 2005 at 9:30 a.m.

We will continue to report to you as this matter progresses.

Very truly yours,

Paul T. Yamamura

billed .50
paid .20

PTY:rt



SCOTTSDALE INSURANCE COMPANY®




09/02/04

Yamamura & Shimazu

| INSURED: | YOUR FILE: |
|---|---|
| OUR FILE: 930029-186 | SERVICE INVOICE: 2635 |

Dear Counsel:

I have reviewed your service invoice. Certain reductions were made in accordance with our guidelines:

| REDUCTION CATEGORY | REDUCTION AMOUNT |
|---|---|
| PARALEGAL REDUCTION | 36.00 |
| EXCESSIVE REVIEW TIME | 50.00 |
| | |
| | |
| | |
| | |
| HI TAX | |
| TOTAL | 3.59 |

| | |
|---|---|
| TOTAL AMOUNT OF SERVICE INVOICE | 1393.22 |
| LESS REDUCTIONS | 89.59 |
| BALANCE PAYABLE | 1303.63 |

Very truly yours,

Amy Malzahn

Amy Malzahn
Legal Audit Department
480-365-2596
Fax 480-905-0212

RECEIVED
SEP 03 2004
CHECK PROC

Yamamura & Shimazu, Attorneys at Law
A Law Corporation
220 South King Street, Suite 1770
Honolulu, HI 96813
ph: (808)523-6969 fax: (808)599-5580
Federal ID 99-0343160

Page: 1
November 22, 2004
Account No: 2004134-0F
Invoice No: 2745

Scottsdale Insurance Company
P.O. Box 4110
Scottsdale AZ 85258

Attn: Susan Coltrara

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

Fees

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 08/02/2004 | WDS | L210 | A102 | Further research regarding federal tradmark statutes to evaluate Plaintiffs' claims. | 125.00 | 1.00 | 125.00 |
| | WDS | L190 | A103 | Draft litigation plan. | 125.00 | 1.00 | 125.00 |
| 08/04/2004 | WDS | L190 | A103 | Revise litigation plan. | 125.00 | 0.30 | 37.50 |
| | WDS | L310 | A106 | Draft letter to Client regarding initial disclosures required by Federal Court. | 125.00 | 0.30 | 37.50 |
| 08/06/2004 | WDS | L230 | A103 | Revise scheduling conference statement. | 125.00 | 0.30 | 37.50 |
| 08/09/2004 | WDS | L230 | A103 | Finalize scheduling conference statement. | 125.00 | 0.50 | 62.50 |
| 08/27/2004 | WDS | L190 | A103 | Revise litigation plan. | 125.00 | 0.30 | 37.50 |
| 08/29/2004 | WDS | L190 | A103 | Continue revision of litigation plan. | 125.00 | 0.30 | 37.50 |
| 08/30/2004 | WDS | L230 | A109 | Attend scheduling conference at Court. | 125.00 | 1.00 | 125.00 |
| 08/31/2004 | PTY | L230 | A108 | Report letter to Susan Coltrara advising of our attendance at the Status Conference in this matter and providing dates to various deadlines. | ok .20 EXCESSIVE REVIEW TIME 125.00 | -.30 0.50 | -37.50 ~~62.50~~ |
| | PTY | L230 | A104 | Review status conference statements. | 125.00 | 0.30 | 37.50 |
| 09/01/2004 | WDS | L190 | A103 | Revise and finalize Litigation Plan. | 125.00 | 0.50 | 62.50 |
| 09/17/2004 | WDS | L320 | A106 | Draft letter to Client regarding Plaintiff's requests for production of documents. | 125.00 | 0.30 | 37.50 |
| 10/06/2004 | PTY | L310 | A106 | Draft e-mail to Client reminding him of need to respond to Plaintiff's discovery requests. | 125.00 | 0.20 | 25.00 |
| 10/20/2004 | WDS | L320 | A108 | Telephone call from Emily Reber Porter regarding responses to Maui Land's requests for documents. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A106 | Telephone call to Client regarding Maui Land's requests for documents. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A108 | Telephone call to Emily Reber Porter regarding Mr. Sullivan's transmittal of | | | |

Scottsdale Insurance Company

November 22, 2004
Account No: 2004134-0F
Invoice No: 2745

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | responsive documents to Sullivan Properties. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A103 | Draft responses to Maui Land's requests for documents. | 125.00 | 1.00 | 125.00 |
| 10/22/2004 | WDS | L240 | A109 | Attend status conference to set new deadlines to file dispositive motions. | 125.00 | 1.00 | 125.00 |
| 10/26/2004 | PTY | L210 | A104 | Review Order. | 125.00 | 0.20 | 25.00 |
| | PTY | L210 | A104 | Review Complaint. | 125.00 | 0.10 | 12.50 |
| | PTY | L230 | A108 | Report letter to Susan Coltrara advising of our attendance at the further status conference, providing dates for the mediation and various motions. | 125.00 | 0.50 | 62.50 |
| | | | | Total Fees | | 10.20 | 1,275.00 |

EXCESSIVE REVIEW TIME
ok .20 -.30 = (-37.50)

Recapitulation

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Paul T. Yamamura | 1.80 | $125.00 | $225.00 |
| Wesley D. Shimazu | 8.40 | 125.00 | 1,050.00 |

| | |
|---|---|
| Hawaii General Excise Tax on Fees | 53.12 |
| Previous Balance | $1,393.22 |
| Total Fees and Expenses | 1,328.12 |

Payments

| | | |
|---|---|---|
| 09/23/2004 | Payment, check no. 1816870 | -1,303.63 |
| | Balance Due | $1,417.71 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,328.12 | 0.00 | 0.00 | 89.59 | 0.00 | 0.00 |

Task Code Recapitulation

| | Fees | Expenses |
|---|---|---|
| L190 Other Case Assessment, Developement and Administration | 300.00 | 0.00 |
| L100 Case Assessment, Development and Administration | 300.00 | 0.00 |
| L210 Pleadings | 162.50 | 0.00 |
| L230 Court Mandated Conferences | 387.50 | 0.00 |
| L240 Dispositive Motions | 125.00 | 0.00 |
| L200 Pre-Trial Pleadings and Motions | 675.00 | 0.00 |
| L310 Written Discovery | 62.50 | 0.00 |
| L320 Document Production | 237.50 | 0.00 |
| L300 Discovery | 300.00 | 0.00 |

$1249.99

Amy Maizann
Ok Pay
DEC 08 2004
Legal Audit

Scottsdale Insurance Compa...

November 22, 2004
Account No: 2004134-0F
Invoice No: 2745

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

Please Remit $1,417.71

Payment(s) posted through the last day of the prior month.



SCOTTSDALE INSURANCE COMPANY®




Yamamura Shimazu 12/08/04

| INSURED: | YOUR FILE: |
|---|---|
| OUR FILE: 930029-186 | SERVICE INVOICE: 2745 |

Dear Counsel:
I have reviewed your service invoice. Certain reductions were made in accordance with our guidelines:

| REDUCTION CATEGORY | REDUCTION AMOUNT |
|---|---|
| [illegible] REVIEW [illegible] | 75.00 |
| | |
| | |
| | |
| HI TAX | 3.13 |
| TOTAL | 78.13 |

TOTAL AMOUNT OF SERVICE INVOICE 1328.12
LESS REDUCTIONS 78.13
BALANCE PAYABLE 1249.99

Very truly yours,

Amy Malzahn

Amy Malzahn
Legal Audit Department
480-365-2596
Fax 480-905-0212

RECEIVED
DEC 1 0 2004
CHECK PROC

Page 1 of 2 Received on 3/30/2006 2:20:08 PM [US Mountain Standard Time]

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW

1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-6969
FACSIMILE: (808) 599-5580

# COVER SHEET FAX

**TO:** Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
(Fax No.: (480) 483-6752)

**DATE:** December 15, 2004

**Pages Including Cover Sheet:** 2

**RE:** ***Maui Land & Pineapple Company, Inc., et al. v. Sullivan Properties, Inc., et al.***; Civil No. CV04-00358 HG/BMK
Claim No. 930029-186

**COMMENTS:** Original ( ) Will (X) Will not be forwarded to your office.

**CONFIDENTIALITY:**

THIS TRANSMITTAL IS CONFIDENTIAL AND PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY SENDER AT ONCE AND RETURN THE MATERIAL TO SENDER OR DESTROY IT. ANY OTHER TRANSMISSION OF THE INFORMATION IS STRICTLY PROHIBITED.

From the desk of...

CHERYL KIHANO
Legal Secretary to:
YAMAMURA & SHIMAZU
220 S. King St. #1770
Honolulu, HI 96813

523-6969
Fax: 599-5580

Page 2 of 2 Received on 12/15/2004 2:51:07 PM [US Mountain Standard Time]

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION

SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

December 15, 2004

***Via Facsimile No. (480) 483-6752***
Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

At this juncture, the parties are in the process of meeting and conferring with respect to outstanding discovery requests. We also understand that there are several other insurance carriers which may be involved in defending Robert Sullivan. We will make inquiry into these policies and submit the appropriate tenders. We will keep you further appraised as this matter progresses.

Very truly yours,

Paul T. Yamamura

PTY:rt

billed .30
paid .10
(excessive time)

AMBASSADOR LEGAL SERVICES L.L.C.

Ambassador Legal Services LLC
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
973-410-4050 (Phone) 973-410-1315 (Fax)
Federal ID # 22-3543328

**Bill To:** Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258
Attn: Karen Bullard

# BORDEREAUX PAID

Ambassador Master Invoice # 24099
Ambassador Master Invoice Date: 2/24/05
Ambassador SI Number: 289145

| | | |
|---|---|---|
| Claim Number: | 930029-186 | |
| Date of Loss: | | |
| Claimant Id | | |
| Name of Insured: | | |
| Adjuster: | | |
| Vendor Invoice No: | 516492 | |
| Vendor: | Carnazzo Court Reporting | |
| Defendant | Robert Sullivan | |
| Claimant's Name: | Maui Land & Pineapple Co. I | |
| Law Firm: | Yamamura & Shimazu | |
| Coverage Type: | | |
| State: | HI | |

**Breakdown of charges**

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Copy/copies of transcript | STATE FARM INSURANC | 12/22/04 | 10 | 1 | $36.46 |
| | | | | Ambassador Surcharge | $15.00 |
| | | | | Total Due: | $51.46 |

**Please make check payable to: Ambassador Legal Services LLC**
**P.O. Box 12252N, Newark, NJ 07101-5252**

**TAX ID 22-3543328**

Ambassador Legal Services LLC
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
973-410-4050 (Phone) 973-410-1315 (Fax)
Federal ID # 22-3543328

AMBASSADOR LEGAL SERVICES L.L.C.

**Bill To:** Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258
Attn: Karen Bullard

# BORDEREAUX PAID

Ambassador Master Invoice # 24098
Ambassador Master Invoice Date: 2/24/05
Ambassador SI Number: 299525

| | |
|---|---|
| Claim Number: | 930029-186 |
| Date of Loss: | |
| Claimant Id | |
| Name of Insured: | |
| Adjuster: | 0 |
| Vendor Invoice No: | 620429 |
| Vendor: | Camazzo Court Reporting |
| Defendant | Sullivan Properties, inc. |
| Claimant's Name: | Maui Land and Pineapple Com |
| Law Firm: | Yamamura & Shimazu |
| Coverage Type: | |
| State: | HI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Copy/copies of transcript | MARZO, SHIRLEEN & KO | 12/9/04 | 10 | 1 | $580.20 |
| | | | | Ambassador Surcharge | $15.00 |
| | | | | Total Due: | $595.20 |

**Please make check payable to: Ambassador Legal Services LLC**
**P.O. Box 12252N, Newark, NJ 07101-5252**

**TAX ID 22-3543328**

Yamamura & Shimazu, Attorneys at Law
A Law Corporation
220 South King Street, Suite 1770
Honolulu, HI 96813
ph: (808)523-6969 fax: (808)599-5580
Federal ID 99-0343160

K Kaminski
MAR 0 2 2005
Received

Page: 1
February 24, 2005
Account No: 2004134-0F
Invoice No: 2872

Scottsdale Insurance Company
P.O. Box 4110
Scottsdale AZ 85258

Attn: Susan Coltrara

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

Fees

| Date | Atty | Code | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/08/2004 | WDS | L320 A107 | Return telephone call from Plaintiff's counsel regarding discovery conference (left message). (attempted phone calls are not billable) NON REIMBURSEABLE ITEM | 125.00 | 0.10 | 12.50 |
| | WDS | L320 A107 | Telephone conference with Plaintiff's counsel regarding discovery conference. | 125.00 | 0.20 | 25.00 |
| 11/09/2004 | WDS | L320 A109 | Attend discovery meeting with other counsels. | 125.00 | 1.20 | 150.00 |
| | WDS | L320 A106 | Telephone conference with Client regarding production of documents to Patrick Sullivan. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 A107 | Draft letter to other counsels regarding Robert Sullivan's involvement with Sullivan Properties' documents. | 125.00 | 0.30 | 37.50 |
| 11/10/2004 | WDS | L320 A104 | Review letter from Plaintiff's counsel regarding meeting to discuss production of documents. | 125.00 | 0.10 | 12.50 |
| 11/15/2004 | WDS | L320 A104 | Review Plaintiff's second request for production of documents. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 A103 | Draft response to Plaintiff's second request for production of documents. | 125.00 | 0.60 | 75.00 |
| | PTY | L310 A104 | Review Plaintiffs' discovery requests. | 125.00 | 0.20 | 25.00 |
| | PTY | L310 A106 | Client letter to Robert Sullivan enclosing Plaintiffs' discovery requests and advising to provide our office with documents which are responsive within 30 days. | 125.00 | 0.30 | 37.50 |
| 11/16/2004 | PTY | L140 A107 | Telephone conference with counsel regarding policies. | 125.00 | 0.10 | 12.50 |
| | PTY | L210 A104 | Review e-mail from counsel for Sullivan Properties regarding insurance policies providing coverage. | 125.00 | 0.10 | 12.50 |
| 12/03/2004 | PTY | L330 A104 | Review of file to determine notices for depositions. PARALEGAL FUNCTION | 125.00 (65.00) | 0.50 | ~~62.50~~ (30.00) |
| | PTY | L310 A103 | Draft joinder to Sullivan Properties discovery request. | 125.00 | 0.50 | 62.50 |
| 12/06/2004 | WDS | L320 A104 | Review letter from Plaintiff's counsel to | | | |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Sullivan Properties' counsel denying extension of time for supplemental production of documents by Sullivan Properties. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A106 | Telephone conference with Client regarding response to Plaintiffs' second request for production of documents. | 125.00 | 0.20 | 25.00 |
| 12/08/2004 | WDS | L320 | A108 | Review letter from Plaintiffs' counsel demanding amended response to Plaintiffs' request for production of documents and discovery conference. | 125.00 | 0.10 | 12.50 |
| | WDS | L320 | A107 | Draft letter to Plaintiffs' counsel demanding amended response to Plaintiffs' request for production of documents and discovery conference. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A103 | Draft amended response to Plaintiffs' first request for production of documents. | 125.00 | 1.30 | 162.50 |
| 12/09/2004 | WDS | L320 | A109 | Attend deposition of Hull & Co. | 125.00 | 0.70 | 87.50 |
| | WDS | L320 | A103 | Revise and finalize First Amended Response to Plaintiff's Request for Production of Documents. | 125.00 | 0.50 | 62.50 |
| | WDS | L320 | A108 | Telephone call from Emily Porter regarding responses to Plaintiff's Second Request for Production of Documents. | 125.00 | 0.20 | 25.00 |
| | PTY | L350 | A104 | Review objections and correspondence regarding discovery issues. | 125.00 | 0.50 | 62.50 |
| 12/10/2004 | WDS | L320 | A103 | Finalize response to Plaintiff's second request for production of documents. | 125.00 | 0.50 | 62.50 |
| | WDS | L320 | A104 | Review Sullivan Properties' response to Plaintiff's second request for production of documents. | 125.00 | 0.20 | 25.00 |
| 12/13/2004 | WDS | L320 | A107 | Telephone call from counsel for Sullivan Properties regarding making our response to Plaintiff's second request for production of documents consistent with their response. | 125.00 | 0.20 | 25.00 |
| 12/15/2004 | PTY | L230 | A104 | Review various correspondence regarding scheduling a meeting between parties. | 125.00 | 0.20 | 25.00 |
| | PTY | L230 | A108 | Report letter to Susan Coltrara advising that the parties are in the process of meeting and conferring regarding outstanding discovery requests. EXCESSIVE REVIEW TIME | 125.00 | ~~0.30~~ ok .10 | ~~37.50~~ (-25.00) |
| 12/21/2004 | WDS | L320 | A104 | Review e-mails from other counsels regarding scheduling telephone conference to discuss issues related to Plaintiff's second request for production of documents. | 125.00 | 0.30 | 37.50 |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 12/22/2004 | WDS | L320 | A104 | Review tax returns submitted by Client in response to Plaintiff's requests for documents. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A108 | Draft letter to C.Douglas Shue, CPA requesting missing copies of Client's tax returns. PARALEGAL FUNCTION @65.00@.10=6.50 | 125.00 | 0.30 | ~~37.50~~ (-31.00) |
| 12/23/2004 | WDS | L320 | A109 | Attend telephone conference to discuss Defendants' responses to Plaintiffs' requests for documents. | 125.00 | 0.50 | 62.50 |
| | WDS | L320 | A108 | Telephone call from Kristin Shigemura regarding our responses to Plaintiffs' requests for documents. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A103 | Draft stipulation for protective order regarding Mr. Sullivan's tax returns. | 125.00 | 0.50 | 62.50 |
| 12/27/2004 | WDS | L320 | A103 | Revise stipulated protective order regarding documents to be produced by Client. | 125.00 | 1.00 | 125.00 |
| 12/28/2004 | WDS | L320 | A103 | Revise stipulated protective order regarding documents produced by Client, including tax records. | 125.00 | 0.50 | 62.50 |
| | WDS | L320 | A108 | Draft fax memo to other counsels regarding stipulated protective order regarding documents produced by Client, including tax records. | 125.00 | 0.20 | 25.00 |
| 12/29/2004 | WDS | L320 | A104 | Review e-mail from Emily Porter regarding suggested changes to draft stipulated protective order. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A103 | Revise stipulated protective order regarding documents produced by Client, including tax records. | 125.00 | 0.80 | 100.00 |
| | WDS | L320 | A107 | Draft e-mail to other counsels regarding revised stipulated protective order regarding documents produced by Client, including tax records. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A104 | Review Client's tax returns received from his accountant. | 125.00 | 0.20 | 25.00 |
| 12/30/2004 | WDS | L320 | A104 | Review e-mail from other counsels regarding whether tax documents will have amounts redacted or be designated confidential. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Draft reply e-mails to other counsels regarding whether tax documents will have amounts redacted or be designated confidential. | 125.00 | 0.20 | 25.00 |
| | WDS | L240 | A103 | Draft declaration for Client in support of motion for summary judgment. | 125.00 | 0.50 | 62.50 |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2005 | WDS | L240 | A103 | Revise declaration in support of motion for summary judgment for Client's signature. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A106 | Draft letter to Client regarding declaration in support of motion for summary judgment for Client's signature. | 125.00 | 0.30 | 37.50 |
| | PTY | L320 | A104 | Review various correspondence regarding production of documents. | 125.00 | 0.50 | 62.50 |
| 01/06/2005 | WDS | L320 | A104 | Review e-mails from other counsels regarding stipulation for protective order regarding production of documents. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A107 | Replies to e-mails from other counsels regarding stipulation for protective order regarding production of documents. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A104 | Review e-mails from other counsels regarding extending the deadline to file dispositive motions. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A107 | Draft replies to e-mails from other counsels regarding extending the deadline to file dispositive motions. | 125.00 | 0.30 | 37.50 |
| | WDS | L160 | A104 | Review e-mails from other counsels regarding selection of a mediator. | 125.00 | 0.10 | 12.50 |
| | PTY | L310 | A104 | Review e-mail regarding discovery matters. | 125.00 | 0.10 | 12.50 |
| | PTY | L310 | A104 | Review and summarize CAAP interrogatories. | 125.00 | 0.50 | 62.50 |
| | PTY | L310 | A108 | Report letter to Scott Stanek providing a summary of the responses received from Plaintiff and advising that we will attempt to obtain all medical records. | 125.00 | 0.50 | 62.50 |
| | PTY | L320 | A103 | Subpoena medical records from Kaiser Permanente; Wahiawa General Hospital; Honolulu Police Department records. | PARALEGAL FUNCTION @65.00 = 32.50 125.00 | 0.50 | ~~62.50~~ (30.00) |
| | PTY | L320 | A104 | Review responses to request for production of documents. | 125.00 | 0.30 | 37.50 |
| 01/07/2005 | WDS | L320 | A107 | Telephone call from Plaintiff's counsel regarding exchange of discovery documents and stipulation to extend deadline to file motions for summary judgment. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A104 | Review e-mails from counsel for Sullivan Properties regarding stipulation for protective order regarding production of documents. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Draft letter to Jonathan Ortiz, Esq. regarding stipulation for protective order regarding production of doucments. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A104 | Review file to draft motion for summary judgment. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A103 | Draft motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| 01/10/2005 | WDS | L320 | A104 | Review e-mails from other counsels regarding stipulation to extend time to produce documents and to file dispositive | | | |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | motions. | | | |
| | WDS | L320 | A107 | Draft reply e-mail to other counsels regarding stipulation to extend time to produce documents and to file dispositive motions. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Draft letter to Ortiz, Esq. regarding stipulation to extend time to produce documents and to file dispositive motions. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A104 | Review file for documents to be produced and determination of confidential documents. | 125.00 | 0.30 | 37.50 |
| | | | | | 125.00 | 0.50 | 62.50 |
| 01/11/2005 | WDS | L320 | A104 | Review letter from Ortiz, Esq. regarding stipulation for protective order and stipulation to extend time to file dispositive motions. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Telephone calls from Plaintiffs' counsel regarding stipulation for protective order and stipulation to extend time to file dispositive motions. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A103 | Revise and finalize stipulation for protective order. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A104 | Review e-mails from other counsels regarding stipulation for protective order and production of confidential documents. | 125.00 | 0.20 | 25.00 |
| 01/12/2005 | WDS | L310 | A108 | Telephone call from Court requesting changes to stipulation for protective order. | 125.00 | 0.20 | 25.00 |
| | WDS | L160 | A104 | Review e-mails from other counsels regarding selection of mediator. | 125.00 | 0.20 | 25.00 |
| 01/13/2005 | WDS | L320 | A107 | Draft letter to Plaintiffs' counsel regarding rejected stipulation for protective order. | 125.00 | 0.30 | 37.50 |
| | WDS | L320 | A104 | Review e-mail from Plaintiff's counsel regarding rejected stipulation for protective order. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A103 | Revise stipulation for protective order. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Draft letter to co-counsel regarding revised stipulation for protective order. | 125.00 | 0.30 | 37.50 |
| 01/18/2005 | WDS | L240 | A104 | Review file to draft motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| | WDS | L240 | A103 | Draft motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| | WDS | L240 | A103 | Draft separate and concise statement of facts in support of motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| 01/19/2005 | WDS | L240 | A103 | Revise motion for summary judgment. | 125.00 | 1.00 | 125.00 |
| | WDS | L240 | A103 | Revise separate and concise statement of facts in support of motion for summary judgment. | 125.00 | 0.70 | 87.50 |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | WDS | L320 | A108 | Telephone call from Court regarding correction to stipulation regarding protective order. | 125.00 | 0.20 | 25.00 |
| 01/20/2005 | WDS | L320 | A103 | Revise stipulation for protective order per the Court's instructions. | 125.00 | 0.20 | 25.00 |
| | WDS | L320 | A107 | Draft letter to Plaintiff's counsel regarding revised stipulation for protective order. | 125.00 | 0.30 | 37.50 |
| | WDS | L240 | A104 | Review e-mail from counsel for co-defendant regarding continuing hearing date on summary judgment motions. | 125.00 | 0.20 | 25.00 |
| | WDS | L240 | A103 | Revise motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| 01/21/2005 | WDS | L240 | A102 | R Research regarding authorities cited in Complaint to draft motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| | WDS | L240 | A103 | Revise motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| | WDS | L240 | A103 | Revise concise statement of facts in support of motion for summary judgment. | 125.00 | 0.50 | 62.50 |
| | WDS | L240 | A107 | Draft e-mail to co-defendant's counsel to confirm deadline to file motion for summary judgment. | 125.00 | 0.20 | 25.00 |
| 01/24/2005 | WDS | L240 | A103 | Revise and finalize motion for summary judgment. | 125.00 | 0.80 | 100.00 |
| | WDS | L240 | A103 | Revise and finalize concise statement of facts in support of motion for summary judgment. | 125.00 | 0.70 | 87.50 |
| | PTY | L320 | A104 | Review documents produced by Plaintiff. | 125.00 | 1.00 | 125.00 |
| 01/25/2005 | PTY | L160 | A107 | Letter to counsel advising of a schedule conflict and would like the mediation moved to a date and time mutually agreed upon by all parties. | 125.00 | 0.30 | 37.50 |
| 01/26/2005 | PTY | L240 | A104 | Review motion for summary judgment, exhibits; concise statement of facts. | 125.00 | 2.00 | 250.00 |
| | PTY | L240 | A104 | Review Plaintiff's motion for summary judgment.; memorandum in support and exhibits. | 125.00 | 1.00 | 125.00 |
| | PTY | L240 | A103 | Draft substantive joinder. | 125.00 | 1.00 | 125.00 |
| 01/28/2005 | WDS | L240 | A104 | Review e-mail from counsel for Sullivan Properties regarding continuing hearing on motions for summary judgment. | 125.00 | 0.10 | 12.50 |
| | WDS | L240 | A102 | R Research regarding defenses to Plaintiffs' trademark claims. | 125.00 | 0.70 | 87.50 |
| | | | | Total Fees | | 39.80 | 4,975.00 |

TWO ATTORNEYS OR DUPLICATION

Recapitulation

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Paul T. Yamamura | 10.40 | $125.00 | $1,300.00 |

Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Co., Inc.
Claim : 930029-186 DOL:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Wesley D. Shimazu | 29.40 | 125.00 | 3,675.00 |

| | | |
|---|---|---|
| | Hawaii General Excise Tax on Fees | 207.26 |
| | Previous Balance | $1,417.71 |
| | Total Fees and Expenses | 5,182.26 |
| | **Payments** | |
| 12/23/2004 | Payment, check no. 1836858 | -1,249.99 |
| | Balance Due | $5,349.98 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 5,182.26 | 0.00 | 0.00 | 78.13 | 0.00 | 89.59 |

Task Code Recapitulation

| | Fees | Expenses |
|---|---|---|
| L140 Document/File Management | 12.50 | 0.00 |
| L160 Settlement/Non-Binding ADR | 75.00 | 0.00 |
| L100 Case Assessment, Development and Administration | 87.50 | 0.00 |
| L210 Pleadings | 12.50 | 0.00 |
| L230 Court Mandated Conferences | 62.50 | 0.00 |
| L240 Dispositive Motions | 1800.00 | 0.00 |
| L200 Pre-Trial Pleadings and Motions | 1,875.00 | 0.00 |
| L310 Written Discovery | 287.50 | 0.00 |
| L320 Document Production | 2600.00 | 0.00 |
| L330 Depositions | 62.50 | 0.00 |
| L350 Discovery Motions | 62.50 | 0.00 |
| L300 Discovery | 3,012.50 | 0.00 |

Please Remit $5,349.98

$4657.79

Amy Malzahn
ok pay
MAR 10 2005
Legal Audit

Payment(s) posted through the last day of the prior month.

SCOTTSDALE INSURANCE COMPANY®




03/10/05

Yamamura Shimazu

| INSURED: | YOUR FILE: |
|---|---|
| OUR FILE: 930029 | SERVICE INVOICE: 2872 |

Dear Counsel:

I have reviewed your service invoice. Certain reductions were made in accordance with our guidelines:

| REDUCTION CATEGORY | REDUCTION AMOUNT |
|---|---|
| EXCESSIVE REVIEW TIME | 25.00 |
| NON REIMBURSEABLE ITEM | 12.50 |
| PARALEGAL FUNCTION | 91.00 |
| TWO ATTORNEYS OR DUPLICATION | 375.00 |
| | |
| | |
| HI TAX | 20.97 |
| TOTAL | 524.47 |

| | |
|---|---|
| TOTAL AMOUNT OF SERVICE INVOICE | 5182.26 |
| LESS REDUCTIONS | 524.47 |
| BALANCE PAYABLE | 4657.79 |

Very truly yours,

Amy Malzahn

Amy Malzahn
Legal Audit Department
480-365-2596
Fax 480-905-0212

RECEIVED
MAR 14 2005
CHECK PROC.

Ambassador Legal Services LLC
25B V[illegible]and Road, Suite 301
Florham Park, NJ 07932
973-410-4050 (Phone) 973-410-1315 (Fax)
Federal ID # 22-3543328

AMBASSADOR
LEGAL SERVICES L.L.C.

# BORDEREAUX PAID

**Bill To:** Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258
Attn: Karen Bullard

Ambassador Master Invoice # 24762
Ambassador Master Invoice Date: 3/21/05
Ambassador SI Number: 302462

| | |
|---|---|
| Claim Number: | 930029-186 ✓ |
| Date of Loss: | |
| Claimant Id | |
| Name of Insured: | |
| Adjuster: | |
| Vendor Invoice No: | 20665B |
| Vendor: | Iwado Court Reporters, Inc. |
| Defendant | Sullivan Properties |
| Claimant's Name: | Maui Land & Pineapple |
| Law Firm: | Yamamura & Shimazu |
| Coverage Type: | |
| State: | HI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Copy/copies of transcript | UHIRODA JR., HERBERT | 12/22/04 | 10 | 1 | $127.02 |
| | | | | Ambassador Surcharge | **$15.00** |
| | | | | Total Due: | **$142.02** |

**Please make check payable to: Ambassador Legal Services LLC**
**P.O. Box 12252N, Newark, NJ 07101-5252**

**TAX ID 22-3543328**

Page 2 of 2 Received on 3/30/2006 2:20:08 PM [US Mountain Standard Time]

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION

SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

March 30, 2005

***Via Facsimile No. (480) 483-6752***
Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

Mediation with respect to the above referenced matter is scheduled for May 13, 2005. All parties are to submit an initial deposit of $800.00 to Dispute Prevention Resolution (Fed. ID No. 99-0320429) prior to mediation. Please submit the initial deposit directly to DPR as soon as possible. Should you have any questions or comments, please do not hesitate to contact me. Our further report shall follow.

Very truly yours,

Paul T. Yamamura

PTY:ck

Page 1 of 2 Received on 4/18/2006 12:17:30 PM [US Mountain Standard Time]

**YAMAMURA & SHIMAZU**
ATTORNEYS AT LAW

1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-6969
FACSIMILE: (808) 599-5580

# COVER SHEET FAX

**TO:** Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
(Fax No.: (480) 483-6752) MOT

**DATE:** April 15, 2005

**Pages Including Cover Sheet:** 2

**RE:** ***Maui Land & Pineapple Company, Inc., et al. v. Sullivan Properties, Inc., et al.;*** Civil No. CV04-00358 HG/BMK
Claim No. 930029-186

**COMMENTS:** Original ( ) Will (X) Will not be forwarded to your office.

**CONFIDENTIALITY:**

THIS TRANSMITTAL IS CONFIDENTIAL AND PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY SENDER AT ONCE AND RETURN THE MATERIAL TO SENDER OR DESTROY IT. ANY OTHER TRANSMISSION OF THE INFORMATION IS STRICTLY PROHIBITED.

From the desk of...

**CHERYL KIHANO**
Legal Secretary to:
YAMAMURA & SHIMAZU
220 S. King St. #1770
Honolulu, HI 96813

523-6969
Fax: 599-5580

Page 2 of 2 Received on 4/18/2005 12:17:30 PM [US Mountain Standard Time]

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW
A LAW CORPORATION

SUITE 1770 CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

TELEPHONE
AREA CODE: 808
523-6969
FAX
599-5580
EMAIL
PYAMAMUR@GTE.NET

April 15, 2005

***Via Facsimile No. (480) 483-6752***
Ms. Susan Coltrara
Senior Claim Specialist
Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ 85281-4110
Ph: (480) 365-2536
Fax: (480) 483-6752
Email: coltras@scottsdaleins.com

this was paid on 4/5/05

Re: Claim No.: 930029-186
Insured: Robert Sullivan
Claimant: Maui Land & Pineapple Company, et al.
D/Loss: ?
Civil No.: CV 04-00358 HG/BMK

Dear Ms. Coltrara:

This is in follow up to my letter of March 30, 2005. Mediation in the above referenced matter is scheduled for May 13, 2005. The parties were to submit an initial deposit of $800.00 to Dispute Prevention Resolution. DPR is requesting that you submit the deposit in the above amount as soon as possible. Their address and tax identification number is Pauahi Tower, Suite 1155, 1001 Bishop Street, Honolulu, Hawaii 96813, Federal Tax ID No. 99-0320429. Thank you for your time and attention to this matter.

Very truly yours,

Paul T. Yamamura

PTY:ck




Ambassador Legal Services LLC
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
973-410-4050 (Phone) 973-410-1315 (Fax)
Federal ID # 22-3543328

# BORDEREAUX PAID

**Bill To:** Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258
Attn: Karen Bullard

Ambassador Master Invoice # 27378
Ambassador Master Invoice Date: 6/13/05
Ambassador SI Number: 310966

| | |
|---|---|
| Claim Number: | 930029-186 |
| Date of Loss: | |
| Claimant Id | |
| Name of Insured: | Sullivan, Robert |
| Adjuster: | |
| Vendor Invoice No: | 14611C |
| Vendor: | Iwado Court Reporters, Inc. |
| Defendant | Sullivan Properties |
| Claimant's Name: | Maui Land & Pineapple |
| Law Firm: | Yamamura & Shimazu |
| Coverage Type: | |
| State: | HI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Copy/copies of transcript | DORNER, JOLINE | 5/2/05 | 10 | 1 | $312.32 |
| | | | | Ambassador Surcharge | $15.00 |
| | | | | Total Due: | $327.32 |

**Please make check payable to: Ambassador Legal Services LLC**
**P.O. Box 12252N, Newark, NJ 07101-5252**

**TAX ID 22-3543328**




# *Invoice Recap Subsequent Copy*

**Scottsdale Insurance - Scottsdale, AZ Office**
**8877 N. Gainey Center Drive**
**Scottsdale, AZ 85258**
**PHONE: 1-800-423-7675 x2780**

**Scottsdale, AZ**
**8877 N. Gainey Center Drive**
**Scottsdale, AZ 85258**
**PHONE: 1-800-423-7675 x2780**

**Pay To Firm:** **YAMAMURA & SHIMAZU**

**220 S. KING STREET**
**SUITE 1770**
**HONOLULU, HI 96813**

**Receipt Date:** 03/01/2006

| | | | |
|---|---|---|---|
| **Firm Invoice Number:** | 3372 | **Invoice Date:** | 02/28/2006 |
| **Matter Name:** | Insured: Robert Sullivan | | |
| **Matter ID:** | 115025 | | |
| **Invoice ID:** | 486626 | | |
| **Claim Number:** | Clim # 930029 | **Litigation Manager:** | Susan Caltrara |
| **Suit Type:** | N/A - Not Available | | |
| **Claimant ID:** | N/A | **Claimant Name:** | N/A |
| **Policy Number:** | N/A | **Policy Holder:** | N/A |
| **Line of Bus.:** | | **Coverage:** | |
| **Agent Number:** | N/A | | |
| **Occurrence Number:** | | | |

| | | | |
|---|---|---|---|
| **Fees:** | $912.50 | **Fees To Date:** | $18,291.25 |
| **Expenses:** | $39.58 | **Expenses To Date:** | $802.11 |
| **Total:** | $952.08 | **Totals To Date:** | $19,093.36 |

| | *Submitted* | *Reduction* | *Payable* |
|---|---|---|---|
| **Fees** | | | |
| **Guideline Non-Compliant** | | | |
| Admin: Scheduling Activities | $12.50 | $12.50 | $.00 |
| Admin: Routine File Review | $25.00 | $.00 | $25.00 |
| Admin: Receipt of Documents | $12.50 | $.00 | $12.50 |
| Law Firm Voluntary Reduction | $.00 | $.00 | $.00 |
| Paralegal Activity - Discovery Drafting/Coordination | $37.50 | $.00 | $37.50 |
| **Not At Issue** | | | |
| | $825.00 | $.00 | $825.00 |
| **Fees Total:** | **$912.50** | **$12.50** | **$900.00** |
| **Expenses** | | | |
| **Guideline Non-Compliant** | | | |
| Miscellaneous Noncompliant Expenses | $39.58 | $.52 | $39.06 |
| **Expenses Total:** | **$39.58** | **$.52** | **$39.06** |
| **Grand Total:** | **$952.08** | **$13.02** | **$939.06** |

***Payment Amount:*** ***$939.06***

***Law Firm Tax ID:*** ***990343160***

**Tasks Performed From: 11/07/2005 Through: 02/28/2006**

| *Date* | *Init.* | *Description* | | *Rate* | *Time* | *Amount* |
|---|---|---|---|---|---|---|
| **Fees** | | | | | | |
| **Guideline Non-Compliant** | | | | | | |
| **<u>Admin: Scheduling Activities</u>** | | | | | | |
| 11/30/2005 | WDS | "[L160][A107] Email to Luke, Esq. forwarding emails from Miwa and Tijoe regarding | **Submitted:** | $125.00 | 0.10 | $12.50 |
| | | | **Audited:** | $.00 | 0.10 | $.00 |

| | | | | | |
|---|---|---|---|---|---|
| | scheduling of telephone conference to discuss forwarding of SPI emails." | **Resolution:** | $.00 | 0.10 | $.00 |
| | | | **Reduction:** | | **$12.50** |

**Admin: Routine File Review**

| | | | | | |
|---|---|---|---|---|---|
| 01/11/2006 WDS | "[L160][A104] Review filed settlement documents from Plaintiff's counsel." | **Submitted:** | $125.00 | 0.20 | $25.00 |
| | | **Audited:** | $125.00 | 0.20 | $25.00 |
| | | **Resolution:** | $125.00 | 0.20 | $25.00 |
| | | | **Reduction:** | | **$.00** |

**Admin: Receipt of Documents**

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2005 WDS | "[L160][A107] Email to Luke, Esq. forwarding emails from Miwa and Tijoe regarding forwarding SPI emails and settlement documents." | **Submitted:** | $125.00 | 0.10 | $12.50 |
| | | **Audited:** | $125.00 | 0.10 | $12.50 |
| | | **Resolution:** | $125.00 | 0.10 | $12.50 |
| | | | **Reduction:** | | **$.00** |

**Law Firm Voluntary Reduction**

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2005 WDS | "[L160][A107] Memo to Luke forwarding letters from Miwa and Tijoe to Magistrate Chang regarding submission of settlement documents and efforts to resolve remaining issues." | **Submitted:** | $.00 | 0.00 | $.00 |
| | | **Audited:** | $.00 | 0.00 | $.00 |
| | | **Resolution:** | $.00 | 0.00 | $.00 |
| | | | **Reduction:** | | **$.00** |
| 11/30/2005 WDS | "[L160][A104] Review emails from Miwa and Tijoe regarding scheduling telephone conference to discuss forwarding of SPI emails ." | **Submitted:** | $.00 | 0.00 | $.00 |
| | | **Audited:** | $.00 | 0.00 | $.00 |
| | | **Resolution:** | $.00 | 0.00 | $.00 |
| | | | **Reduction:** | | **$.00** |

**Paralegal Activity - Discovery Drafting/Coordination**

| | | | | | |
|---|---|---|---|---|---|
| 11/07/2005 WDS | "[L160][A103] Draft memo to file regarding hearing on Plaintiffs' motion to enforce settlement and Sullivan Properties motion to clarify settlement." | **Submitted:** | $125.00 | 0.30 | $37.50 |
| | | **Audited:** | $125.00 | 0.30 | $37.50 |
| | | **Resolution:** | $125.00 | 0.30 | $37.50 |
| | | | **Reduction:** | | **$.00** |

**Expenses**

**Guideline Non-Compliant**

**Miscellaneous Noncompliant Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 02/28/2006 XXX | "[E124] Gross Receipts Tax on Fees ($39.58)" | **Submitted:** | $39.58 | 1.00 | $39.58 |
| | | **Audited:** | $39.06 | 1.00 | $39.06 |
| | | **Resolution:** | $39.06 | 1.00 | $39.06 |
| | | | **Reduction:** | | **$.52** |

**All Line Items**

**Fees**

| | | | | |
|---|---|---|---|---|
| 11/07/2005 WDS | "[L160][A109] Attend hearing on Plaintiff's motion to enforce settlement and Sullivan Properties motion to clarify settlement." | $125.00 | @ 1.50 | $187.50 |
| 11/07/2005 WDS | "[L160][A104] Review reply from Luke, Esq. regarding hearing on Plaintiffs' motion to enforce settlement and Sullivan Properties' motion to clarify settlement." | $125.00 | @ 0.10 | $12.50 |
| 11/07/2005 WDS | "[L160][A107] Draft email to Michele Luke, Esq. regarding hearing on Plaintiff's motion to enforce settlement and Sullivan Properties' motion to clarify settlement." | $125.00 | @ 0.10 | $12.50 |
| 11/07/2005 WDS | "[L160][A103] Draft memo to file regarding hearing on Plaintiffs' motion to enforce settlement and Sullivan Properties motion to clarify settlement." | $125.00 | @ 0.30 | $37.50 |
| 11/09/2005 WDS | "[L160][A104] Review email from Luke, Esq. regarding impact of Court's opinion regarding hearing on motions to enforce settlement from counsel for sullivan Properties and possibility of reconsideration." | $125.00 | @ 0.10 | $12.50 |
| 11/09/2005 WDS | "[L160][A108] Review email and copy of Court's opinion regarding hearing on motions to enforce settlement from counsel for Sullivan Properties." | $125.00 | @ 0.30 | $37.50 |
| 11/18/2005 WDS | "[L160][A104] Review email from counsel for Sullivan Properties requesting confirmation of settlement details from Plaintiff's counsel." | $125.00 | @ 0.10 | $12.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2005 | WDS | "[L160][A104] Review emails from Sullivan Properties' counsel regarding finalizing settlement agreements and or meeting to confer on issue of forwarding emails to SPI employees." | $125.00 | @ 0.20 | $25.00 |
| 11/22/2005 | WDS | "[L160][A104] Review emails from counsel for Sullivan Properties regarding agreement for Plaintiffs to forward emails to SPI employees as part of settlement agreement." | $125.00 | @ 0.20 | $25.00 |
| 11/22/2005 | WDS | "[L160][A108] Forward various emails from counsel for Sullivan Properties regarding agreement for Plaintiffs to SPI employees as part of settlement agreement to coverage counsel, Michael Luke, Esq. for review and comment." | $125.00 | @ 0.20 | $25.00 |
| 11/23/2005 | WDS | "[L160][A104] Review emails from counsel for Sullivan Properties regarding agreement for Plaintiffs to forward emails to SPI employees as part of settlement agreement to coverage counsel, for review and comment." | $125.00 | @ 0.20 | $25.00 |
| 11/23/2005 | WDS | "[L160][A108] Forward emails to SPI employees as part of settlement agreement to coverage counsel for review and comment." | $125.00 | @ 0.10 | $12.50 |
| 11/26/2005 | WDS | "[L160][A107] Email to Luke, Esq. forwarding email from counsel for Sullivan Properties regarding draft reply to Plaintiffs' counsel regarding settlement terms regarding forwarding of SPI's emails for review and comment." | $125.00 | @ 0.10 | $12.50 |
| 11/26/2005 | WDS | "[L160][A104] Review email from counsel for Sullivan Properties regarding draft reply to Plaintiffs' counsel regarding settlement terms regarding forwarding of SPI's emails." | $125.00 | @ 0.20 | $25.00 |
| 11/28/2005 | WDS | "[L160][A107] Letter to coverage counsel for Mr. Sullivan forwarding letter | $125.00 | @ 0.20 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | from Sullivan Properties to Plaintiffs regarding disputed settlement terms regarding forwarding of SPI's emails." | | | |
| 11/28/2005 | WDS | "[L160][A104] Review letter from Sullivan Properties to Plaintiffs regarding disputed settlement terms regarding forwarding of SPI's emails." | $125.00 | @ 0.20 | $25.00 |
| 11/29/2005 | WDS | "[L160][A104] Review emails from Colin Miwa, Esq. forwarding emails from Miwa, Esq. and Roy Tijoe, Esq. regarding forwarding of SPI emails and settlement documents." | $125.00 | @ 0.20 | $25.00 |
| 11/29/2005 | WDS | "[L160][A104] Review letters from Miwa and Tijoe to Magistrate Change regarding the submission of settlement documents and efforts to resolve remaining issues." | $125.00 | @ 0.20 | $25.00 |
| 11/29/2005 | WDS | "[L160][A107] Memo to Luke forwarding letters from Miwa and Tijoe to Magistrate Chang regarding submission of settlement documents and efforts to resolve remaining issues." | $.00 | @ 0.00 | $.00 |
| 11/29/2005 | WDS | "[L160][A107] Email to Luke, Esq. forwarding emails from Miwa and Tijoe regarding forwarding SPI emails and settlement documents." | $125.00 | @ 0.10 | $12.50 |
| 11/30/2005 | WDS | "[L160][A104] Review emails from Miwa and Tijoe regarding scheduling telephone conference to discuss forwarding of SPI emails ." | $.00 | @ 0.00 | $.00 |
| 11/30/2005 | WDS | "[L160][A107] Email to Luke, Esq. forwarding emails from Miwa and Tijoe regarding scheduling of telephone conference to discuss forwarding of SPI emails." | $125.00 | @ 0.10 | $12.50 |
| 12/01/2005 | WDS | "[L160][A103] Draft memo to file regarding telephone conference to discuss forwarding of SPI emails as part of the settlement terms." | $125.00 | @ 0.30 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2005 | WDS | "[L160][A109] Attend telephone conference to discuss forwarding of SPI emails as part of the settlement terms." | $125.00 | @ 0.80 | $100.00 |
| 12/01/2005 | WDS | "[L160][A107] Draft email to Michael Luke, Esq. regarding telephone conference to discuss forwarding of SPI emails as part of the settlement terms." | $125.00 | @ 0.20 | $25.00 |
| 12/01/2005 | WDS | "[L160][A104] Review email from Plaintiff's counsel confirming telephone conference to discuss forwarding of SPI-emails as part of the settlement terms." | $125.00 | @ 0.10 | $12.50 |
| 12/07/2005 | WDS | "[L160][A104] Review email from Michele Luke requesting information about status of settlement discussions." | $125.00 | @ 0.10 | $12.50 |
| 12/07/2005 | WDS | "[L160][A104] Review email from Roy Tijoe responding to Luke's inquiry regarding information about status of settlement discussions." | $125.00 | @ 0.10 | $12.50 |
| 12/14/2005 | WDS | "[L160][A104] Review and sign stipulation to dismiss." | $125.00 | @ 0.20 | $25.00 |
| 12/14/2005 | WDS | "[L160][A104] Review and endorse settlement check for Sullivan Properties Inc." | $125.00 | @ 0.10 | $12.50 |
| 12/14/2005 | WDS | "[L160][A104] Review emails from Plaintiffs' counsel requesting signature for stipulation to dismiss." | $125.00 | @ 0.20 | $25.00 |
| 12/14/2005 | WDS | "[L160][A107] Telephone call from Tijoe, Esq. regarding settlement of dispute with Plaintiffs' over email forwarding and endorsement of settlement check." | $125.00 | @ 0.10 | $12.50 |
| 01/11/2006 | WDS | "[L160][A104] Review filed settlement documents from Plaintiff's counsel." | $125.00 | @ 0.20 | $25.00 |
| 01/13/2006 | WDS | "[L160][A107] Telephone conference with counsel for Sullivan Properties regarding endorsement of second settlement check." | $125.00 | @ 0.20 | $25.00 |

**Expenses**

| 02/28/2006 | XXX | "[E124] Gross Receipts Tax on Fees ($39.58)" | $39.58 | @ 1.00 | $39.58 |
|---|---|---|---|---|---|

The payment amount indicated on this Invoice Recap is subject to review and possible adjustment by the File Handler.