IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) CIVIL NO. CV04 00550 HG/BMK<br>) (Declaratory Relief )<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| vs. | )<br>) |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

[2004432/#318916]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM; PAGE LENGTH CERTIFICATION; DECLARATION OF SUSAN C. COLTRARA; EXHIBITS "A-D" was duly served upon the following parties in the manner indicated below and on the date set forth below:

**ELECTRONICALLY THROUGH CM/ECF:**

TO: ROY J. L. Y. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel,
A Limited Liability Law Partnership LLP
1099 Alakea Street
Alii Place, Suite 1800
Honolulu, Hawaii 96813

Attorneys for Defendant
SULLIVAN PROPERTIES, INC.

MICHELE-LYNN E. LUKE, ESQ.
Suite 2700, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
ROBERT B. SULLIVAN

COLIN MIWA, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte LLP
1000 Bishop Street, Ste. 1200
Honolulu, Hawaii 96813

Attorneys for Defendants
MAUI LAND & PINEAPPLE COMPANY, INC.
and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, December 1, 2006.

  /s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

2