CADES SCHUTTE LLP
A Limited Liability Law Partnership

MARTIN E. HSIA           0-2954
COLIN O. MIWA            0-2997
KRISTIN S. SHIGEMURA     0-6957
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
E-mail: mhsia@cades.com
E-mail: cmiwa@cades.com

Attorneys for Defendants
MAUI LAND & PINEAPPLE
COMPANY, INC. and KAPALUA
LAND COMPANY, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.,<br><br>Defendants. | CIVIL NO. CV04-00550 HG/BMK<br>(Declaratory Relief)<br><br>DEFENDANTS MAUI LAND & PINEAPPLE COMPANY, INC.'S AND KAPALUA LAND COMPANY, LTD.'S STATEMENT OF NO POSITION RE PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: REIMBURSEMENT CLAIM FILED, DECEMBER 1, 2006; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br><br>Date:   January 8, 2007<br>Time:   9:45 a.m.<br>Judge:  Honorable Helen Gillmor |

DEFENDANTS MAUI LAND & PINEAPPLE COMPANY, INC.'S
AND KAPALUA LAND COMPANY, LTD.'S STATEMENT OF
NO POSITION RE PLAINTIFF SCOTTSDALE INSURANCE
COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
RE: REIMBURSEMENT CLAIM FILED, DECEMBER 1, 2006

Defendants MAUI LAND & PINEAPPLE COMPANY, INC. and KAPALUA LAND COMPANY, LTD., by and through their attorneys, Cades Schutte A Limited Liability Law Partnership, states that it takes no position with regard to Plaintiff Scottsdale Insurance Company's Motion for Summary Judgment Re: Reimbursement Claim, filed December 1, 2006, based on the information presented and currently available.

DATED: Honolulu, Hawaii, December 18, 2006.

CADES SCHUTTE LLP
A Limited Liability Law Partnership

_____
MARTIN E. HSIA
COLIN O. MIWA
KRISTIN S. SHIGEMURA
Attorneys for Defendants
MAUI LAND & PINEAPPLE
COMPANY, INC. and KAPALUA
LAND COMPANY, LTD.

2