IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>    vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.,<br><br>          Defendants. | CIVIL NO. CV04-00550 HG/BMK (Declaratory Relief)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing was duly served upon the following parties by U.S. mail, postage prepaid, addressed as follows:

SIDNEY K. AYABE, ESQ.
JEFFREY H. K. SIA, ESQ.
Ayabe, Chong, Nishimoto,
  Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Attorneys for Defendant
SULLIVAN PROPERTIES, INC.

MICHELE-LYNN E. LUKE, ESQ.
Richards & Luke
Suite 2700, Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Attorneys for Defendant
ROBERT B. SULLIVAN

DATED: Honolulu, Hawaii, December 18, 2006.

       CADES SCHUTTE LLP
       A Limited Liability Law Partnership

       _____
       MARTIN E. HSIA
       COLIN O. MIWA
       KRISTIN S. SHIGEMURA
       Attorneys for Defendants
       MAUI LAND & PINEAPPLE
       COMPANY, INC. and KAPALUA
       LAND COMPANY, LTD.

ImanageDB:681170.1