Of Counsel:
RICHARDS & LUKE

MICHELE-LYNN E. LUKE     5332-0
2700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii   96813
Telephone:  (808) 536-0802
Facsimile:   (808) 536-5117
e-mail: michele@richardsandluke.com

Attorney for Defendant
ROBERT B. SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CIVIL NO. CV04-00550 HG BMK (Declaratory Relief) |
| Plaintiff, | **DEFENDANT ROBERT B. SULLIVAN'S MOTION TO CERTIFY ISSUE TO THE HAWAI`I SUPREME COURT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |
| vs. | |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD. | |
| Defendants. | **NO TRIAL DATE SET** |

# DEFENDANT ROBERT B. SULLIVAN'S MOTION TO CERTIFY ISSUE TO THE HAWAI`I SUPREME COURT

Defendant ROBERT B. SULLIVAN, (hereinafter "Defendant SULLIVAN") by and through his attorneys, RICHARDS & LUKE, and pursuant to Rule 7, Federal Rules of Civil Procedure and Rule 13, Hawaii Rule of Appellate Procedure, hereby moves this Honorable Court to certify the following question to the Hawai`i Supreme Court:

> Whether, and if so under what circumstances, an insurer may recover defense costs paid on behalf of an insured where it is later determined by a court of law that the insurer did not have a duty to defend the insured.

DATED: Honolulu, Hawaii, January 4, 2007.

                                                  /s/ Michele-Lynn E. Luke
                                                  MICHELE-LYNN E. LUKE