## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2007, and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

## SERVED ELECTRONICALLY THROUGH CM/ECF:

| | |
|---|---|
| SIDNEY K. AYABE, ESQ. | sidney.ayabe@hawadvocate.com |
| JEFFREY H.K. SIA, ESQ. | jeffrey.sia@hawadvocate.com |

1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
    Attorneys for Plaintiff

| | |
|---|---|
| ROY J. TJIOE, ESQ. | rtjioe@goodsill.com |
| EMILY REBER PORTER, ESQ. | eporter@goodsill.com |

Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
    Attorneys for Defendant
      SULLIVAN PROPERTIES, INC.

| | |
|---|---|
| COLIN O. MIWA, ESQ. | cmiwa@cades.com |

Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
    Attorneys for Defendants
      MAUI LAND & PINEAPPLE
      COMPANY, INC. and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, January 4, 2007.


     /s/ Michele-Lynn E. Luke
    MICHELE-LYNN E. LUKE
    Attorney for Defendant
    ROBERT B. SULLIVAN