GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

ROY J. TJIOE                                        4861-0
   rtjioe@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorney for Defendant
SULLIVAN PROPERTIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.,<br><br>              Defendants. | CIVIL NO.  CV04-00550 HG BMK<br>(Declaratory Relief)<br><br>DEFENDANT SULLIVAN PROPERTIES, INC.'S **JOINDER IN** DEFENDANT ROBERT B. SULLIVAN'S **MOTION TO CERTIFY ISSUE TO THE HAWAII SUPREME COURT** FILED 01/04/07; CERTIFICATE OF SERVICE<br><br>*Hearing: January 22, 2007*<br>*Time:     9:30 a.m.*<br>*Judge:    Hon. Helen Gillmorr* |

1610831.1

**DEFENDANT SULLIVAN PROPERTIES, INC.'S
JOINDER IN DEFENDANT ROBERT B. SULLIVAN'S
MOTION TO CERTIFY
ISSUE TO THE HAWAII SUPREME COURT FILED 01/04/07**

Defendant SULLIVAN PROPERTIES, INC., by and through its attorneys, Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, pursuant to Rule 7 of the Federal Rules of Civil Procedure, and LR 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby joins in Defendant Robert B. Sullivan's Motion to Certify Issue to the Hawaii Supreme Court, filed herein on January 4, 2007, and incorporates by reference the arguments raised and authorities cited therein.

DATED: Honolulu, Hawaii, January 9, 2007.

/s/ Roy J. Tjioe
ROY J. TJIOE
Attorney for Defendant
SULLIVAN PROPERTIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00550 HG BMK<br>(Declaratory Relief)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following parties, in the manner described thereto, at their last-known addresses on the date indicated below:

1610831.1

|  | HAND DELIVERED | MAILED | FAXED | ECF |
|---|---|---|---|---|
| SIDNEY K. AYABE, sidney.ayabe@hawadvocate.com | [ ] | [ ] | [ ] | [X] |
| JEFFREY H. K. SIA jeffrey.sia@hawadvocate.com Pauahi Tower, Suite 2500 1001 Bishop Street Honolulu, HI 96813 | [ ] | [ ] | [ ] | [X] |
| ALAN B. YUTER RACHEL E. HOBBS THOMAS A. BURGOS, III Selman Breitman LLP 11766 Wilshire Boulevard, 6th Floor Los Angeles, CA 90025-6538 | [ ] | [X] | [ ] | [ ] |

*Attorneys for Plaintiff*
**SCOTTSDALE INSURANCE COMPANY**

|  | HAND DELIVERED | MAILED | FAXED | ECF |
|---|---|---|---|---|
| MICHELE-LYNN E. LUKE michele@richardsandluke.com Pauahi Tower, Suite 2700 1001 Bishop Street Honolulu, HI 96813 | [ ] | [ ] | [ ] | [X] |

*Attorney for Defendant*
**ROBERT B. SULLIVAN**

2

|  | HAND DELIVERED | MAILED | FAXED | ECF |
|---|---|---|---|---|
| COLIN O. MIWA<br>cmiwa@cades.com | [ ] | [ ] | [ ] | [X] |
| KRISTIN S. SHIGEMURA<br>kshigemura@cades.com | [ ] | [ ] | [ ] | [X] |
| MARTIN E. HSIA<br>Cades Schutte LLP<br>Suite 1200, 1000 Bishop Street<br>Honolulu, HI 96813 | [ ] | [X] | [ ] | [ ] |

*Attorney for Defendants*
*MAUI LAND & PINEAPPLE*
*COMPANY, INC. and KAPALUA*
*LAND COMPANY, LTD.*

DATED: Honolulu, Hawaii, January 9, 2007.

/s/ Roy J. Tjioe
ROY J. TJIOE
Attorney for Defendant
SULLIVAN PROPERTIES, INC.

3