IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | CIVIL NO. CV04 00550 HG/BMK (Declaratory Relief ) |
| Plaintiff, | ) ) ) | PAGE LENGTH CERTIFICATION |
| vs. | ) ) ) | |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

[2004432/#321815]

## PAGE LENGTH CERTIFICATION

JEFFREY H. K. SIA, hereby certifies pursuant to Rules 56.1(d) of the

Local Rules of the United States District Court for the District of Hawaii (effective

12/1/02), that PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S REPLY

MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY

JUDGMENT RE: REIMBURSEMENT CLAIM FILED ON 12/1/06 is comprised

of 3,947 words, including headings, footnotes and quotations, but not counting the

case caption, table of contents, table of authorities, exhibits, declarations,

certificates of counsel, and certificates of service, as determined by the alternate

method provided by Local Rules 7.5(e) and 56.1(d), using the word count feature

of the word-processing program (Word 2003) used to prepare Plaintiff Scottsdale

Insurance Company's Reply Memorandum In Support Of Motion For Partial

Summary Judgment Re: Reimbursement Claim Filed On 12/1/06.   The total

number of words for said Reply Memorandum is less than half of the words

specified for a memorandum in support of a motion, per Local Rule 7.5(c).

DATED:  Honolulu, Hawaii, January 11, 2007.


/s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
 SCOTTSDALE INSURANCE COMPANY