# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 22, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00550HG-BMK |
| CASE NAME: | SCOTTSDALE INSURANCE COMPANY v. SULLIVAN PROPERTIES, INC., et al |
| ATTYS FOR PLA: | Alan B. Yuter, Esq. |
| ATTYS FOR DEFT: | Michele-Lynn E. Luke, Esq.<br>Robert K. Fricke, Esq.<br>Colin O. Miwa, Esq.<br>Patrick Sullivan |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 22, 2007 | TIME: | 9:30 - 10:00 |

COURT ACTION:  PLAINTIFF SCOTTSDALE INSURANCE CO.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE REIMBURSEMENT CLAIM -

DEFENDANT ROBERT B. SULLIVAN'S MOTION TO CERTIFY ISSUE TO THE HAWAII SUPREME COURT -

DEFENDANT SULLIVAN PROPERTIES, INC.'S JOINDER IN DEFENDANT ROBERT B. SULLIVAN'S MOTION TO CERTIFY ISSUE TO THE HAWAII SUPREME COURT -

Discussion held.

The Court takes the motions under submission.  A written order will issue.

Submitted by: Mary Rose Feria, Courtroom Manager