ORIGINAL

Of Counsel:
RICHARDS & LUKE

MICHELE-LYNN E. LUKE     5332-0
2700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 536-0802
Facsimile:  (808) 536-5117
e-mail: michele@richardsandluke.com

Attorney for Defendants
ROBERT B. SULLIVAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

LODGED

APR 0 5 2007

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | CIVIL NO. CV04-00550 HG BMK (Declaratory Relief) |
| Plaintiff, | ) ) | **WITHDRAWAL AND** |
| vs. | ) ) | **SUBSTITUTION OF COUNSEL** **FOR DEFENDANT SULLIVAN** |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD. | ) ) ) ) ) | **PROPERTIES, INC.;** **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) ) | No Trial Date |
| | ) ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## FOR DEFENDANT SULLIVAN PROPERTIES, INC

Comes now the law firm of Goodsill Anderson Quinn & Stifel and hereby withdraws as counsel for Defendant SULLIVAN PROPERTIES, INC. in the above-captioned action.

Comes now Richards & Luke and hereby appears and substitutes as counsel for Defendant SULLIVAN PROPERTIES, INC. in the above-captioned action.

This Withdrawal and Substitution of Counsel is made pursuant to LR 83.6, Local Rules for District of Hawaii.

There is no trial date set in this matter.

DATED: Honolulu, Hawaii, _____APR - 5 2007_____.


_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN


_____
JOHN R. LACY
EMILY REBER PORTER
Withdrawing Attorneys for Defendant
SULLIVAN PROPERTIES, INC.

APPROVED AND SO ORDERED:

APR 0 5 2007

Judge of the Above-Entitled Court

---

*Scottsdale Insurance Company vs. Sullivan Properties, Inc., et al.*, Civil No. CV04-00550 HG BMK; **WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SULLIVAN PROPERTIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on APR - 5 2007, and by the methods of service

noted below, a true and correct copy of the foregoing was served on the following

at their last known addresses:

## SERVED THROUGH U.S. MALI:

SIDNEY K. AYABE, ESQ.
JEFFREY H.K. SIA, ESQ.
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
    Attorneys for Plaintiff

JOHN R. LACY, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
    Withdrawing Attorneys for Defendant
    SULLIVAN PROPERTIES, INC.

COLIN O. MIWA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
    Attorneys for Defendants
    MAUI LAND & PINEAPPLE
    COMPANY, INC. and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, _____APR - 5 2007_____.


_____

MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN