AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: 1:04-CV-00550-HG-BMK |
| V. | |
| SULLIVAN PROPERTIES, INC., ROBERT B. SULLIVAN, MAUI LAND & PINEAPPLE COMPANY, INC. And KAPALUA LAND | |
| Defendant(s). | |

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered for the foregoing reasons, "(1) Plaintiff Scottsdale Insurance Company's Motion for Partial Summary Judgment Re: Reimbursement Claim is **GRANTED**; (2) Defendant Robert B. Sullivan and Sullivan Properties, Inc.'s Motion to Certify Issue to the Hawaii Supreme Court is **DENIED**; (3) Scottsdale is entitled to reimbursement of amounts paid in defense of Defendant Sullivan Properties in the underlying action in the amount of $119,950.01. (4) Scottsdale is entitled to reimbursement of amounts paid in defense costs of Defendant Robert B. Sullivan in the underlying action in the amount of $27,869.73. (5) No claims remain.", pursuant to the "Order Granting Plaintiff Scottsdale Insurance Company's Motion for Partial Summary Judgment re: Reimbursement Claim and Denying Defendants' Motion to Certify Issue to the Hawaii Supreme Court" issued by Chief Judge Helen Gillmor on August 1, 2007.

| | |
|---|---|
| August 7, 2007 | SUE BEITIA |
| Date | Clerk |
| | /s/ B. Aurio |
| | (By) Deputy Clerk |