UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 7, 2007

TO ALL COUNSEL

Re : 1:04-CV-00550-HG-BMK
SCOTTSDALE INSURANCE COMPANY vs. SULLIVAN PROPERTIES, INC., ROBERT B. SULLIVAN, MAUI LAND & PINEAPPLE COMPANY, INC. And KAPALUA LAND

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on August 7, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: /s/ B. Aurio
     Deputy Clerk

cc: all counsel