AYABE, CHONG, NISHIMOTO,
 SIA & NAKAMURA, A Limited
 Liability Law Partnership

| | |
|---|---|
| SIDNEY K. AYABE | 968-0 |
| JEFFREY H. K. SIA | 3029-0 |

Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
Facsimile No.:  (808) 537-6119
Sidney.Ayabe@hawadvocate.com
Jeffrey.Sia@hawadvocate.com

SELMAN • BREITMAN LLP

ALAN B. YUTER
RACHEL E. HOBBS
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, California 90025-6538
Telephone:  (310) 445-0800
Facsimile:   (310) 473-2525
AYuter@SelmanBreitman.com
RHobbs@selmanbreitman.com

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) CIVIL NO. CV04 00550 HG/BMK |
| | ) (Declaratory Relief ) |
| | ) |
| Plaintiff, | ) PLAINTIFF SCOTTSDALE |
| | ) INSURANCE COMPANY'S |
| | ) REQUEST FOR TAXATION OF |
| vs. | ) COSTS; NOTICE OF TAXATION OF |
| | ) COSTS; MEMORANDUM IN |

| | |
|---|---|
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | ) SUPPORT OF BILL OF COSTS; ) BILL OF COSTS; AFFIDAVIT OF ) JEFFREY H. K. SIA; EXHIBITS "A-) C;" CERTIFICATE OF SERVICE ) ) |
| Defendants. | ) No trial date set ) |
| _____ | ) |

[2004432/#342337]

## PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S
## REQUEST FOR TAXATION OF COSTS

Plaintiff SCOTTSDALE INSURANCE COMPANY (hereinafter referred to as "Plaintiff"), by and through its attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura and Selman • Breitman LLP, hereby requests the Clerk of the Court to tax costs on behalf of the Plaintiff and against Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN in the sum of **$3,056.47**, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, the Court's Order Granting Plaintiff Scottsdale Insurance Company's Motion for Partial Summary Judgment Re: Reimbursement Claim and Denying Defendants' Motion to Certify Issue To The Hawaii Supreme Court Filed on 8/2/07, and the Judgment In A Civil Case Filed on 8/7/07 (said Judgment entered on 8/7/07). This request also is supported by the Memorandum in Support of Bill of Costs, the Bill of Costs, Affidavit of Jeffrey H. K. Sia, Exhibits "A-C," and the records and files herein.

3

DATED:  Honolulu, Hawaii, September 6, 2007.

  /s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY