IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) CIVIL NO. CV04 00550 HG/BMK<br>) (Declaratory Relief )<br>) |
| Plaintiff, | ) NOTICE OF TAXATION OF COSTS<br>)<br>) |
| vs. | )<br>) |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

[2004432/#342361]

NOTICE OF TAXATION OF COSTS

TO:   MICHELE-LYNN E. LUKE, ESQ.
    Suite 2700, Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorney for Defendants
    SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN

YOU ARE HEREBY NOTIFIED that costs in the amount of $3,056.47 as reflected in the attached Bill of Costs of Plaintiff Scottsdale Insurance Company, will be taxed by the Clerk of the above-entitled Court pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.2 of the Local

2

Rules for the U.S. District Court, District of Hawaii, and effective on the ____ day of _____, 2007, at _____ o'clock __.m.

DATED: Honolulu, Hawaii, September 6, 2007.

/s/ Jeffrey H. K. Sia
SIDNEY K. AYABE
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY