AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 224980 |
| Trans | 128347 |

Received From: **AYABE CHONG**
Case Number:
Reference Number: **CV 04-550**

| | |
|---|---|
| Cash | 8.00 |
| Check | 178.00 |
| Total | 186.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 90.00 |
| CERTIFICATION | 322360 | 4 | 20.00 |
| CERTIFICATION | 510000 | 4 | 16.00 |
| | Total | | 186.00 |
| | Tend | | 186.00 |
| | Due | | 0.00 |

09/09/2004 11:05:11 AM       Deputy Clerk: anna/ET

Scottsdale (Sullivan)
#2004-432

ch #42783

EXHIBIT "A"