**Michael K. Smythe**
Process Server
Post Office Box 688
Haiku, Hawaii 96708
Phone: (808) 278-4644

*K04-1087 #*

## STATEMENT OF COMPLETED SERVICE

Date: 9/25/04
Depositor: AYABE, CHONG, 1001 Bishop St., Pauahi Tower, Suite 2500 Hon.
Case Title: Scottsdale Insurance v. Sullivan Properties
Invoice #: K04-1087
Document #: CV 04-00550 (HG/BMK)

| Person Served: | Date: | Time: | Place: | Fee: | Mileage: | Other: |
|---|---|---|---|---|---|---|
| Sullivan Properties Served thru Steve MOSES (Associate / accepted) | 9/23/04 | 5:20p. | 10 Hoohui, Suite 110 Kahana | 25.00 | 25.00 | |
| Robert SULLIVAN thru Steve MOSES (Agent / Associate) | — same as above — | | | 25.00 | -0- | |
| Kapalua Land Co. thru Thomas SELBY (officer) | 9/24/04 | 4:20p. | 700 Village Rd. Kapalua | 25.00 | 70.00 | 35.00 (attempt) (2 attempts) |
| Maui Land & Pine thru Thomas SELBY (associate) Attempts (2) | — same as above — | | | 25.00 | -0- | |
| ① 9/23/04 @ 5:40pm, not in. | | | | | | |
| ② 9/24/04 @ 4:20pm, served. | | | | | | |

Total: 195.00
Prepaid: _____
Balance Due: _____

I certify that this statement is true and correct and payment, therefore, has not been received.

_____   9/25/04
Michael K. Smythe                    Date

2004-432 (0000994) JHKS
Scottsdale Insurance Company

**EXHIBIT "B"**

K04-1414

# Michael K. Smythe
Process Server
Post Office Box 688
Haiku, Hawaii 96708
Phone: (808) 278-4644

## STATEMENT OF COMPLETED SERVICE

Date: 11/22/04
Depositor: AYABE, CHONG et al
Case Title: Scottsdale Ins v. Sullivan Prop.
Invoice #: K04-1414
Document #: CV 04-00550 (HG, BMK)

| Person Served: | Date: | Time: | Place: | Fee: | Mileage: | Other: |
|---|---|---|---|---|---|---|
| Robert B. Sullivan thru Paula Sullivan (wife, accepted) | 11/22/04 | 5:10pm | 550 Wainee Lahaina | 25.00 | 40.00 | |
| Attempts - | 11/22/04 @ | 4:10pm, Hodui, Kahana, not in | | | | |
| | 11/22/04 @ | 5:10pm, served | | | | |

Total: 65.00
Prepaid
Balance Due

I certify that this statement is true and correct and payment, therefore, has not been received.

_____        11/22/04
Michael K. Smythe                  Date

2004-432 (JHKS)
(0000994) Scottsdale Ins. Co.