AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 226359 |
| Trans | 129730 |

Received From:    **AYABE CHONG**

Case Number:

Reference Number:    **CV 04-550**

|  | Cash | **9.00** |
|---|---|---|
|  | Total | **9.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CERTIFICATION | 322360 | 1 | 5.00 |
| CERTIFICATION | 510000 | 1 | 4.00 |

|  | **Total** | **9.00** |
|---|---|---|
|  | Tend | 9.00 |
|  | Due | 0.00 |

11/16/2004 10:57:59 AM        Deputy Clerk: anna/DT

re: Scottsdale (Sullivan)
File # 2004-432
JHKS

Certification of copy of Complt.



## PETTY CASH REQUEST FORM

**CASE NAME:**    SCOTTSDALE (Sullivan)    **DATE:**  9/9/04

**OUR FILE NO.:**    2004 - 432    **AMOUNT:**    $8.00

**DESCRIPTION:**    Certified Copy – additional fees
**PAYABLE to:**    Thomas Morita
**ADDRESS:**    ACNS&N

**TAX ID/SS #:**

**REQUESTED BY:**    JHKS / audrey    **APPROVED BY:**

## PETTY CASH

DATE 9.9.04

AMOUNT $8.00

APPROVAL

ACCOUNT Scottsdale (Sullivan)

NUMBER 2004 432

Tops FORM 4109

FOR Certified Copies –
Reimburse Tom Morita
USDC

RECEIVED BY

|  |  | Amount |
|---|---|---|
| 09/09/04 | Copies - 1 Pg(s) | 0.10 |
| 09/09/04 | Copies - 104 Pg(s) | 10.40 |
| 09/09/04 | Copies - 3 Pg(s) | 0.30 |
| 09/09/04 | Copies - 3 Pg(s) | 0.30 |
| 09/21/04 | Copies - 9 Pg(s) | 0.90 |
| 09/27/04 | Copies - 15 Pg(s) | 1.50 |
| 09/28/04 | Copies - 4 Pg(s) | 0.40 |
| 09/28/04 | Copies - 135 Pg(s) | 13.50 |
| 09/28/04 | Copies - 3 Pg(s) | 0.30 |
| 09/28/04 | Copies - 1 Pg(s) | 0.10 |
| 09/28/04 | Copies - 2 Pg(s) | 0.20 |
| 09/29/04 | Copies - 2 Pg(s) | 0.20 |
| 10/01/04 | Copies - 2 Pg(s) | 0.20 |
| 10/01/04 | Copies - 2 Pg(s) | 0.20 |
| 10/18/04 | Copies - 23 Pg(s) | 2.30 |
| 10/21/04 | Copies - 3 Pg(s) | 0.30 |
| 10/29/04 | Copies - 1 Pg(s) | 0.10 |
| 11/05/04 | Copies - 1 Pg(s) | 0.10 |
| 11/09/04 | Copies - 12 Pg(s) | 1.20 |
| 11/16/04 | Copies - 14 Pg(s) | 1.40 |
| 11/16/04 | Copies - 1 Pg(s) | 0.10 |
| 11/16/04 | Copies - 34 Pg(s) | 3.40 |
| 11/16/04 | Copies - 3 Pg(s) | 0.30 |
| 11/16/04 | Copies - 12 Pg(s) | 1.20 |
| 11/16/04 | Copies - 2 Pg(s) | 0.20 |
| 11/17/04 | Copies - 2 Pg(s) | 0.20 |
| 11/17/04 | Copies - 16 Pg(s) | 1.60 |
| 11/17/04 | Copies - 26 Pg(s) | 2.60 |
| 11/30/04 | Copies - 12 Pg(s) | 1.20 |
| 11/30/04 | Copies - 3 Pg(s) | 0.30 |
| 12/01/04 | Copies - 1 Pg(s) | 0.10 |
| 01/03/05 | Copies - 1 Pg(s) | 0.10 |
| 01/18/05 | Copies - 126 Pg(s) | 12.60 |
| 01/19/05 | Copies - 3 Pg(s) | 0.30 |
| 01/19/05 | Copies - 3 Pg(s) | 0.30 |
| 01/19/05 | Copies - 140 Pg(s) Copies of application for Pro Hac Vice admission of Rachel Hobbs | 14.00 |
| 01/24/05 | Copies - 39 Pg(s) | 3.90 |
| 01/24/05 | Copies - 54 Pg(s) | 5.40 |
| 01/24/05 | Copies - 3 Pg(s) | 0.30 |
| 01/25/05 | Copies - 28 Pg(s) | 2.80 |
| 01/25/05 | Copies - 1 Pg(s) | 0.10 |
| 02/09/05 | Copies - 893 Pg(s) Copies of Production of documents to all counsel in case | 89.30 |
| 02/17/05 | Copies - 44 Pg(s) | 4.40 |
| 02/17/05 | Copies - 242 Pg(s) Copies of discovery requests to Defs. Sullivan Properties and | 24.20 |

|  | Robert Sullivan |  |
|---|---|---|
| 02/17/05 | Copies - 31 Pg(s) | 3.10 |
| 02/17/05 | Copies - 27 Pg(s) | 2.70 |
| 02/22/05 | Copies - 6 Pg(s) | 0.60 |
| 02/22/05 | Copies - 25 Pg(s) | 2.50 |
| 02/22/05 | Copies - 28 Pg(s) | 2.80 |
| 02/22/05 | Copies - 2 Pg(s) | 0.20 |
| 02/22/05 | Copies - 475 Pg(s) Copies of our Response to Def. Robert Sullivan's 1st request for answers to interrogatories to plaintiff | 47.50 |
| 02/22/05 | Copies - 9 Pg(s) | 0.90 |
| 02/22/05 | Copies - 60 Pg(s) | 6.00 |
| 02/22/05 | Copies - 906 Pg(s) Copies of our response to Def. Robert Sullivan's 1st request for answers to interrogatories to plaintiff Scottsdale | 90.60 |
| 02/23/05 | Copies - 18 Pg(s) | 1.80 |
| 02/24/05 | Copies - 12 Pg(s) | 1.20 |
| 03/02/05 | Copies - 24 Pg(s) | 2.40 |
| 03/15/05 | Copies - 88 Pg(s) | 8.80 |
| 03/15/05 | Copies - 15 Pg(s) | 1.50 |
| 03/21/05 | Copies - 13 Pg(s) | 1.30 |
| 03/21/05 | Copies - 1 Pg(s) | 0.10 |
| 03/24/05 | Copies - 6 Pg(s) | 0.60 |
| 03/24/05 | Copies - 2 Pg(s) | 0.20 |
| 03/31/05 | Copies - 15 Pg(s) | 1.50 |
| 03/31/05 | Copies - 84 Pg(s) | 8.40 |
| 04/05/05 | Copies - 2 Pg(s) | 0.20 |
| 04/14/05 | Copies - 39 Pg(s) | 3.90 |
| 04/18/05 | Copies - 111 Pg(s) Copies re discovery responses | 11.10 |
| 04/18/05 | Copies - 1 Pg(s) | 0.10 |
| 04/19/05 | Copies - 36 Pg(s) | 3.60 |
| 04/19/05 | Copies - 44 Pg(s) | 4.40 |
| 04/19/05 | Copies - 40 Pg(s) | 4.00 |
| 04/19/05 | Copies - 1 Pg(s) | 0.10 |
| 04/19/05 | Copies - 4 Pg(s) | 0.40 |
| 04/20/05 | Copies - 32 Pg(s) | 3.20 |
| 04/27/05 | Copies - 15 Pg(s) | 1.50 |
| 04/28/05 | Copies - 457 Pg(s) Copies of production of documents | 45.70 |
| 04/28/05 | Copies - 23 Pg(s) | 2.30 |
| 04/29/05 | Copies - 1 Pg(s) | 0.10 |
| 05/02/05 | Copies - 1 Pg(s) | 0.10 |
| 05/03/05 | Copies - 457 Pg(s) Copies of Production of documents to Ms. Luke | 45.70 |
| 05/03/05 | Copies - 1 Pg(s) | 0.10 |
| 05/04/05 | Copies - 122 Pg(s) Copies of production of documents | 12.20 |
| 05/05/05 | Copies - 13 Pg(s) | 1.30 |
| 05/09/05 | Copies - 122 Pg(s) Copies of exhibits to separate and concise statement of facts | 12.20 |
| 05/10/05 | Copies - 854 Pg(s) Copies of exhibits to separate and concise statement of facts | 85.40 |
| 05/10/05 | Copies - 1190 Pg(s) Copies of separate and concise statement of facts with exhibits for filing | 119.00 |
| 05/10/05 | Copies - 420 Pg(s) Copies of Motion for summary judgment for filing with court | 42.00 |
| 05/10/05 | Copies - 20 Pg(s) | 2.00 |

| | | |
|---|---|---|
| 05/11/05 | Copies - 3 Pg(s) | 0.30 |
| 05/17/05 | Copies - 30 Pg(s) | 3.00 |
| 05/17/05 | Copies - 1 Pg(s) | 0.10 |
| 05/18/05 | Copies - 5 Pg(s) | 0.50 |
| 06/23/05 | Copies - 144 Pg(s) Copies re discovery requests | 14.40 |
| 06/23/05 | Copies - 45 Pg(s) | 4.50 |
| 07/22/05 | Copies - 2 Pg(s) | 0.20 |
| 07/28/05 | Copies - 372 Pg(s) re filing with USDC memo in opp to cross mtn for SMJ, reply memo for partial SMJ | 37.20 |
| 08/08/05 | Copies - 2 Pg(s) | 0.20 |
| 09/06/05 | Copies - 6 Pg(s) | 0.60 |
| 01/06/06 | Copies - 1 Pg(s) | 0.10 |
| 04/21/06 | Copies - 2 Pg(s) | 0.20 |
| 04/21/06 | Copies - 310 Pg(s) Motion for partial summary judgment sent ot Ms. Hobb of Sealman Breitman's office | 31.00 |
| 04/26/06 | Copies - 2 Pg(s) | 0.20 |
| 05/11/06 | Copies - 1 Pg(s) | 0.10 |
| 07/14/06 | Copies - 2 Pg(s) | 0.20 |
| 11/08/06 | Copies - 30 Pg(s) | 3.00 |
| 12/04/06 | Copies - 625 Pg(s) for USDC Judge Helen Gillmor re: Filed copies of Separate and Concise Statement of Facts. | 62.50 |
| 12/11/06 | Copies - 145 Pg(s) USDC Judge Helen Gillmor re: Filed copies of Separate and Concise Statement of Facts | 14.50 |
| 01/11/07 | Copies - 52 Pg(s) | 5.20 |
| 01/17/07 | Copies - 46 Pg(s) | 4.60 |
| | Total copying charges | 970.80 |



**PROFESSIONAL IMAGE**

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **140585**

Date **4/4/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Coleen

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,429 | B&W Copying - 4 files - 1 set,   , copied on 1 side | 228.64 |
| | REF: 2004-432 | |

04-1014
dm
*copies of pleadings*
* Originals supplied by Teresa at Goodsill Anderson

| | |
|---|---|
| SUBTOTAL | 228.64 |
| TAX | 9.53 |
| SHIPPING | |

A finance charge of 1 1/2% per month will apply on past due amounts.

| TOTAL | 238.17 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*A.C.N.S.N.*

Invoice No: A- 140585

Amount Due: 238.17

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

```
08:45 AM  Sep 5, 2007                        Selman Breitman LLP                              Page No. 1
                                      All Costs by Matter for all dates

                                   As of report printed 08:45 AM  Sep 5, 2007

Matter(s): Select,380-17952

   Date      Invoice #    Description                                                    Type        Amount

380-17952               Scottsdale Insurance Company
                        Sullivan Properties
                        Some bills were without detailed costs so costs listed are not complete

07-13-04    424459      Copying                                                          SCOPY1         0.60
07-13-04    424459      Fax                                                              SFAX1          0.65
07-23-04    424459      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
07-23-04    424459      Long Distance Telephone; (808) 538-7677                          STEL1          2.63
07-23-04    424459      Long Distance Telephone; (808) 523-6969                          STEL1          5.26
07-27-04    424459      Long Distance Telephone; (808) 523-6969                          STEL1          1.31
07-27-04    424459      Long Distance Telephone; (808) 523-6969                          STEL1          1.31
07-27-04    424459      Long Distance Telephone; (808) 523-6969                          STEL1          1.31
07-27-04    424459      Long Distance Telephone; (808) 523-6969                          STEL1          5.26
07-27-04    424459      Fax                                                              SFAX1          9.05
07-29-04    424459      Long Distance Telephone; (808) 537-6119                          STEL1          5.26
07-29-04    424459      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
08-04-04    424459      Long Distance Telephone; (808) 537-6119                          STEL1         14.46
09-21-04    424459      Copying                                                          SCOPY1         1.60
10-19-04    424459      Copying                                                          SCOPY1         1.60
01-06-05    429209      Copying                                                          SCOPY1        51.50
01-06-05    429209      Copying                                                          SCOPY1        93.10
01-20-05    429209      Copying                                                          SCOPY1        84.00
01-21-05    429209      Copying                                                          SCOPY1        45.80
01-21-05    429209      Copying                                                          SCOPY1       156.90
01-21-05    429209      Copying                                                          SCOPY1         0.30
01-21-05    429209      Copying                                                          SCOPY1         0.40
01-21-05    429209      Copying                                                          SCOPY1         0.10
01-24-05    429209      Copying                                                          SCOPY1         3.40
01-24-05    429209      Copying                                                          SCOPY1         3.40
01-24-05    429209      Copying                                                          SCOPY1         0.20
01-24-05    429209      Copying                                                          SCOPY1         0.10
01-24-05    429209      Copying                                                          SCOPY1         3.90
01-24-05    429209      Copying                                                          SCOPY1         0.10
01-27-05    429209      Copying                                                          SCOPY1       260.30
01-27-05    429209      Copying                                                          SCOPY1        44.80
01-28-05    429209      Copying                                                          SCOPY1        46.10
01-28-05    429209      Copying                                                          SCOPY1       209.40
02-04-05    433511      Copying                                                          SCOPY1         3.50
02-11-05    433511      Fax                                                              SFAX1          5.16
02-11-05    433511      Fax                                                              SFAX1          1.72
02-14-05    433511      Long Distance Telephone; (828) 298-6309                          STEL1         28.92
02-14-05    433511      Copying                                                          SCOPY1       123.80
02-14-05    433511      Fax                                                              SFAX1          0.65
02-16-05    433511      Copying                                                          SCOPY1        77.50
02-17-05    433511      Fax                                                              SFAX1          0.86
02-25-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          1.31
02-25-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
02-25-05    433511      Long Distance Telephone; (828) 298-6309                          STEL1          3.94
03-01-05    433511      Copying                                                          SCOPY1         2.30
03-02-05    433511      Copying                                                          SCOPY1         0.40
03-02-05    433511      Copying                                                          SCOPY1         0.30
03-02-05    433511      Copying                                                          SCOPY1         2.30
03-02-05    433511      Copying                                                          SCOPY1         3.30
03-02-05    433511      Copying                                                          SCOPY1         0.30
03-02-05    433511      Copying                                                          SCOPY1         5.10
03-04-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
03-04-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
03-07-05    433511      Copying                                                          SCOPY1         0.50
03-16-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
03-23-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
03-24-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
03-24-05    433511      Long Distance Telephone; (808) 536-0802                          STEL1          2.63
03-28-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
03-28-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
03-29-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1         48.64
03-30-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
03-30-05    433511      Long Distance Telephone; (808) 547-5600                          STEL1          1.31
04-04-05    433511      Copying                                                          SCOPY1         1.80
04-06-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          2.63
04-06-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
04-07-05    433511      Long Distance Telephone; (808) 521-9200                          STEL1          7.89
04-08-05    433511      Long Distance Telephone; (808) 537-6119                          STEL1          3.94
```

```
08:45 AM  Sep 5, 2007                        Selman Breitman LLP                        Page No. 2
                                        All Costs by Matter for all dates

                                    As of report printed 08:45 AM  Sep 5, 2007

Matter(s): Select,380-17952

    Date     Invoice #   Description                                              Type        Amount

380-17952               Scottsdale Insurance Company
                        Sullivan Properties
                        Some bills were without detailed costs so costs listed are not complete

04-14-05    433511      Long Distance Telephone; 806-2035                         STEL1        0.32
04-14-05    433511      Long Distance Telephone; (808) 537-6119                   STEL1        5.26
04-14-05    433511      Long Distance Telephone; (808) 538-5000                   STEL1        5.26
04-14-05    433511      Long Distance Telephone; (808) 541-1300                   STEL1        3.94
04-14-05    433511      Copying                                                   SCOPY1       4.10
04-14-05    433511      Fax                                                       SFAX1        0.44
04-15-05    433511      Long Distance Telephone; (808) 526-3491                   STEL1        1.31
04-15-05    433511      Long Distance Telephone; (808) 537-6119                   STEL1       30.24
04-15-05    433511      Copying                                                   SCOPY1       1.00
04-15-05    433511      Fax                                                       SFAX1        0.65
04-18-05    433511      Long Distance Telephone; (808) 537-6119                   STEL1        2.63
04-18-05    433511      Long Distance Telephone; (808) 537-6119                   STEL1        2.63
04-18-05    433511      Copying                                                   SCOPY1       0.70
04-18-05    433511      Fax                                                       SFAX1        0.65
04-19-05    433511      Copying                                                   SCOPY1       0.10
04-19-05    433511      Copying                                                   SCOPY1       0.40
04-19-05    433511      Fax                                                       SFAX1        0.44
04-21-05    433511      Long Distance Telephone; (808) 627-4544                   STEL1        2.63
04-21-05    433511      Copying                                                   SCOPY1       2.60
04-22-05    433511      Long Distance Telephone; (808) 537-6119                   STEL1        3.94
04-27-05    433511      FedEx                                                     HDEL1       22.24
                        FedEx; Deliver Documetns to Issac Kosas / First Fire & Casualty in Honolulu,
                        4/15/05; #38761
04-29-05    433511      Copying                                                   SCOPY1       2.60
05-09-05    437511      Copying                                                   SCOPY1       0.10
05-12-05    437511      FedEx                                                     HDEL1       18.45
                        FedEx; Deliver Documents to Ms. Susan Coltera / Scottsdale Ins. in Scottsdale,
                        4/29/05; #57024; As Authorized
05-25-05    437511      FedEx                                                     HDEL1       22.86
                        FedEx; Deliver Documents to Sia & Nakamura Jeffrey, H.K.S. in Honolulu, 5/9/05;
                        #58085; As Authorized
05-31-05    437511      Ikon Document Services                                    HPRO1       21.65
                        Professional Services ; CD Duplication Service 3/30/05; As authorized
06-23-05    437511      Copying                                                   SCOPY1       0.50
08-02-05    440919      Long Distance Telephone; 1(808)547-5776                   STEL1       24.95
08-02-05    440919      Long Distance Telephone; 1(808)537-6119                   STEL1       29.11
09-06-05    440919      Long Distance Telephone; 1(808)537-6119                   STEL1        2.77
05-18-06    453086      Copying                                                   SCOPY1      30.50
06-07-06    453086      Copying                                                   SCOPY1      74.80
06-08-06    453086      Copying                                                   SCOPY1       1.00
06-21-06    453086      FedEx                                                     HDEL1       56.84
                        FedEx; Deliver documents to Jeffrey Sia in Honolulu, HI, 6/8/06; #26083; As
                        Authorized
01-17-07    461184      Copying                                                   SCOPY1      12.50
01-31-07    461184      Alan Yuter                                                HTRV1       45.00
                        Travel; ABY-Taxi Cab expense on 1/22/07 for Hearing in Honolulu, HI, as
                        Authorized.
01-31-07    461184      Alan Yuter                                                HTRV1       25.00
                        Travel; ABY-Taxi Cab expense on 1/22/07 for Hearing in Honolulu, HI, as
                        Authorized.
01-31-07    461184      Alan Yuter                                                HTRV1       44.00
                        Travel; ABY-Taxi Cab expense on 1/21/07 for Hearing in Honolulu, HI, as
                        Authorized.
02-14-07    464960      American Express                                          HTRV1     1598.08
                        Travel; ABY - Air Travel and Agent Fee Charge on 01/16/07 to Honolulu, HI for
                        Hearings, As Authorized; #117627.
03-07-07    464960      American Express                                          HTRV1      401.67
                        Travel; ABY - Hotel Charge on 01/23/07 in Honolulu, Hi for Hearing on Motion
                        for Summary Adjudication, Out of Town Travel, As Authorized; #117437

                                                                 Total Billed             3928.08
                                                                 Totals                   3928.08

                                                                 Hard Costs              2255.79
                                                                 Soft Costs              1672.29
```

08:45 AM  Sep 5, 2007                           Selman Breitman LLP                              Page No. 3
                                          All Costs by Matter for all dates

Matter(s): Select,380-17952        As of report printed 08:45 AM  Sep 5, 2007

| Matter | Unbilled | Billed | Total | Hard | Soft |
|---|---|---|---|---|---|
| 380-17952* | 0.00 | 3928.08 | 3928.08 | 2255.79 | 1672.29 |
| Report Totals | 0.00 | 3928.08 | 3928.08 | 2255.79 | 1672.29 |

* indicates a matter had some bills without detailed costs