IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | CIVIL NO. CV04 00550 HG/BMK (Declaratory Relief ) |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

[2004432/#342337]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S REQUEST FOR TAXATION OF COSTS; NOTICE OF TAXATION OF COSTS; MEMORANDUM IN SUPPORT OF BILL OF COSTS; BILL OF COSTS; AFFIDAVIT OF JEFFREY H. K. SIA; EXHIBITS "A-C" was duly served upon the following parties in the manner indicated below and on the date set forth below:

**ELECTRONICALLY THROUGH CM/ECF:**

TO:    MICHELE-LYNN E. LUKE, ESQ.
       Suite 2700, Pauahi Tower
       1001 Bishop Street
       Honolulu, Hawaii  96813

       Attorney for Defendants
       SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN


       COLIN MIWA, ESQ.
       KRISTIN S. SHIGEMURA, ESQ.
       Cades Schutte LLP
       1000 Bishop Street, Ste. 1200
       Honolulu, Hawaii  96813

       Attorneys for Defendants
       MAUI LAND & PINEAPPLE COMPANY, INC.
       and KAPALUA LAND COMPANY, LTD.

              DATED:  Honolulu, Hawaii, September 6, 2007.


                            /s/ Jeffrey H. K. Sia
                            SIDNEY K. AYABE
                            JEFFREY H. K. SIA
                            ALAN B. YUTER
                            RACHEL E. HOBBS
                            Attorneys for Plaintiff
                            SCOTTSDALE INSURANCE COMPANY