**ORIGINAL**

Of Counsel:
RICHARDS & LUKE

MICHELE-LYNN E. LUKE    5332-0
2700 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 536-0802
Facsimile:  (808) 536-5117
e-mail: michele@richardsandluke.com

Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2007

at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CIVIL NO. CV04-00550 HG BMK (Declaratory Relief) |
| Plaintiff, | |
| vs. | **DEFENDANTS SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE** |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD. | |
| Defendants. | |

### DEFENDANTS SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following: (1) the August 2, 2007 Order Granting Plaintiff Scottsdale Insurance Company's Motion for Partial Summary Judgment Re: Reimbursement Claim and Denying Defendants' Motion to Certify Issue to the Hawaii Supreme Court; and (2) the Judgment entered on August 7, 2007 in favor of Plaintiff SCOTTSDALE INSURANCE COMPANY and against Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN pursuant to the aforementioned order.

DATED: Honolulu, Hawaii, September 6, 2007.

_____
MICHELE-LYNN E. LUKE
Attorneys for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

## CERTIFICATE OF SERVICE

I hereby certify that, on September 6, 2007, and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

### SERVED THROUGH HAND DELIVERY:

SIDNEY K. AYABE, ESQ.
JEFFREY H.K. SIA, ESQ.
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
    Attorneys for Plaintiff

COLIN O. MIWA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
    Attorneys for Defendants
    MAUI LAND & PINEAPPLE COMPANY, INC.
    and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, September 6, 2007.

_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN