**ORIGINAL**

Of Counsel:
RICHARDS & LUKE

MICHELE-LYNN E. LUKE   5332-0
2700 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 536-0802
Facsimile: (808) 536-5117
e-mail: michele@richardsandluke.com

Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 06 2007
at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD. <br><br> Defendants. | CIVIL NO. CV04-00550 HG BMK <br> (Declaratory Relief) <br><br> **REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE** |

## REPRESENTATION STATEMENT

The above-referenced Defendants, appellees in this matter, hereby attach a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number as follows:

SIDNEY K. AYABE, ESQ.
JEFFREY H.K. SIA, ESQ.
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
Telephone: 808-537-6119

Attorneys for Plaintiff

COLIN O. MIWA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: 808-544-3841

Attorneys for Defendants
MAUI LAND & PINEAPPLE COMPANY, INC.
and KAPALUA LAND COMPANY, LTD.

MICHELE-LYNN E. LUKE    5332-0
2700 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone: 808-536-0802

Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

DATED: Honolulu, Hawaii, __SEP 6 2007__.

_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

## CERTIFICATE OF SERVICE

I hereby certify that, on  SEP 6 2007 , and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

## SERVED THROUGH HAND DELIVERY:

SIDNEY K. AYABE, ESQ.
JEFFREY H.K. SIA, ESQ.
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
    Attorneys for Plaintiff

COLIN O. MIWA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
    Attorneys for Defendants
    MAUI LAND & PINEAPPLE COMPANY, INC.
    and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, SEP 6 2007.

_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN