ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

cc:esR.

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. CV04-00550 HG BMK

Short Case Title: Scottsdale Insurance Company vs. Sullivan Properties, Inc., et al.

Date Notice of Appeal Filed by Clerk of District Court: September 6, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| January 22, 2007 | Stephen Platt | Pre-Trial Proceedings  Motion |
| September 6, 2005 | Stephen Platt | Other (please specify)  Motion |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 13 2007 at __ o'clock and 15 min. __ M. SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: September 13, 2007     Estimated date for completion of transcript: 10/15/07
Print Name of Attorney: Michele-Lynn E. Luke     Phone Number: 808-536-0802
Signature of Attorney: _[signature]_
Address: 1003 Bishop Street, 2700 Pauahi Tower, Honolulu, Hawaii 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                   BY:
(U.S. District Court Clerk)   (date)         DEPUTY CLERK