# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AMENDED DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:** Scottsdale Insurance Company vs. Sullivan Properties, et al.,

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00550 HG-BMK

II   **DATE NOTICE OF APPEAL FILED:**   September 6, 2007

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 09/06/07        **AMOUNT:**   $455.00

   **NOT PAID YET:**            **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**       **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 18, 2007

AMENDED NOTICE OF APPEAL

To All Counsel of Record as Appellees:

    IN RE:   Scottsdale Insurance vs. Sullivan Properties, et al.,

              Civil No. 04-00550 HG-BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on September 6, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK
by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
   Sullivan Properties, Inc., et al., (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS