UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

```
RICH001*    968134000 1807 03 09/17/07
RETURN TO SENDER
:RICHARDS AND LUKE
1003 BISHOP ST STE 2700
HONOLULU HI 96813-6475

RETURN TO SENDER
```

CV04-00550 HG-BMK

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 18 2007

DISTRICT OF HAWAII