# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Sulllivan Properties, Inc., et al., vs. Scottsdale Insurance

Company

**U.S. COURT OF APPEALS DOCKET NUMBER**: _07-16661_

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00550 HG-BMK

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 28 2007
DISTRICT OF HAWAII

II    **DATE NOTICE OF APPEAL FILED:**    September 6, 2007

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 09/06/07            **AMOUNT:**    $455.00

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE**:        **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED**:        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
    of the U.S. Court of Appeals Docket Fee.)