

ORIGINAL

MICHELE-LYNN E. LUKE    5332-0
2700 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii   96813
Telephone:  (808) 536-0802
Facsimile:   (808) 536-5117
e-mail: michele@richardsandluke.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.<br><br>Defendants. | CIVIL NO. CV04-00550 HG BMK<br>(Declaratory Relief)<br><br>**DEFENDANTS SULLIVAN PROPERTIES, INC. AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHELE-LYNN E. LUKE; EXHIBIT "A"; CERTIFICATE OF SERVICE** |

### DEFENDANTS SULLIVAN PROPERTIES, INC. AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND

Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN, hereinafter collectively "Defendants SULLIVAN", by and through its attorneys, RICHARDS AND LUKE, and pursuant to the provisions of Rules 7(b), 62(a) and 62(d), Federal Rules of Civil Procedure, hereby moves this Honorable Court for an order staying enforcement of the Judgment entered herein on August 7, 2007, which Judgment was appealed to the Ninth Circuit Court of Appeals on September 6, 2007; and for approval of a supersedeas bond in the amount of 150% of the Judgment amount, a copy of which is attached hereto as Exhibit "A". Upon the granting of this Motion, counsel undersigned will file the original bond with the Court, within one (1) business day.

DATED: Honolulu, Hawaii, October 15, 2007.

_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN