IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.<br><br>Defendants. | CIVIL NO. CV04-00550 HG BMK<br>(Declaratory Relief)<br><br>**DECLARATION OF MICHELE-LYNN E. LUKE** |

## DECLARATION OF MICHELE-LYNN E. LUKE

1. She is a member of the law firm of RICHARDS AND LUKE and is counsel to Defendants SULLIVAN herein.

2. All representations made here are based upon personal knowledge unless otherwise stated below.

3. Exhibit "A" is a true and correct copy of a supersedeas bond issued by Travelers Casualty And Surety Company of America for the amount of $221,729,61, which represents 150% of the Judgment amount.

I declare under penalty of law that the foregoing is true and correct.

DATED at Honolulu, Hawaii, October 15, 2007.

_____
MICHELE-LYNN E. LUKE