## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served upon the following party listed below, in the manner described thereto, at their last known address:

|  | BY U.S. MAIL | BY HAND-DELIVERY |
|---|---|---|
| SIDNEY K. AYABE, ESQ.<br>JEFFREY H.K. SIA, ESQ.<br>1003 Bishop Street<br>2500 Pauahi Tower<br>Honolulu, Hawaii 96813<br>    Attorneys for Plaintiff | X |  |
| MARTIN E. HSIA, ESQ.<br>COLIN O. MIWA, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    MAUI LAND & PINEAPPLE<br>    COMPANY, INC. and KAPALUA LAND COMPANY, LTD. | X |  |

DATED: Honolulu, Hawaii, October 15, 2007.

_____
MICHELE-LYNN E. LUKE
Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN