IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) CIVIL NO. CV04 00550 HG/BMK <br> ) (Declaratory Relief ) <br> ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE <br> ) |
| vs. | ) <br> ) |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD., | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |
| _____ | ) |

[2004432/#347274]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S STATEMENT OF NO OPPOSITION TO DEFENDANTS SULLIVAN PROPERTIES, INC. AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND FILED ON 10/15/07 was duly served upon the following parties, through their respective attorneys, in the manner indicated below and on the date set forth below:

**ELECTRONICALLY THROUGH CM/ECF:**

TO: MICHELE-LYNN E. LUKE, ESQ.
Suite 2700, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN


COLIN MIWA, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte LLP
1000 Bishop Street, Ste. 1200
Honolulu, Hawaii 96813

Attorneys for Defendants
MAUI LAND & PINEAPPLE COMPANY, INC.
and KAPALUA LAND COMPANY, LTD.

DATED: Honolulu, Hawaii, October 23, 2007.


/s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY