ORIGINAL

MICHELE-LYNN E. LUKE     5332-0
2700 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii   96813
Telephone:  (808) 536-0802
Facsimile:   (808) 536-5117
e-mail: michele@richardsandluke.com

Attorney for Defendants
SULLIVAN PROPERTIES, INC.
and ROBERT B. SULLIVAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2007

at 3 o'clock and 37 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.<br><br>Defendants. | CIVIL NO. CV04-00550 HG BMK<br>(Declaratory Relief)<br><br>**ORDER GRANTING DEFENDANTS SULLIVAN PROPERTIES, INC. AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND, FILED OCTOBER 15, 2007** |

**ORDER GRANTING DEFENDANTS SULLIVAN PROPERTIES, INC.**

AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF <u>SUPERSEDEAS BOND, FILED OCTOBER 15, 2007</u>

Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN having filed their Motion for Stay of Enforcement of Judgment and for Approval of Supersedeas Bond on October 15, 2007, and Plaintiff SCOTTSDALE INSURANCE COMPANY having filed its Statement of No Opposition to said Motion on October 23, 2007, now, therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN's Motion for Stay of Enforcement of Judgment and for Approval of Supersedeas Bond, filed October 15, 2007, be and hereby is, GRANTED.

The Court APPROVES a supersedeas bond in the amount of $221,729.61.

DATED: Honolulu, Hawaii, 10.24.07

*[signature]*

---

SCOTTSDALE INSURANCE COMPANY vs. SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.; CIVIL NO. CV04-00550 HG BMK; **ORDER GRANTING DEFENDANTS SULLIVAN PROPERTIES, INC. AND ROBERT B. SULLIVAN'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND, FILED OCTOBER 15, 2007**