IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) | CIV NO. 04-00550HG-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) ) | |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; and KAPALUA LAND COMPANY, LTD., | ) ) ) ) ) ) | |
| Defendant(s). | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on November 20, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master, Document

no. 107, is adopted as the opinion and order of this court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, December 17, 2007.



      /s/ Helen Gillmor

    Chief United States District Judge

cc: all parties of record