**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2008

at 3 o'clock and 55 min P M
SUE BEITIA, CLERK

LODGED

APR 01 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

KESSNER UMEBAYASHI BAIN & MATSUNAGA
MICHELE-LYNN E. LUKE (5332-0)
Central Pacific Bank Plaza
220 King Street, Floor 19
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-5117

Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN

SELMAN BREITMAN, LLP
ALAN B. YUTER (101534)   *Pro hac vice*
RACHEL E. HOBBS (186424)   *Pro hac vice*
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, California 90025
Telephone No.: (310) 445-0800

Attorneys for Plaintiff-Appellee
SCOTTSDALE INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD.; AND DOES 1 THROUGH 10, inclusive<br><br>Defendants. | CIVIL CASE NO: CV-04-00550 HG BMK<br>(Declaratory Relief)<br><br>[Assigned to the Hon. Helen Gillmor]<br><br>**STIPULATION TO DISCHARGE SUPERSEDEAS BOND**<br><br>Bond No. **104968130** |

Plaintiff Scottsdale Insurance Company ("Scottsdale") and defendants Sullivan Properties, Inc., and Robert B. Sullivan (collectively "Sullivan defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1. On or about August 7, 2007, this Court granted summary judgment in Scottsdale's favor.

2. On or around September 7, 2007, the Sullivan defendants appealed the judgment.

3. On or around January 31, 2008, the parties reached a settlement agreement whereby the Sullivan defendants, collectively, agreed to pay Scottsdale the sum of One Hundred Thousand United States dollars ($100,000.00).

4. All claims are being dismissed with prejudice pursuant to the settlement agreement.

5. The Supersedeas Bond obligations have been discharged and the Supersedeas Bond is no longer required and should be released.

6. Therefore, the parties hereby stipulate to discharge, release and exonerate Supersedeas Bond Number **104968130** ("Supersedeas Bond") posted at the request of the Principals, the Sullivan defendants, in connection with Civil Case No. CV-04-00550 HG BMK by Travelers Casualty and Surety Company of America ("Travelers") as Surety, in the amount of Two-Hundred Twenty-One Thousand, Seven Hundred Twenty-Nine and 61/100 United States Dollars ($221,729.61).

7. Upon discharge of the Supersedeas Bond, Scottsdale's settlement will be fully funded from the money paid by Sullivan Properties to Travelers as Surety.

8. Upon discharge of the Supersedeas Bond, Travelers, as Surety, is to disburse One Hundred Ten Thousand, Eight Hundred and Sixty Four and 80/100 United States dollars ($110,864.80) to the trust account of Kessner Umebayashi Bain & Matsunaga ("KUBM"), the law firm which represents the Sullivan

defendants by and through their attorney, Michele-Lynn E. Luke.

9. The parties hereby consent and agree that upon receipt of Sullivan Properties' collateral from Travelers to the trust account of KUBM, KUBM will write a check made payable to Scottsdale in the sum of One Hundred Thousand United States dollars ($100,000.00) to satisfy the settlement agreement.

10. The parties hereby consent and agree to the entry of an Order by this Court discharging the Supersedeas Bond and releasing Travelers and its parents, affiliates and subsidiaries from any and all past, present, and future liability arising under or in connection with the issuance of the Supersedeas Bond.

WHEREFORE for the foregoing reasons, the parties through their undersigned counsel pray this Honorable Court enter an Order fully and unconditionally discharging, releasing and exonerating the Supersedeas Bond and releasing Travelers from any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

DATED: March 31, 2008

Respectfully submitted,
KESSNER UMEBAYASHI BAIN & MATSUNAGA

By: /s/ MICHELE-LYNN E. LUKE
Attorneys for Defendants-Appellants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN

DATED: March 31, 2008

Respectfully submitted,
SELMAN BREITMAN LLP

By: (For) ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff-Appellee
SCOTTSDALE INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO DISCHARGE SUPERSEDEAS BOND