# ORIGINAL

KESSNER UMEBAYASHI BAIN & MATSUNAGA

MICHELE-LYNN E. LUKE    5332-0
220 South King Street
Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:   (808) 529-7177
e-mail: mluke@kdubm.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 12 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorney for Defendants
SULLIVAN PROPERTIES, INC. and
ROBERT B. SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CIVIL NO. CV04-00550 HG BMK (Declaratory Relief) |
| Plaintiff, vs. | **SATISFACTION OF JUDGMENT** |
| SULLIVAN PROPERTIES, INC.; ROBERT B. SULLIVAN; MAUI LAND & PINEAPPLE COMPANY, INC.; AND KAPALUA LAND COMPANY, LTD. | |
| Defendants. | |

## SATISFACTION OF JUDGMENT

Plaintiff SCOTTSDALE INSURANCE COMPANY, by and through its attorneys, Selman & Breitman LLP, Sidney K. Ayabe and Jeffrey H.K. Sia, hereby acknowledges full satisfaction of the Judgment against Defendants SULLIVAN PROPERTIES, INC. and ROBERT B. SULLIVAN, filed herein on August 7, 2007.

DATED: Honolulu, Hawaii, ___JUN 1 2 2008___.

_____
ALAN B. YUTER
RACHEL E. HOBBS
SIDNEY K. AYABE
JEFFREY H.K. SIA
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

2