

**FILED**

UNITED STATES COURT OF APPEALS

JUN 17 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SULLIVAN PROPERTIES, INC.; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　and<br><br>KAPALUA LAND COMPANY, LTD.; et al.,<br><br>　　　　Defendants. | No. 07-16661<br><br>D.C. No. CV-04-00550-HG<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2008

at __11__ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Pursuant to the parties' stipulation, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear own costs on appeal. This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Margaret A. Corrigan
Circuit Mediator

mac/mediation

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/17/2008 at 4:53:59 PM PDT and filed on 06/17/2008

**Case Name:** Scottsdale Insurance v. Sullivan Properties, et al
**Case Number:** 07-16661
**Document(s):** Document(s)

**Docket Text:**
Order filed (Deputy Clerk: MAC) Pursuant to the parties' stipulation, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear own costs on appeal. This order served on the district court shall act as and for the mandate of this court. [Frap 42;Procedural termination without judicial action;].

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 07-16661.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=06/17/2008] [FileNumber=6562587-0] [1aabfbbd1881491d5f0dd38c4b802a2b30de311e4df96cb7dfc918dbe753e3193d88a297dc2da551f77e5da

**Notice will be electronically mailed to:**

Sia, Jeffrey H.K., Attorney

**Notice will be mailed to:**

Hobbs, Rachel, Attorney
SELMAN BREITMAN, LLP
6th Floor
11766 Wilshire Boulevard
Los Angeles, CA 90025

Luke, Michele-Lynn E., Attorney
RICHARDS & LUKE
Pauahi Tower
Ste 2700
1003 Bishop St
Honolulu, HI 96813-0000

Tjioe, Roy J.
GOODSILL, ANDERSON, QUINN & STIFEL
1099 Alakea Street

Honolulu, HI 96813-4500

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

Yuter, Alan B., Attorney
SELMAN BREITMAN, LLP
6th Floor
11766 Wilshire Boulevard
Los Angeles, CA 90025

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6562587
**RELIEF(S) DOCKETED:**
  to dismiss the case pursuant to rule 42b
**DOCKET PART(S) ADDED:** 5668347, 5664896