January 25, 2008

# NINTH CIRCUIT NOTICE
# REGARDING IMPLEMENTATION OF CM/ECF

The United States Court of Appeals for the Ninth Circuit will begin implementation of the appellate version of a new case management system, CM/ECF (case management/electronic case files) on March 3, 2008. In CM/ECF, participants in a case can provide the clerk with an e-mail address and agree to receive an electronic "Notice of Docket Activity" (NDA) when the court takes an action in a case. If counsel or parties have not provided the clerk with such an agreement and correct e-mail address, their copies of the court's orders, calendars, opinions or other notices will be mailed to their physical address through the U.S. Postal Service. Users may specify multiple e-mail addresses for their notices. In order to provide the court with a correct e-mail address and register for electronic noticing, please complete the registration form. A copy of this form can be obtained by clicking on the link located at the bottom of this page.

The Notice of Docket Activity (NDA), which is e-mailed to users, contains a link to the order, opinion or other notice generated by the court. Users must click on this link in order to retrieve their copy of the document. There is no charge for this access. Please note, however, that like the bankruptcy and district court systems, this is the case participant's "one free look" at the document, and recipients of the NDA should download the document if they wish to keep a permanent copy and avoid future charges for reviewing the document. An $.08/page fee ($2.40 cap per document) is charged for subsequent access to the document or expanded access to the docket. A PACER login and password can be obtained at http://pacer.psc.uscourts.gov . Filtering software on counsel's computers and servers must be set so that it does not block delivery of e-mail from ca9_ecfnoticing@ca9.uscourts.gov (new e-mail address for CM/ECF noticing purposes only - do not send e-mail messages to this address).

The Court plans to implement full electronic case files (ECF) sometime this summer. Additional details about the program will be provided on this website and through e-mail messages to attorneys. Training modules for electronic filing will be provided on this website prior to the implementation of electronic filing.
Should you have problems accessing the registration form, please notify us at CMECF_ca9help@ca9.uscourts.gov.